### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LANCE FINLEY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF COLBY, KANSAS, )<br>RON ALEXANDER, and )<br>TOM NICKOLS, JR., )<br>)<br>    Defendants. )<br>               ) | Case No.: 6:17-cv-1215-EFM-GLR |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

COMES NOW, Plaintiff Lance Finley, by and through his attorneys of records and moves the court for an order allowing an extension of time to respond to Defendant Tom Nickols, Jr.'s Motion to Dismiss and Defendants' Ron Alexander and City of Colby, KS Motion to Dismiss. In support of this Motion, the plaintiff states the following:

1. Defendant Tom Nickols, Jr. filed his Motion to Dismiss (Doc 11) on September 29, 2017.

2. On October 13, 2017 Defendants Ron Alexander and City of Colby, KS filed their own Motion to Dismiss (Doc 14).

3. On October 16, 2017 Plaintiff requested that the response deadlines be aligned, to November 3, 2017 (Doc 16).  A request granted by the Court (Doc 17).

4. Plaintiff requests an additional seven (7) days to respond to both Motions.

5. Plaintiff's counsel has conferred with Defendants' counsels and they do not oppose an extension for responding to the Motions to Dismiss.

1

6. There are has been one previous requests for extensions with regards to the first Motion to Dismiss (Doc 11) filed in this case.

7. There have been no requests for extensions with regards to the second Motion to Dismiss (Doc 14) filed in this case.

8. This request is being made due to the press of business and not intended to create a delay.

WHEREFORE, the Plaintiff prays that his motion be granted and his deadline to respond to Defendants Motions to Dismiss be moved to November 10, 2017.

Dated: November 3, 2017

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2017, a copy of the above and foregoing was filed electronically with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Allen G. Glendenning, #12187
Travis J. Ternes, #27203
Watkins Calcara, Chtd.
1321 Main - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
Phone (620) 792-8231
**Attorneys for Defendants Ron Alexander and City of Colby, KS**

Jared Hiatt
Clark, Mize, & Linville, Chtd.
129 S. 8th St.
PO Box 380
Salina, KS 67402
**Attorney for Defendant Tom Nickols Jr.**

                                      /s/ Sean McGivern
                                      Donald N. Peterson, II, #13805
                                      Sean M. McGivern, #22932