# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LANCE FINLEY, )
                Plaintiff, )
vs. ) Case No. 6:17-CV-1215
)
CITY OF COLBY, KANSAS; RON ALEXANDER )
and TOM NICKOLS, JR., )
)
                Defendants. )

## STIPULATION

The parties hereto make the following stipulations relating to the video offered as Deposition Exhibit 1 in the deposition of Lance Finely and previously filed conventionally with the court as Exhibit C:

1. The video is a true and accurate copy of the video from the dashcam in the blue Tahoe operated by Jim Cousins on the morning of January 15, 2016.

2. The video depicts the encounter between the Finley and Jim Cousins from the perspective of the blue Tahoe driven by Jim Cousins.

Nothing in this stipulation prevents Plaintiff from making arguments about Thomas County or City of Colby's alleged failure to follow applicable procedures in the handling of the videotape.

IT IS SO STIPULATED

Reviewed and Approved by:

/s/ Sean M. McGivern
Sean M. McGivern
GRAYBILL & HAZLEWOOD, LLC
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
sean@graybillhazlewood.com
Attorneys for Plaintiff

/s/ Allen G. Glenndenning
Allen G. Glendenning, KS 12187
Travis J. Ternes, KS 27184
Watkins Calcara, CHTD.
1321 Main, Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231
Attorneys for Ron Alexander and City of Colby, KS