### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LANCE FINLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 6:17-cv-1215-EFM-KGG |
| ) | |
| CITY OF COLBY, KANSAS and ) | |
| RON ALEXANDER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF SERVICE

COMES NOW, Plaintiff, by and through his counsel of record, and notifies the Court that he served the following on:

1. ***Documents Bates Numbered PL0166-01806***, via email on March 8, 2019

2. ***Zip File Bates Numbered PL0181***, via CD and US Mail on March 22, 2019.

Dated: April 11, 2019

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
***Attorneys for Plaintiffs***

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, a copy of the above and foregoing was filed electronically with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Allen G. Glendenning, #12187
Travis J. Ternes, #27203
Watkins Calcara, Chtd.
1321 Main - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
Phone (620) 792-8231
***Attorneys for Defendants Ron Alexander and City of Colby, KS***

/s/ Sean McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932