IN THE UNITED STATES DISTRICT COURT
DISTRICT FOR KANSAS

| | |
|---|---|
| LANCE FINLEY, )<br>                Plaintiff, )<br>vs. )<br>)<br>CITY OF COLBY, KANSAS, and )<br>RON ALEXANDER )<br>                Defendant. )<br>_____) | Case 6:17-CV-01215-EFM-KGG |

**NOTICE OF SERVICE**

The defendants Ron Alexander and City of Colby, KS state that they have supplemented their disclosures pursuant to Federal Rule of Civil Procedure 26(e) and produced Bates numbered documents 2224-3166.

                                      WATKINS CALCARA, CHTD.

                                      /s/ ALLEN G. GLENDENNING
                                              Allen G. Glendenning, #12187
                                              1321 Main Street - Suite 300
                                              P.O. Drawer 1110
                                              Great Bend, Kansas 67530
                                              (620) 792-8231  Fax (620) 792-2775
                                              Attorneys for Defendants Ron Alexander and
                                              City of Colby, KS

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 16th day of August, 2019, the above and Notice of Service was filed electronically with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and the original and/or copies of the above-listed discovery materials were mailed and emailed to the following:

Sean M. McGiven, #22932
Donald N. Peterson, II, #13805
Graybill & Hazlewood, LLC
218 N. Mosley St.
Wichita, KS 67202
Attorneys for Plaintiff

/s/  ALLEN G. GLENDENNING
Allen G. Glendenning, #12187