IN THE UNITED STATES DISTRICT COURT
DISTRICT FOR KANSAS

LANCE FINLEY,                          )
                Plaintiff,   )
                              )
      vs.                              )      Case 6:17-CV-01215-EFM-GLR
                              )
CITY OF COLBY, KANSAS,                 )
RON ALEXANDER and                      )
TOM NICKOLS, JR.,                      )
                Defendant.   )
_____)

## AFFIDAVIT OF RON ALEXANDER

STATE OF KANSAS        )
                          ) ss:
COUNTY OF THOMAS    )

Ron Alexander, of lawful age, first duly affirming, under penalty of perjury, deposes and states
as follows:

1. In rural Kansas having good working relationships between the various law enforcement agency's is important. We rely on each other for backup. A lack of trust between officers of different agencies puts lives, both officer and civilian, in danger and severely damages department morale.

2. Marc Finley spoke with me during the summer of 2015 about the possibility of coming to work for the Police Department due to the deterioration of his working conditions at the Thomas County Sheriff Department. I told him it was possible, since we were advertising for an open position, but that I would have to speak with Tyson McGreer about the issue of nepotism, since his brother Lance already worked for us. I spoke with Tyson concerning the issue. Tyson and I agreed that we might be able to overcome the issue if we put Marc on the opposing card from Lance, so that they would not work shifts together. I relayed that information to Marc and indicated we would hire him. Marc however never followed up.

3. Marc Finley was terminated from the Thomas County Sheriff Department around October of 2015.

4. During an open County Commissioner's after Marc Finley's termination, I defended Marc Finley's position on the retirement of his Police Canine.

5. The bates numbered documents bearing Bates numbers between 80 and 317 and attached hereto are true and accurate copies from the employment file of Lance Finely made and maintained in the ordinary course of business under my supervision as Chief of Police.

6. Bates No. DEF 115 is Lance Finley's signed "Law Enforcement Code of Ethics.

7.  Bates No. DEF 318 is a text message I received from Lance Finely on  January  15, 2016.

8. Bates No. DEF 252 is 2014 a report that I received regarding Lance Finley not following directives.

9. Bates Nos. DEF 282-295 are Lance Finley's evaluation dated August 15, 2014 and his response.

10. Bates No. 280 is a record of Lance Finley being placed on probation by means of a Written Warning slip.

11. Bates number 279 is a June 10, 2014 warning form, from Lance Finley's employment file.

12. Bates Numbers 271-278 are an evaluation dated August 15, 2015 of Lance Finely.

13. Lance Finley's probation was extended on August 15, 2015.

14. Bates Numbers 261-270 are an evaluation of Lance dated October 1, 2015.

15. Bates Nos. DEF 501-502 is the job description for Lance Finley's job while employed with the Colby Police Department.

16. During Bob Herren's tenure as an Officer with the Colby Police Department Gary Shull, Kent Dible, and Chief Randy Jones all had seniority over me concerning personnel Issues.

17. While Lance Finely was employed with the City of Colby, he would confiscate cell phones from suspects and not log them into evidence but keep them in his file cabinet without a warrant or an evidence custody receipt. Supervisory staff addressed this issue with him several times but he continued.

18. During discovery in this case new information about a single incident involving Chris Bustillos came to light.  While I do not think the allegation was actually proven, I have required Officer Bustillos to retake CJIS training from the Kansas Highway Patrol training related to the use of NCIC computer.

19. Due to the current public affairs in the law enforcement society, turning down offers by the community we serve to show appreciation with minor favors such as a cup of free coffee or free popcorn or admission at a local theatre does not build good relationships with the public. The City of Colby's gratuity policy was not intended to prevent this kind of appreciation and officers, perhaps even Lance Finely, have received such tokens of appreciation.

Ron Alexander

Subscribed and sworn to before me on this 01 day of October, 2019.

Notary Public

My commission expires: 030621

NOTARY PUBLIC - State of Kansas
AMY L. MARKS
My Appt. Exp. 030621



# Law Enforcement Code of Ethics

As a law enforcement officer, my fundamental duty is to serve the community; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation and the peaceful against violence or disorder; and to respect the constitutional rights of all to liberty, equality and justice.

I will keep my private life unsullied as an example to all and will behave in a manner that does not bring discredit to me or to my agency. I will maintain courageous calm in the face of danger, scorn or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed both in my personal and official life, I will be exemplary in obeying the law and the regulations of my department. Whatever I see or hear of a confidential nature or that is confided to me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.

I will never act officiously or permit personal feelings, prejudices, political beliefs, aspirations, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.

I recognize the badge of my office as a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of police service. I will never engage in acts of corruption or bribery, nor will I condone such acts by other police officers. I will cooperate with all legally authorized agencies and their representatives in the pursuit of justice.

I know that I alone am responsible for my own standard of professional performance and will take every reasonable opportunity to enhance and improve my level of knowledge and competence.

I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession . . . law enforcement.

🙠 🙠 🙠

Adopted by the Executive Committee of the International Association of Chiefs of Police on October 5–10, 1991, during its 98th Annual Conference in Minneapolis, Minnesota, to replace the 1989 Code of Ethics adopted at the 96th Annual IACP Conference.

*On the* 27th *day of* September , 2013, *I,* Lance L. Finley , *as a member of the law enforcement profession, have read this Code of Ethics. I fully understand it. I do solemnly swear and affirm, with no mental reservation, to abide by it in both my official and private life to the best of my ability—so help me God.*

_____
Officer's Signature

Witnessed: _____

_____
Director of Police Training
The University of Kansas
Kansas Law Enforcement Training Center

DEF 000115



# The City of C●LBY

225 N. Court ● Colby, Kansas 67701-2498 ● FAX (785) 460-3877

(785) 460-4460

**Police Department**

**Ron Alexander**
Chief of Police

2/19/2016

Documentation Concerning Lance Finley,

On approximately 2/12/2016 we once again had to address an issue of Ofc. Finley possession cell phones taken from suspects/arrestees on cases where he failed to fill out an ECR documenting the seizure of the phones. No search warrants being conducted and being held in filing cabinets instead of properly placed into Evidence Locker.

On January 15, 2016 0930 I received a call from Ofc. Finley that I was unable to take. I then received a text message from Finley advising that Deputy Jim Cousins of the THSO had crossed the center line and ran Finley off of the roadway on K25 north of Colby. Finley also advised that he had reported this incident to County Attorney Kevin Berens. Finley then reported the incident through CPD Dispatch to CO Darren Touslee. Touslee then forwarded the call onto THSO Deputy Jake Cox. In turn Cox confronted Deputy Cousins about the issue in which Cousins denied that the incident took place.

On 2/16/2016 Undersheriff Tom Nichols provided me a video from the Sheriff's department Blue Chevy Patrol vehicle formally used by Undersheriff Marc Finley who had since been terminated from employment. The video was taken from the Watchguard Patrol Car equipment, recording the incident in question. Nichols advised that he reviewed the video numerous times and that he did not believe that Cousins did what he was accused of. I then viewed the recording numerous times and did not observe Cousins leave the lane of traffic that he was traveling in. I then requested Detective Richard Barrett to review the video with me. Barrett agreed with the assessment of the video.

On 2/17/2016 at approximately 0700 Detective Barrett and I requested Finley's presence in my office. I asked Finley to recount the incident that he reported concerning Cousins on 1/15/2016. Finley once again that he was absolutely certain that Cousins crossed the yellow line, coming into Finley's lane of traffic, causing him to drive off of the roadway. I then placed a copy of the recording of the incident on my desk and advised Finley of its contents and recounted with Finley all the different people that had received his complaint on Cousins.

At that time Finley stated that he "believed" that the incident took place, and that he had worked a night shift before the incident and was sleep deprived. Finley advised again that he "believed" the incident took place, but that due to being tired, he may have mistook the incident. I informed Finley that his accusation could possibly end in a report being filed against him for a False Report. I offered Finley "Garrity" warning and advised that if he was willing to come clean about the incident, the information he provided would not be allowable as part of the case if it was filed. Finley continued to

DEF 000244

OCT 21 2016

advise that he may have mistook the incident that he was so sure took place only minutes ago.  I advised Finley that due to the accumulation of performance issues that we had documented, that I would be willing to accept his resignation at that time.   Finley verbally stated that he would resign at that moment.


On 2/18/2016 Lance Finley arrived at the Colby Police Department with his father, Sheriff Bill Finley of the Rawlins County Sheriff Department, who appeared to be in uniform.  Lance requested to speak to me in my office.  Lance and I met in my office with the door partially open with Bill and Detective Barrett standing outside of the office.  Lance advised me that he hoped I would reconsider my decision about his employment, and that he was withdrawing his resignation.  I advised Lance that he was no longer employed with the Colby Police Department.  Lance then argued the events that took place with Cousins.  I informed Lance that the issue was no longer up for discussion.  I gave Lance one last opportunity to decide how he wanted his leave of employment to be documented, Resignation or termination. Lance refused to answer the question and ultimately returned his issued equipment and left the Police Department with Bill.


Chief Ron Alexander

Colby Police Department

DEF 000245

Dec. 24, 2014

Lance Finley had made an arrest and served a search warrant on a home at the beginning of his shift, 1900-0700 hours. During pass down he informed me that he had information that Beth Cranston had purchased meth in the last couple weeks. We talked about arresting her at her place she works or during Christmas. He told me he had enough PC to arrest her now. I told him it could also wait that a warrant could be obtained and arrested later.

Around 11:30 AM I heard Lance run a tag that came back to Beth. I phoned him and asked why he was still out. He told me he was waiting for the CA to finish the complaint from last night so he could sign it before lunch. I told him he needed to go home after he signed the complaint he needed to sleep. He laughed and joked that he was not old and could handle going without sleep. I told him go home when he is done with the CA.

I heard Deputy Budke go 10-15, didn't think anything about it. CO Frahm called and told me Deputy Meitl had provided pizza for everyone working and it was at the LEC. When I arrived at the LEC, Don Cranston came into the lobby wanting to know what was going on with Beth. I was told she was in the squad room with Lance, Travis, and Shane Finley. Around 2:30 PM After Beth was taken to booking, I went to the squad room and spoke with Lance. He told me he had spoken with the CA and was told he could hook her up. Travis located her at her home on 8th street and arrested her and when she got to the LEC he and Shane interviewed her. She gave up some information so she was booked and released. I told him I'm glad he is so excited about the drug cases and he does a good job but this cannot continue this way. I spoke with him about overtime and he said he just won't put in for it. It was explained that is not how this works and it cannot continue this way. I spoke to him about now if someone called in sick he would not be available to work since he is going on 20 hours without sleep. This can be a problem trying to cover shifts for someone sick. Then I spoke to him about him getting further behind in his reports. Now he is two drug reports further behind and he has not turned in the three reports kicked back to him that he told me they would be done today. He told me he understood. He was to finish his ECR for the case and go home when that was done. At 3:44 PM I spoke to him on the phone he was filling out the OT slip, I told him to and I would let Ron know and make any decisions on the OT. The Affidavit was in my box and the evidence in the locker and he was going home.

DEF 000252

10/8/2015

To: Patrolman Lance Finley

From: Chief Alexander

Re: Evaluation

Lance,

Please look over the evaluation and status change sheet.  Overall the marks have improved and I appreciate your efforts.  We just need to make sure that these marks don't slide back, and the reports start stacking up again.  I think there is room for improvement in routine patrol areas, and of course you are doing a great job taking care of self- initiated drug cases.  I have recommended a 3% merit increase, combined with a 4% Patrolman II increase.  Keep in mind we are increasing 10% January 1st.

I wanted to get this to you so you had time to look over it.  If we need to we can discuss it further in the morning.  Just waiting on your signatures so I can forward them to Joni.

Thanks,

Lance Has been - - -
   - Residential patrol
   - Motel Lists

Ron

# CITY OF COLBY
# REQUEST FOR CLASSIFICATION OR PAY CHANGE

## EMPLOYEE DATA

| | |
|---|---|
| Name: _Lance Finley_ | Present Job Title: _Patrolman I_ |
| Address: _____ | Effective: _10/1/15_   Rate: _14.94_ /hr. |
| Phone: _____ | Proposed Job Title: _Patrolman II_ |
| Starting Date: _____ | Effective: _10/1/15_   Rate: _15.53_ /hr. |
| Anniversary Date: _8/15/13_ | |

| Position: | Separation: | Reason for Review and/or Pay Change: |
|---|---|---|
| [X] Regular | [ ] Resignation | [ ] New Appointee |
| [X] Full-Time | [ ] Dismissal | [ ] 6-Month Review |
| [ ] Part-Time | [ ] Retirement | [ ] Merit Increase |
| [ ] Temporary | [ ] Other (explain in remarks) | [X] Promotion |
| [ ] Full-Time | | [ ] Transfer |
| [ ] Part-Time | | [ ] Demotion or Reduction |
| [ ] Contract | | [ ] Other (explain in remarks) |
| | | [ ] COLA |

Remarks: _In addition to merit increase, Lance is being promoted to Patrolman II_

| | | |
|---|---|---|
| Acknowledgment: _[signature]_ Employee | Date: _10-9-15_ |
| Recommended by: _____ Supervisor | Date: _____ |
| Requested by: _[signature]_ Department Head | Date: _10/8/15_ |
| Approved by: _[signature]_ City Manager | Date: _10/8/15_ |

DEF 000262

## CITY OF COLBY, KANSAS
## EMPLOYEE REVIEW AND RECOMMENDATIONS

Employee:   Lance Finley             Type of Review:   Annual/ Supp

Department:   Police             Last Review Date: 8/15/15  Salary 14.50

Job Title:   Patolman I            New Review Date: 10/1/15  Salary 14.94

***Directions:***   Please indicate the appropriate level of performance for each area of the performance evaluation. When the evaluation is complete, a copy must be presented to the employee. For each rating lower than "Satisfactory", please make a comment(s) citing specific examples to justify the rating and include recommendations for improvement where appropriate. Use additional sheets whenever necessary.

### 1. INITIATIVE.
The degree to which the employee acts independently in new as well as everyday situations; the extent to which the employee sees and accomplishes tasks without being told.

|   | | |
|---|---|---|
| _____ | **Excellent** | Little or no supervision needed. Highly resourceful in new situations. |
| X | **Good** | Thinks and acts independently. Resourceful in familiar situations. |
| _____ | **Satisfactory** | Initiative is satisfactory. Requires occasional supervision in routine situations. |
| _____ | **Below Standard** | Requires frequent instruction and close supervision. |
| _____ | **Unsatisfactory** | Must be told everything. Takes no personal initiative. |

**Rating Comments / Goals / Recommendations:**

- Drug cases are good
- Routine patrol could see an improvement. *

### 2. PRODUCTIVITY.
The actual work output of the employee -- relative to standards (if established) and compared to output of peers. Consider the work the employee produces rather than what the employee may be capable of producing.

|   | | |
|---|---|---|
| _____ | **Excellent** | Definitely a top producer; consistently meets deadlines; usually does more than required. |
| _____ | **Good** | Produces more than most of his/her peers; above average. Nearly always completes assignments and meets deadlines. |
| X | **Satisfactory** | Output meets requirements. Usually meets deadlines.___ |
| _____ | **Below Standard** | Low output; below average. Sometimes meets deadlines; often is late. |
| _____ | **Unsatisfactory** | Extremely low output; not acceptable. Consistently has problems meeting deadlines. |

**Rating Comments / Goals / Recommendations:**

- Self initiated productivity is Good
- make sure reports stay caught up

DEF 000263

_Page 2 -- Employee Review_

---

3. **QUALITY.**   Freedom from errors and mistakes; accuracy; quality of work in general.

|   | | |
|---|---|---|
| | **Excellent** | Consistently highest possible quality.  Final product nearly perfect. |
| X | **Good** | Sometimes very high quality.  Usually few errors and mistakes. |
| | **Satisfactory** | Quality acceptable with some mistakes but of a correctable level. |
| | **Below Standard** | Barely meets minimum standards.  Frequent mistakes; improvement needed. |
| | **Unsatisfactory** | Excessive errors and mistakes.  Usually very poor quality work. |

**Rating Comments / Goals / Recommendations:** _____

_____

_____

_____

---

4. **EFFORT.**   The degree to which the employee does the best to be a top employee (without regard to how effective the employee is).  Consider conscientiousness and motivation.

|   | | |
|---|---|---|
| | **Excellent** | Intensely motivated.  Exerts maximum effort. |
| | **Good** | A hard worker.  Exerts more effort than most.  Persistent. |
| X | **Satisfactory** | Satisfactory effort displayed on a routine basis. |
| | **Below Standard** | Low motivation displayed.  Hesitant.  Could do better. |
| | **Unsatisfactory** | Effort exerted only when forced to do so. |

**Rating Comments / Goals / Recommendations:** _____

Drug Related - Good

Routine Patrol Activity Satisfactory

DEF 000264

## Page 3 -- Employee Review

5. **DEPENDABILITY.** The extent to which the employee can be relied upon to accept and accomplish work to desired standards. The degree to which the employee is reliable, trustworthy and persistent. Maintains proper level of professional confidentiality.

| | | |
|---|---|---|
| _____ | Excellent | Completely reliable. Goes beyond limits of tasks with little or no supervision. |
| _____ | Good | Usually reliable and persistent in spite of most difficulties. Accomplishes desired amount of work with little direction. Trustworthy. |
| X | Satisfactory | Trustworthy but needs direction at times. Employee usually seeks support rather than risk trying alone. |
| _____ | Below Standard | Sometimes unreliable. Avoids responsibility. Seems to be satisfied to "get by". Needs supervision. Sometimes fails team members in assignments. |
| _____ | Unsatisfactory | Gives up easily. Frequently unreliable. Does not wish to assume responsibility. Unable to follow direction. Undependable. |

Rating Comments / Goals / Recommendations: _____

6. **JOB KNOWLEDGE.** Knowledge of techniques, processes, procedures, services, equipment and materials required to do the job.

| | | |
|---|---|---|
| _____ | Excellent | An authority on own tasks and superior knowledge of related jobs. |
| X | Good | Well informed about present tasks and related jobs; skilled. |
| _____ | Satisfactory | Satisfactory knowledge of his/her job and sufficient knowledge of related jobs. |
| _____ | Below Standard | Minimum knowledge of current position. Additional training needed. |
| _____ | Unsatisfactory | Lack of knowledge/skills to perform properly. Training does not help or amount of training required too prohibitive to present. |

Rating Comments / Goals / Recommendations: _____

DEF 000265

*Page 4 -- Employee Review*

**7. INTERPERSONAL RELATIONS:** Effectiveness in accomplishing task by working with others and dealing with the public, peers, supervisors, and citizens.

| | | |
|---|---|---|
| | **Excellent** | Always works effectively with others and has exceptional personal skills. Always seems to present a proper response for any situation. Keen insight into people and readily adapts to them. Extremely tactful. Exceptional representative of the employer. |
| X | **Good** | Usually works well with others; usually demonstrates awareness and consideration of other viewpoints. Positive approaches to dealing with people with problems. |
| | **Satisfactory** | Acceptable relations with others. Seldom causes friction. |
| | **Below Standard** | Occasionally causes conflict with others in implementation of an assignment. Occasionally fails to compromise or understand other points of view. Tends to be negative. |
| | **Unsatisfactory** | Usually creates a hostile or disruptive environment whenever interaction with others is required to complete an assigned task. Will not compromise even to complete an assigned task. Extremely negative. |

Rating Comments / Goals / Recommendations: _____

_____
_____
_____

**8. SUPERVISION.** (Rate only if employee has been doing supervisory work.) Effectiveness in planning, organizing, delegating, controlling the work of subordinates and winning their cooperation. General effectiveness in getting work done through subordinates. Appropriateness of evaluating employees and maintaining proper documentation.

| | |
|---|---|
| **Excellent** | Has mastered skills of supervision. Gets maximum production and cooperation. General effectiveness in getting work done through subordinates. Very effective planner. |
| **Good** | Better than most in getting work done through others. Effective manager utilizing personnel and resources. |
| **Satisfactory** | Gets work done through others but sometimes "takes over him/herself". Organizes and looks ahead to a moderate degree. |
| **Below Standard** | Has difficulty as a supervisor. Improvement needed. Often ends up doing work instead. Deficient in organization; does not delegate well. |
| **Unsatisfactory** | Lacks ability to supervise at this time. Does not possess necessary ability to evaluate situations, to manage staff and to plan accordingly. |
| **Not Applicable** | |

Rating Comments / Goals / Recommendations: _____

_____
_____
_____

DEF 000266

*Page 5 -- Employee Review*

9. **JUDGMENT.** The ability to make the proper decision which is most beneficial to the duties assigned, the overall benefit of the department/section, management concerns and public policy.

| | | |
|---|---|---|
| | **Excellent** | Always displays good judgment. Able to handle difficult situations in a responsible, professional manner. Makes decisions which improve the efficiency of the worker, him/herself, and the work site. |
| X | **Good** | Usually displays proper judgment in evaluating situations. Usually makes the proper decision. Is responsible for actions. |
| | **Satisfactory** | Satisfactory ability to evaluate and solve problems. Usually makes the right decision. Occasionally requests/requires direction from supervisor(s). |
| | **Below Standard** | Performance indicates limited ability to evaluate situations and make the right decision. Frequently requests/requires direction and/or support. |
| | **Unsatisfactory** | Poor judgment frequently displayed; unreliable in making the proper decision. |

**Rating Comments / Goals / Recommendations:**

10. **COMMUNICATIONS.** Ability to write and speak correctly in terms that are easily understood, concise and professionally presented.

| | | |
|---|---|---|
| | **Excellent** | Written work is always grammatically correct, concise, properly organized. Speaks well in a variety of settings. Properly conveys appropriate messages. |
| X | **Good** | Written work is usually correct with limited errors. Speech is usually professional and pertinent to the situations being discussed. |
| | **Satisfactory** | Satisfactory writing skills, though work usually requires proofing and corrections. Speaking abilities in different settings are satisfactory. |
| | **Below Standard** | Written work consistently shows errors and needs proofing and considerable correction. Speaking abilities show room for improvement as messages are not easily understood or properly presented in a variety of settings. |
| | **Unsatisfactory** | Written work consistently very poor, disorganized and grammatically incorrect. Speaking is disorganized in patterns of presentations and conciseness. |

**Rating Comments / Goals / Recommendations:**

DEF 000267

*Page 6 -- Employee Review*

**11. TEAMWORK.** Ability to work as a member of the work team in a positive, cooperative manner.  Support for management objectives, policies and directives.  Ability to "get along" with others in the course of performance of their duties.

| | | |
|---|---|---|
| | **Excellent** | Always shows support and cooperation with fellow workers and eagerly pursues directives of supervisors in a positive, proactive manner.  Presents disagreements properly and professionally but always accepts final decision.  Consistently works in support of City policies. |
| | **Good** | Accepts City policies and directives willingly.  Disagreements are minimal and properly expressed yet employee performs in accordance with decisions and directives. |
| X | **Satisfactory** | Usually accepts City directives and policies.  Conducts oneself in a cooperative manner the majority of the time.  Satisfactory team player. |
| | **Below Standard** | Requires considerable "selling" of policies and disagreements are frequent.  Uncooperativeness displayed frequently.  Cannot count on willing contributions to the team.  Reactive rather than proactive. |
| | **Unsatisfactory** | Complains continually about policies and directives.  Argumentative and negative toward supervisor, management and fellow workers.  Provides little or no support to the team.  Extremely negative. |

Rating Comments / Goals / Recommendations: _____

_____

_____

_____

**12. ATTENDANCE.**  Record of attendance, promptness and dependability to report to the work site within established standards and in proper condition to perform duties.  (Absences qualifying as FMLA leave time are not to be considered in evaluating attendance.)

| | | |
|---|---|---|
| | **Excellent** | Excellent record.  Always working or ready to work at starting time. |
| | **Good** | Good attendance; seldom late.  Follows proper notification procedures if employee is to be absent or late from the work site.  Minimizes absences. |
| X | **Satisfactory** | Steady attendance.  Occasionally late by a few minutes; follows proper notification procedures. |
| | **Below Standard** | Frequently absent or tardy.  Unusual amount of tardiness or absenteeism. |
| | **Unsatisfactory** | Poor attendance and reporting habits.  Often fails to report. |

Rating Comments / Goals / Recommendations: _____

Understand Patrol guys paid 5,34 hours extra per month than what
is scheduled.

DEF 000268

*Page 7 -- Employee Review*

**SUMMARY.**
  **Overall Rating:** This rating need not be the average of the ratings contained in the preceding sections. If, however, a rating above or below the average rating of the preceding sections is assigned, an explanation must be given.

| | **Excellent** | Stands out as a superior employee. |
| 6 | **Good** | More than fulfills essential requirements of the position. |
| 5 | **Satisfactory** | Meets acceptable standards of employment; areas of improvement noted. |
| | **Below Standard** | Shows need for further training or improvement to meet acceptable standards; improvement needed for continued employment. |
| | **Unsatisfactory** | Severe deficiencies. Employee may not be suitable for the job. |

**Goals for future evaluation period:** Lance has made good improvements over last 7 weeks. Would like to see the areas in the satisfactory area improve over next few months. I do have concerns that the improvements made may fall or decrease in months to come. Lance has great potential - just need to build on improvements made.

**SUPERVISOR'S COMMENTS.** Recommending Patrolman II status increase along with 3% merit.

Supervisor/Evaluator signature

10/5/15
Date

DEF 000269

*Page 8 -- Employee Review*

EMPLOYEE'S COMMENTS. _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____ Concur with Ratings

_____ Disagree with Ratings

_____          ____10-9-15_____
       **Employee's signature**                         **Date**

Employee's signature acknowledges that he/she has reviewed the evaluation and signature does not indicate approval and/or agreement with the ratings and statements provided.  Employee shall not sign the evaluation until he/she has had the opportunity to provide written comments and response -- and -- has indicated in the above section his/her concurrence or disagreement with the ratings.

Employee must be given a copy of the completed evaluation.  Original copy of the evaluation shall be placed in the employee's personnel file after administrative review.  The signed original copy shall be submtted to the City Manager for review and signature.

CITY MANAGER'S COMMENTS. _____
_____
_____
_____
_____
_____

_____          ____10-8-15_____
       **City Manager's signature**                      **Date**

DEF 000270

# CITY OF COLBY, KANSAS
## EMPLOYEE REVIEW AND RECOMMENDATIONS

Employee:    Lance Finley                                  Type of Review:    Annual

Department:    Police                                      Last Review Date: _8/15/14_ Salary _____

Job Title:    ___Patrolman I___                            New Review Date: _8/15/15_ Salary _probation_
                                                           _eval again 10/8/15_

**Directions:**   Please indicate the appropriate level of performance for each area of the performance evaluation.  When the evaluation is complete, a copy must be presented to the employee.  For each rating lower than "Satisfactory", please make a comment(s) citing specific examples to justify the rating and include recommendations for improvement where appropriate.  Use additional sheets whenever necessary.

1. **INITIATIVE.**   The degree to which the employee acts independently in new as well as everyday situations; the extent to which the employee sees and accomplishes tasks without being told.

| | | |
|---|---|---|
| _____ | **Excellent** | Little or no supervision needed.  Highly resourceful in new situations. |
| _X_ | **Good** | Thinks and acts independently.  Resourceful in familiar situations. |
| _____ | **Satisfactory** | Initiative is satisfactory.  Requires occasional supervision in routine situations. |
| _____ | **Below Standard** | Requires frequent instruction and close supervision. |
| _____ | **Unsatisfactory** | Must be told everything.  Takes no personal initiative. |

Rating Comments / Goals / Recommendations:    _____

_____

_____

2. **PRODUCTIVITY.**   The actual work output of the employee -- relative to standards (if established) and compared to output of peers.  Consider the work the employee produces rather than what the employee may be capable of producing.

| | | |
|---|---|---|
| _____ | **Excellent** | Definitely a top producer; consistently meets deadlines; usually does more than required. |
| _____ | **Good** | Produces more than most of his/her peers; above average.  <u>Nearly always completes assignments and meets deadlines.</u> |
| _____ | **Satisfactory** | Output meets requirements. <u>Usually meets deadlines.</u> 2 issues – Separate |
| _X_ | **Below Standard** | Low output; below average. <u>Sometimes meets deadlines; often is late.</u> |
| _____ | **Unsatisfactory** | Extremely low output; not acceptable.  Consistently has problems meeting deadlines. |

Rating Comments / Goals / Recommendations:    _____

_initiative_
Production is Good to Excellent / does more than required

Deadlines needs improvement       10 Reports out as of 8/13/15
– Middle of road for cases pulled
– cases out 2 months old

DEF 000271

## Page 2 -- Employee Review

3. **QUALITY.**   Freedom from errors and mistakes; accuracy; quality of work in general.

| | | |
|---|---|---|
| ___ | **Excellent** | Consistently highest possible quality.  Final product nearly perfect. |
| ___ | **Good** | Sometimes very high quality.  Usually few errors and mistakes. |
| ___ | **Satisfactory** | Quality acceptable with some mistakes but of a correctable level. |
| X | **Below Standard** | Barely meets minimum standards.  Frequent mistakes; improvement needed. |
| ___ | **Unsatisfactory** | Excessive errors and mistakes.  Usually very poor quality work. |

**Rating Comments / Goals / Recommendations:**

On reports. Could seek advice from Cpl. Steele to complete better reports

4. **EFFORT.**  The degree to which the employee does the best to be a top employee (without regard to how effective the employee is).  Consider conscientiousness and motivation.

| | | |
|---|---|---|
| ___ | **Excellent** | Intensely motivated.  Exerts maximum effort. |
| ___ | **Good** | A hard worker.  Exerts more effort than most.  Persistent. |
| X | **Satisfactory** | Satisfactory effort displayed on a routine basis. |
| ___ | **Below Standard** | Low motivation displayed.  Hesitant.  Could do better. |
| ___ | **Unsatisfactory** | Effort exerted only when forced to do so. |

**Rating Comments / Goals / Recommendations:**

Effort on drug cases is excellent

Effort to completing accurate reports below standard

## *Page 3 -- Employee Review*

5. **DEPENDABILITY.** The extent to which the employee can be relied upon to accept and accomplish work to desired standards. The degree to which the employee is reliable, trustworthy and persistent. Maintains proper level of professional confidentiality.

|   |   |   |
|---|---|---|
| _____ | **Excellent** | Completely reliable. Goes beyond limits of tasks with little or no supervision. |
| _____ | **Good** | Usually reliable and persistent in spite of most difficulties. Accomplishes desired amount of work with little direction. Trustworthy. |
| X | **Satisfactory** | Trustworthy but needs direction at times. Employee usually seeks support rather than risk trying alone. |
| _____ | **Below Standard** | Sometimes unreliable. Avoids responsibility. Seems to be satisfied to "get by". Needs supervision. Sometimes fails team members in assignments. |
| _____ | **Unsatisfactory** | Gives up easily. Frequently unreliable. Does not wish to assume responsibility. Unable to follow direction. Undependable. |

**Rating Comments / Goals / Recommendations:** _____

Patrol work Good

Reports are work in progress

6. **JOB KNOWLEDGE.** Knowledge of techniques, processes, procedures, services, equipment and materials required to do the job.

|   |   |   |
|---|---|---|
| _____ | **Excellent** | An authority on own tasks and superior knowledge of related jobs. |
| X | **Good** | Well informed about present tasks and related jobs; skilled. |
| _____ | **Satisfactory** | Satisfactory knowledge of his/her job and sufficient knowledge of related jobs. |
| _____ | **Below Standard** | Minimum knowledge of current position. Additional training needed. |
| _____ | **Unsatisfactory** | Lack of knowledge/skills to perform properly. Training does not help or amount of training required too prohibitive to present. |

**Rating Comments / Goals / Recommendations:** _____

_Page 4 -- Employee Review_

7.  **INTERPERSONAL RELATIONS:** Effectiveness in accomplishing task by working with others and dealing with the public, peers, supervisors, and citizens.

| | | |
|---|---|---|
| _____ | **Excellent** | Always works effectively with others and has exceptional personal skills.  Always seems to present a proper response for any situation.  Keen insight into people and readily adapts to them.  Extremely tactful.  Exceptional representative of the employer. |
| _____ | **Good** | Usually works well with others; usually demonstrates awareness and consideration of other viewpoints.  Positive approaches to dealing with people with problems. |
| _____ | **Satisfactory** | Acceptable relations with others.  Seldom causes friction. |
| X | **Below Standard** | Occasionally causes conflict with others in implementation of an assignment.  Occasionally fails to compromise or understand other points of view.  Tends to be negative. |
| _____ | **Unsatisfactory** | Usually creates a hostile or disruptive environment whenever interaction with others is required to complete an assigned task.  Will not compromise even to complete an assigned task.  Extremely negative. |

Rating Comments / Goals / Recommendations: _____

Other officers - Good to excellent
Supervisors — below standard - Needs to contact Supervisors about drug
buys /questions & assistance — Not just Chief.

8.  **SUPERVISION.**  (Rate only if employee has been doing supervisory work.)  Effectiveness in planning, organizing, delegating, controlling the work of subordinates and winning their cooperation.  General effectiveness in getting work done through subordinates.  Appropriateness of evaluating employees and maintaining proper documentation.

| | | |
|---|---|---|
| _____ | **Excellent** | Has mastered skills of supervision.  Gets maximum production and cooperation.  General effectiveness in getting work done through subordinates.  Very effective planner. |
| _____ | **Good** | Better than most in getting work done through others.  Effective manager utilizing personnel and resources. |
| _____ | **Satisfactory** | Gets work done through others but sometimes "takes over him/herself".  Organizes and looks ahead to a moderate degree. |
| _____ | **Below Standard** | Has difficulty as a supervisor.  Improvement needed.  Often ends up doing work instead.  Deficient in organization; does not delegate well. |
| _____ | **Unsatisfactory** | Lacks ability to supervise at this time.  Does not possess necessary ability to evaluate situations, to manage staff and to plan accordingly. |
| _____ | **Not Applicable** | |

Rating Comments / Goals / Recommendations: _____

_____

_____

_____

DEF 000274

## Page 5 -- Employee Review

9. **JUDGMENT.** The ability to make the proper decision which is most beneficial to the duties assigned, the overall benefit of the department/section, management concerns and public policy.

| | | |
|---|---|---|
| _____ | Excellent | Always displays good judgment. Able to handle difficult situations in a responsible, professional manner. Makes decisions which improve the efficiency of the worker, him/herself, and the work site. |
| _____ | Good | Usually displays proper judgment in evaluating situations. Usually makes the proper decision. Is responsible for actions. |
| X | Satisfactory | Satisfactory ability to evaluate and solve problems. Usually makes the right decision. Occasionally requests/requires direction from supervisor(s). |
| _____ | Below Standard | Performance indicates limited ability to evaluate situations and make the right decision. Frequently requests/requires direction and/or support. |
| _____ | Unsatisfactory | Poor judgment frequently displayed; unreliable in making the proper decision. |

Rating Comments / Goals / Recommendations: _____

_____

_____

_____

10. **COMMUNICATIONS.** Ability to write and speak correctly in terms that are easily understood, concise and professionally presented.

| | | |
|---|---|---|
| _____ | Excellent | Written work is always grammatically correct, concise, properly organized. Speaks well in a variety of settings. Properly conveys appropriate messages. |
| _____ | Good | Written work is usually correct with limited errors. Speech is usually professional and pertinent to the situations being discussed. |
| _____ | Satisfactory | Satisfactory writing skills, though work usually requires proofing and corrections. Speaking abilities in different settings are satisfactory. |
| X | Below Standard | Written work consistently shows errors and needs proofing and considerable correction. Speaking abilities show room for improvement as messages are not easily understood or properly presented in a variety of settings. |
| _____ | Unsatisfactory | Written work consistently very poor, disorganized and grammatically incorrect. Speaking is disorganized in patterns of presentations and conciseness. |

Rating Comments / Goals / Recommendations:

— More so on report writing & timeliness of reports

— Working directly w/ supervisors on issue.

DEF 000275

## Page 6 -- Employee Review

**11. TEAMWORK.** Ability to work as a member of the work team in a positive, cooperative manner. Support for management objectives, policies and directives. Ability to "get along" with others in the course of performance of their duties.

|  | | |
|---|---|---|
| _____ | **Excellent** | Always shows support and cooperation with fellow workers and eagerly pursues directives of supervisors in a positive, proactive manner. Presents disagreements properly and professionally but always accepts final decision. Consistently works in support of City policies. |
| _____ | **Good** | Accepts City policies and directives willingly. Disagreements are minimal and properly expressed yet employee performs in accordance with decisions and directives. |
| _____ | **Satisfactory** | Usually accepts City directives and policies. Conducts oneself in a cooperative manner the majority of the time. Satisfactory team player. |
| X | **Below Standard** | Requires considerable "selling" of policies and disagreements are frequent. Uncooperativeness displayed frequently. Cannot count on willing contributions to the team. Reactive rather than proactive. |
| _____ | **Unsatisfactory** | Complains continually about policies and directives. Argumentative and negative toward supervisor, management and fellow workers. Provides little or no support to the team. Extremely negative. |

Rating Comments / Goals / Recommendations: _____

- Teamwork w/ officers on drug cases good
- Teamwork w/ supervisors on directives Below Standard
- Works more w/ those from outside CPD than with

**12. ATTENDANCE.** Record of attendance, promptness and dependability to report to the work site within established standards and in proper condition to perform duties. (Absences qualifying as FMLA leave time are not to be considered in evaluating attendance.)

|  | | |
|---|---|---|
| _____ | **Excellent** | Excellent record. Always working or ready to work at starting time. |
| X | **Good** | Good attendance; seldom late. Follows proper notification procedures if employee is to be absent or late from the work site. Minimizes absences. |
| _____ | **Satisfactory** | Steady attendance. Occasionally late by a few minutes; follows proper notification procedures. |
| _____ | **Below Standard** | Frequently absent or tardy. Unusual amount of tardiness or absenteeism. |
| _____ | **Unsatisfactory** | Poor attendance and reporting habits. Often fails to report. |

Rating Comments / Goals / Recommendations: _____

DEF 000276

## Page 7 -- Employee Review

**SUMMARY.**

**Overall Rating:** This rating need not be the average of the ratings contained in the preceding sections. If, however, a rating above or below the average rating of the preceding sections is assigned, an explanation must be given.

|   | | |
|---|---|---|
| | **Excellent** | Stands out as a superior employee. |
| _3_ | **Good** | More than fulfills essential requirements of the position. |
| _3_ | **Satisfactory** | Meets acceptable standards of employment; areas of improvement noted. |
| _5_ | **Below Standard** | Shows need for further training or improvement to meet acceptable standards; improvement needed for continued employment. |
| | **Unsatisfactory** | Severe deficiencies.  Employee may not be suitable for the job. |

**Goals for future evaluation period:** _____

_____
_____
_____
_____
_____
_____
_____

**SUPERVISOR'S COMMENTS.** *Presented to L. Finley by Chief Alexander, Sgt. Barrett, and Cpl. Slade  8/14/15 @ 0700.*

_____ 8/14/15
**Supervisor/Evaluator signature**    **Date**

*Page 8 -- Employee Review*

EMPLOYEE'S COMMENTS. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ Concur with Ratings

_____ Disagree with Ratings

_____          _____
    **Employee's signature**                      **Date**

Employee's signature acknowledges that he/she has reviewed the evaluation and signature does not indicate approval and/or agreement with the ratings and statements provided.  Employee shall not sign the evaluation until he/she has had the opportunity to provide written comments and response -- and -- has indicated in the above section his/her concurrence or disagreement with the ratings.

Employee must be given a copy of the completed evaluation.  Original copy of the evaluation shall be placed in the employee's personnel file after administrative review.  The signed original copy shall be submtted to the City Manager for review and signature.

CITY MANAGER'S COMMENTS. _____

_____

_____

_____

_____

_____          _____
    **City Manager's signature**                  **Date**

DEF 000278

## Verbal Warning Form

Employee's name: Lance Finley

Date of verbal warning: 6/10/15

Specific offense or rule violation: Failing to contact supervisor while assisting with drug buys w/ sheriff Dept. in Rexford on 6/7/15. Lance was recently written up for this issue. When confronted on this date, Lance advised since he was not turning in OT w/ the city he didn't think notification was required.

Specific statement of the expected performance:

Contact supervisor when out conducting drug buys. It is an officer safety issue. Supervisors need to know if a PD officer is involved in these dangerous situations.


Any explanation given by the employee or other significant information:


_____
Supervisor

6/10/15
_____
Date

DEF 000279

# Written Warning Form

Employee's name: Lance Finley

Date of conversation: 5/26/15

Corrective or disciplinary action to be taken:
☒ Written   ☒ Probation   ☐ Suspension   ☐ Other (explain below)

_____

_____

_____ (If on probation, period begins May 27, 2015 and ends Aug 15, 2015.)

Specific rule violation or performance problem:
- Supervisor contact on controlled buys / Showing up for passdown
- Narrative Reports / Working with Cpl. Steele on corrections
- Timeliness on reports - per Co. Atty / to reports, and improving on future reports

Previous conversations about the rule violation or performance problem:

8/15/14

Specific change in the employee's performance or behavior that is expected:
Show drastic improvement in five areas listed above by 8/15/15.

Employee's comments:

Supervisor's comments:

Employee's signature: _Lance Finley_
-or-
Employee was asked to sign this written warning on _____ but declined to sign.

_____
Supervisor

5/26/15
Date

Case 15-0371 - 3 wks old - no warr.
15-0347 - 5/1 - no warr
15-0341 - 4/30 same

DEF 000280

## CITY OF COLBY, KANSAS
## EMPLOYEE REVIEW AND RECOMMENDATIONS

Employee:     Lance Finley                      Type of Review:     Annual

Department:     Police Department              Last Review Date: 8|15|13    Salary *13,50*

Job Title:     Patrolman I                     New Review Date: 8|15|14    Salary *13,77*

                                                            *2% increase*

**Directions:**    Please indicate the appropriate level of performance for each area of the performance evaluation.  When the evaluation is complete, a copy must be presented to the employee.  For each rating lower than "Satisfactory", please make a comment(s) citing specific examples to justify the rating and include recommendations for improvement where appropriate.  Use additional sheets whenever necessary.

1. **INITIATIVE.**   The degree to which the employee acts independently in new as well as everyday situations; the extent to which the employee sees and accomplishes tasks without being told.

| | | |
|---|---|---|
| _____ | **Excellent** | Little or no supervision needed.  Highly resourceful in new situations. |
| X | **Good** | Thinks and acts independently.  Resourceful in familiar situations. |
| _____ | **Satisfactory** | Initiative is satisfactory.  Requires occasional supervision in routine situations. |
| _____ | **Below Standard** | Requires frequent instruction and close supervision. |
| _____ | **Unsatisfactory** | Must be told everything.  Takes no personal initiative. |

Rating Comments / Goals / Recommendations:  *Areas of interest the initiative is excellent, initiative on getting reports done & other calls are lacking.*

2. **PRODUCTIVITY.**   The actual work output of the employee -- relative to standards (if established) and compared to output of peers.  Consider the work the employee produces rather than what the employee may be capable of producing.

| | | |
|---|---|---|
| _____ | **Excellent** | Definitely a top producer; consistently meets deadlines; usually does more than required. |
| X | **Good** | Produces more than most of his/her peers; above average.  Nearly always completes assignments and meets deadlines. |
| _____ | **Satisfactory** | Output meets requirements.  Usually meets deadlines. |
| _____ | **Below Standard** | Low output; below average.  Sometimes meets deadlines; often is late. |
| _____ | **Unsatisfactory** | Extremely low output; not acceptable.  Consistently has problems meeting deadlines. |

Rating Comments / Goals / Recommendations:  *Deadlines for reports getting better but needs improvement*

*Page 2 -- Employee Review*

**3. QUALITY.** Freedom from errors and mistakes; accuracy; quality of work in general.

|   | | |
|---|---|---|
| | **Excellent** | Consistently highest possible quality.  Final product nearly perfect. |
| | **Good** | Sometimes very high quality.  Usually few errors and mistakes. |
| X | **Satisfactory** | Quality acceptable with some mistakes but of a correctable level. |
| | **Below Standard** | Barely meets minimum standards.  Frequent mistakes; improvement needed. |
| | **Unsatisfactory** | Excessive errors and mistakes.  Usually very poor quality work. |

Rating Comments / Goals / Recommendations: _____

_____

_____

_____

**4. EFFORT.** The degree to which the employee does the best to be a top employee (without regard to how effective the employee is).  Consider conscientiousness and motivation.

|   | | |
|---|---|---|
| | **Excellent** | Intensely motivated.  Exerts maximum effort. |
| X | **Good** | A hard worker.  Exerts more effort than most.  Persistent. |
| | **Satisfactory** | Satisfactory effort displayed on a routine basis. |
| | **Below Standard** | Low motivation displayed.  Hesitant.  Could do better. |
| | **Unsatisfactory** | Effort exerted only when forced to do so. |

Rating Comments / Goals / Recommendations: _____

_____

_____

_____

DEF 000283

*Page 3 -- Employee Review*

5. **DEPENDABILITY.** The extent to which the employee can be relied upon to accept and accomplish work to desired standards. The degree to which the employee is reliable, trustworthy and persistent. Maintains proper level of professional confidentiality.

| | | |
|---|---|---|
| _____ | **Excellent** | Completely reliable. Goes beyond limits of tasks with little or no supervision. |
| _____ | **Good** | Usually reliable and persistent in spite of most difficulties. Accomplishes desired amount of work with little direction. Trustworthy. |
| X | **Satisfactory** | Trustworthy but needs direction at times. Employee usually seeks support rather than risk trying alone. |
| _____ | **Below Standard** | Sometimes unreliable. Avoids responsibility. Seems to be satisfied to "get by". Needs supervision. Sometimes fails team members in assignments. |
| _____ | **Unsatisfactory** | Gives up easily. Frequently unreliable. Does not wish to assume responsibility. Unable to follow direction. Undependable. |

**Rating Comments / Goals / Recommendations:** _____

_____
_____
_____

6. **JOB KNOWLEDGE.** Knowledge of techniques, processes, procedures, services, equipment and materials required to do the job.

| | | |
|---|---|---|
| _____ | **Excellent** | An authority on own tasks and superior knowledge of related jobs. |
| _____ | **Good** | Well informed about present tasks and related jobs; skilled. |
| X | **Satisfactory** | Satisfactory knowledge of his/her job and sufficient knowledge of related jobs. |
| _____ | **Below Standard** | Minimum knowledge of current position. Additional training needed. |
| _____ | **Unsatisfactory** | Lack of knowledge/skills to perform properly. Training does not help or amount of training required too prohibitive to present. |

**Rating Comments / Goals / Recommendations:** _____

_____
_____
_____

DEF 000284

## Page 4 -- Employee Review

**7. INTERPERSONAL RELATIONS:** Effectiveness in accomplishing task by working with others and dealing with the public, peers, supervisors, and citizens.

| | | |
|---|---|---|
| _____ | **Excellent** | Always works effectively with others and has exceptional personal skills. Always seems to present a proper response for any situation. Keen insight into people and readily adapts to them. Extremely tactful. Exceptional representative of the employer. |
| _____ | **Good** | Usually works well with others; usually demonstrates awareness and consideration of other viewpoints. Positive approaches to dealing with people with problems. |
| _____ | **Satisfactory** | Acceptable relations with others. Seldom causes friction. |
| _X_ | **Below Standard** | Occasionally causes conflict with others in implementation of an assignment. Occasionally fails to compromise or understand other points of view. Tends to be negative. |
| _____ | **Unsatisfactory** | Usually creates a hostile or disruptive environment whenever interaction with others is required to complete an assigned task. Will not compromise even to complete an assigned task. Extremely negative. |

Rating Comments / Goals / Recommendations:   _Could be better at respecting chain of command & view points of other employees_

8. **SUPERVISION.** (Rate only if employee has been doing supervisory work.) Effectiveness in planning, organizing, delegating, controlling the work of subordinates and winning their cooperation. General effectiveness in getting work done through subordinates. Appropriateness of evaluating employees and maintaining proper documentation.

| | | |
|---|---|---|
| _____ | **Excellent** | Has mastered skills of supervision. Gets maximum production and cooperation. General effectiveness in getting work done through subordinates. Very effective planner. |
| _____ | **Good** | Better than most in getting work done through others. Effective manager utilizing personnel and resources. |
| _____ | **Satisfactory** | Gets work done through others but sometimes "takes over him/herself". Organizes and looks ahead to a moderate degree. |
| _____ | **Below Standard** | Has difficulty as a supervisor. Improvement needed. Often ends up doing work instead. Deficient in organization; does not delegate well. |
| _____ | **Unsatisfactory** | Lacks ability to supervise at this time. Does not possess necessary ability to evaluate situations, to manage staff and to plan accordingly. |
| _____ | **Not Applicable** | |

Rating Comments / Goals / Recommendations:

## Page 5 -- Employee Review

9. **JUDGMENT.** The ability to make the proper decision which is most beneficial to the duties assigned, the overall benefit of the department/section, management concerns and public policy.

| | | |
|---|---|---|
| ____ | **Excellent** | Always displays good judgment. Able to handle difficult situations in a responsible, professional manner. Makes decisions which improve the efficiency of the worker, him/herself, and the work site. |
| ____ | **Good** | Usually displays proper judgment in evaluating situations. Usually makes the proper decision. Is responsible for actions. |
| X | **Satisfactory** | Satisfactory ability to evaluate and solve problems. Usually makes the right decision. Occasionally requests/requires direction from supervisor(s). |
| ____ | **Below Standard** | Performance indicates limited ability to evaluate situations and make the right decision. Frequently requests/requires direction and/or support. |
| ____ | **Unsatisfactory** | Poor judgment frequently displayed; unreliable in making the proper decision. |

**Rating Comments / Goals / Recommendations:** _____

_____

_____

_____

10. **COMMUNICATIONS.** Ability to write and speak correctly in terms that are easily understood, concise and professionally presented.

| | | |
|---|---|---|
| ____ | **Excellent** | Written work is always grammatically correct, concise, properly organized. Speaks well in a variety of settings. Properly conveys appropriate messages. |
| ____ | **Good** | Written work is usually correct with limited errors. Speech is usually professional and pertinent to the situations being discussed. |
| X | **Satisfactory** | Satisfactory writing skills, though work usually requires proofing and corrections. Speaking abilities in different settings are satisfactory. |
| ____ | **Below Standard** | Written work consistently shows errors and needs proofing and considerable correction. Speaking abilities show room for improvement as messages are not easily understood or properly presented in a variety of settings. |
| ____ | **Unsatisfactory** | Written work consistently very poor, disorganized and grammatically incorrect. Speaking is disorganized in patterns of presentations and conciseness. |

**Rating Comments / Goals / Recommendations:** _____

_____

_____

_____

DEF 000286

*Page 6 -- Employee Review*

**11. TEAMWORK.** Ability to work as a member of the work team in a positive, cooperative manner. Support for management objectives, policies and directives. Ability to "get along" with others in the course of performance of their duties.

| | | |
|---|---|---|
| _____ | **Excellent** | Always shows support and cooperation with fellow workers and eagerly pursues directives of supervisors in a positive, proactive manner. Presents disagreements properly and professionally but always accepts final decision. Consistently works in support of City policies. |
| _____ | **Good** | Accepts City policies and directives willingly. Disagreements are minimal and properly expressed yet employee performs in accordance with decisions and directives. |
| _____ | **Satisfactory** | Usually accepts City directives and policies. Conducts oneself in a cooperative manner the majority of the time. Satisfactory team player. |
| X | **Below Standard** | Requires considerable "selling" of policies and disagreements are frequent. Uncooperativeness displayed frequently. Cannot count on willing contributions to the team. Reactive rather than proactive. |
| _____ | **Unsatisfactory** | Complains continually about policies and directives. Argumentative and negative toward supervisor, management and fellow workers. Provides little or no support to the team. Extremely negative. |

**Rating Comments / Goals / Recommendations:** _____

_____

_____

**12. ATTENDANCE.** Record of attendance, promptness and dependability to report to the work site within established standards and in proper condition to perform duties. (Absences qualifying as FMLA leave time are not to be considered in evaluating attendance.)

| | | |
|---|---|---|
| _____ | **Excellent** | Excellent record. Always working or ready to work at starting time. |
| _____ | **Good** | Good attendance; seldom late. Follows proper notification procedures if employee is to be absent or late from the work site. Minimizes absences. |
| X | **Satisfactory** | Steady attendance. Occasionally late by a few minutes; follows proper notification procedures. |
| _____ | **Below Standard** | Frequently absent or tardy. Unusual amount of tardiness or absenteeism. |
| _____ | **Unsatisfactory** | Poor attendance and reporting habits. Often fails to report. |

**Rating Comments / Goals / Recommendations:** _Apparently issues while on_
_nights of not showing up on time_

_____

_____

DEF 000287

_Page 7 -- Employee Review_

---

SUMMARY.

**Overall Rating:** This rating need not be the average of the ratings contained in the preceding sections.

If, however, a rating above or below the average rating of the preceding sections is assigned, an explanation must be given.

| | | |
|---|---|---|
| | **Excellent** | Stands out as a superior employee. |
| _3_ | **Good** | More than fulfills essential requirements of the position. |
| _6_ | **Satisfactory** | Meets acceptable standards of employment; areas of improvement noted. |
| _7_ | **Below Standard** | Shows need for further training or improvement to meet acceptable standards; improvement needed for continued employment. |
| _No_ | **Unsatisfactory** | Severe deficiencies.  Employee may not be suitable for the job. |

Goals for future evaluation period: _____

_____
_____
_____
_____
_____
_____

SUPERVISOR'S COMMENTS.  _Part of being a good employee includes being well rounded in all aspects of the job. Good, prompt, accurate report-writing is essential to good prosecutions. Teamwork & punctuality are essential to a positive work environment._

_Will re-evaluate 1/1/15_

_____
_____
_____
_____
_____

_____          _8/26/14_
Supervisor/Evaluator signature              Date

DEF 000288

_Page 8 -- Employee Review_

EMPLOYEE'S COMMENTS. _____

_____ Concur with Ratings

_____ Disagree with Ratings

_____          _____
Employee's signature                                Date
                                                    9-2-14

Employee's signature acknowledges that he/she has reviewed the evaluation and signature does not indicate approval and/or agreement with the ratings and statements provided. Employee shall not sign the evaluation until he/she has had the opportunity to provide written comments and response -- and -- has indicated in the above section his/her concurrence or disagreement with the ratings.

Employee must be given a copy of the completed evaluation. Original copy of the evaluation shall be placed in the employee's personnel file after administrative review. The signed original copy shall be submtted to the City Manager for review and signature.

CITY MANAGER'S COMMENTS. _____

_____          _____
City Manager's signature                            Date
                                                    8-27-14

DEF 000289

Date: 8/28/14 and 9/2/2014


Re: Lance Finley Review


On August 28, 2014 and on September 2, 2014 I spoke with Lance Finley concerning his Employee Review and Recommendations that I completed and went over with him. Finley submitted a five page rebuttal to his evaluation. I explained to Finley that I had seen improvements in his capacity in completing his reports, but the review covered his entire first year of employment with the City of Colby. I explained to Lance that I probably critiqued his review a little stricter than most reviews since these issues occurred within his first year. I explained to Finley that I fully believed he had the potential to be a valued employee as an officer with the City of Colby, but believed there were some areas he needed to improve in order to not develop bad habits that would last for years.


I advised Lance that he has had issues with supervisors regarding personality conflicts and directives from supervisors Dible and Schweitzer. I explained to Finley that there was a recent arrest that he made without a warrant after being instructed by Sgt. Barrett to get a warrant first. There were also two different search warrants that Finley was granted by the court in which he initiated, but did not remain at. This caused Finley's reports for those cases to be lacking in information even after they were submitted to the County Attorney.


Per the agreement with Finley I have granted him a 2% merit increase effective 8/15/2014, and a re-evaluation to be conducted 1/1/15 in which he is eligible for another 2% providing his marks on his evaluation improve.


Chief Ron Alexander


DEF 000290

To: Chief Ron Alexander

On August 27, 2014, I had the opportunity to receive my annual performance evaluation. The employee review and recommendations had twelve topics of evaluation.

The first topic was Initiative: "The degree to which the employee acts independently in new as well as everyday situations; the extent to which the employee sees and accomplishes tasks without being told." In my evaluation I received a "Good" rating. Under the rating comments the review stated that "Areas of interest the initiative is excellent, initiatives on getting reports done on other calls are lacking." I agree that I am more passionate in some aspects of the job than others, although I have never not taken a report, or not responded to a call, whether it be a DUI, narcotics call, suspicious person, dog at large, or theft. I do acknowledge there is a need in my report writing, and the timeliness in which my reports are completed. I believe I have made and continue to make improvements in this area. From the beginning of my employment with CPD the initial extent of my training on report writing was "there is a report writing folder in the squad room." I have slowly taught myself how to use the ITI system, and what forms and paperwork needed for each type of report. With the training I received, and learning with trial and error, I have received multiple reports returned to me. I have corrected or attempted to correct each of these reports to the best of my ability at the time.

The second topic of evaluation was Productivity: "The Actual work output of the employee – relative to standards (if established) and compared to output of peers. Consider the work of the employee produces rather than what the employee may be capable of producing." I received a "Good" rating in this area, with the comments and recommendations stating that "Deadlines for reports getting better, but needs improvement. I agree that I am not the most versed or fastest report writer on the department; I know that I need to strive to become more efficient with report, and I have and will continue to work at it. While I do see that there is room for improvement in this area, I do wish to acknowledge my statistics as they compare to those of my peers at end of July 2014: As far as reports and arrest taken in 2014 through July"

| Ketting: | 93 Reports | 13 Arrest |
| Steele: | 93 Reports | 31 Arrest |
| Finley: | 83 Reports | 38 Arrest |
| Askren: | 68 Reports | 18 Arrest |
| Andreasen: | 55 Reports | 21 Arrest |
| Lange: | 54 Reports | 10 Arrest |
| Willemsen: | 54 Reports | 8 Arrest |
| Dible: | 37 Reports | 4 Arrest |
| Schweitzer: | 36 Reports | 12 Arrest |

DEF 000291

Grace:        34 Reports     8 Arrest

I believe while there are many aspects to being a Law Enforcement Officer, and not all aspects involve taking a case, the statistics are a decent representation of productivity. As the Employee Review and Recommendations states Productivity is the employee output as compared to that of employee's peers, I believe I have exceeded the standards set forth by the majority of my peers. The case volume, as well as content of each case plays a direct roll on the time it takes to complete each report. I have taken numerous cases that have been in depth investigations, and or have led to arrest, and additional investigations. I am leading my peers in arrest made and processed through the jail. An arrest requires a KSOR, KSAR, Charging Affidavit, and Narrative, all of which take more time compared to Miscellaneous Officer Info reports that average a short narrative. The case volume, and as highlighted earlier, the self-training of trial and error are contributing factors to the timeliness of which my reports are completed. As I have become more fluent in report writing I believe that my reports have not only improved in timeliness, but as well as in quality. When I have reports out I have tried to stay in the office, and work only on completing them. On one occasion I was working the road with both Supervisors Schweitzer and Dible, I had numerous cases out, and was attempting to complete these reports, I was dispatched to calls and took three additional theft reports, while on these calls I did not hear from or receive assistance from either supervisor. I was and am reluctant to ask for help when I am behind on reports, due to the false accusations made by Officer Willemsen of "dodging calls." I have taken the initiative, to take a case with misdemeanor possession charges, and work them until they produced cases with felony distribution charges.

The third topic is Quality: "Freedom from errors and mistakes; accuracy; quality of work in general. I received a "Satisfactory" rating on this topic, with no comments or recommendations. In this area I feel that the quality of my work is again related to my learning and growing as an officer. I know that I have and will continue to make mistakes. I believe that as long as I am working and continuing to take the self-generated cases as long as those cases that I am dispatched to there will always be mistakes made, however I have and continue to strive to better educate myself all aspects of the job so that I make fewer and fewer mistakes.

The forth topic is Effort: "The degree to which the employee does the best to be a top employee (without regard to how effective the employee is). Consider conscientiousness and motivation. I received a "Good" rating in this area. I appreciate that my efforts and dedication to the job have not went completely unnoticed. Prior to the review I felt that some of the department supervisors did not notice or recognize the effort that I have been putting into my job both on and off the clock. When I had been working multiple narcotics cases that all came about on my days off, and I had put in multiple hours of overtime without expecting or anticipating being paid for them, Detective Barrett approached me and told me that I need to turn in my overtime hours. When I prepared my hours to turn into Sgt. Dible stated that it was ok to turn them in "as long as I don't pad my hours". I never have nor will I ever "pad" my hours. I worked the hours without expecting to get paid. The only reason that I had turned them in was because I was told to do so. Sgt. Dible then stated that he "wasn't sure how to fit all the hours into a week", as if I had not worked them all in the time period I actually had. I do appreciate the good rating in this area. I feel that the efforts have been noticed by a few of my Supervisors.

DEF 000292

The fifth topic is Dependability: "The extent to which the employee can be relied upon to accept and accomplish work to desired standards. The degree to which the employee is reliable, trustworthy and persistent. Maintains proper level of professional confidentiality." In this area I received a "Satisfactory" rating, and there were no comments, goals, or recommendations. Beside Satisfactory, the review states "Trustworthy but needs direction at times. Employee usually seeks support rather than risk trying alone." There have been multiple times that I have sought the opinion of other officers on situations. I have contacted supervisors and asked them for advice in situations that I was unsure of. Despite asking for suggestions, opinions, and advice, on the majority of the cases I have taken, I made decisions on my own, and have been comfortable in my decision and my articulation for making it. While I have and do acknowledge that my reports need to completed in a more timely manner, I feel that in other aspects of the job that I have been persistent in spite of most difficulties, and complete most cases without seeking direction of others.

The sixth topic is Job Knowledge: "Knowledge of techniques, processes, services, equipment, and materials required to do the job." In this area I received a "Satisfactory" rating, with no comments, goals, or recommendations. I believe that I have to the best of my ability educated myself in many areas of the job. If there is something I am unsure of I ask, or seek to find the answer for future reference. On multiple occasions I have shown a working knowledge in multiple areas. At the beginning of the year, I had made multiple DUI arrest, when I was pulled into Sgt. Dible's office, and told that I was to stop making arrest on DUIs. I was aware of Kansas Statues, stating DUI was a mandatory arrest. Sgt. Dible stated that I was wrong. I believed that Sgt. Dible's information was out of date, or wrong, and with it being passed on and practiced by other officers, it would leave the department open to liabilities as case law has shown. I contacted the KLETC Instructor, Kimberly Rodebaugh, who provided with the State Statue numbers. I contacted Thomas Co Attorney Keven Barrens who also reviewed the statue, and agreed that he understood DUI to be a mandatory arrest. On another occasion I was asked by senior Officer Askren for assistance on how to write a search warrant, and get it signed. Officer Askren stated it had been a long time since he had written one. I then provided Officer Askren with the information that I had. Officer Askren was my Field Training Officer.

The seventh topic is Interpersonal Relations: "Effectiveness in accomplishing task by working with others and dealing with the public, peers, supervisors, and citizens. In this area I received a "Below Standard" rating with the comment "Could be better at respecting chain of command and viewpoints of other employees. I agree that I do have little respect for some in the chain of command, this is a fault that I have and I am trying to work with. I understand that a certain level of respect is part of professionalism, and is needed in any work environment, but I have always operated under the belief that respect is a two-way street, respect is not given lightly; it is earned though not only words but though actions. From the beginning of my employment I have had reservations about the amount of resect earned from two supervisors. Cpl. Schweitzer is a supervisor, but in my opinion he is not a leader, or someone that I trust to have the knowledge or judgment needed to answer questions that have arisen while performing the duties of the job. While still in the FTO program, I rode with Cpl. Schweitzer. While riding with Cpl. Schweitzer, he took me around town, and showed me "places to park with my girlfriend" and "places to sleep at night". While in the course of an investigation of Aggravated Child

Neglect, I had exhausted all efforts that I was aware of, and had multiple children in protective custody. Cpl. Schweitzer was the on call supervisor; I need answers and assistance, so I attempted to contact Cpl. Schweitzer multiple times. I was unable to reach him. I then had Dispatch attempt to make contact. After multiple attempts Dispatch stated to me that they had Cpl. Schweitzer on the line. I explained to Cpl. Schweitzer why I was contacting him, and that I needed to know where to go to get placement for the children. Cpl. Schweitzer then repeated what I had told him on the phone to Michele Morris. Morris would make a suggestion, and Cpl. Schweitzer would repeat her suggestion to me. This went on for a while when Cpl. Schweitzer stated that he wasn't sure, but Michele knew how these kid cases worked, and that they would think about it, and if they thought about it they would call me back. At this point I was left in the same position as before with multiple children in protective custody and no placement for them. I then broke the chain of command, I need answers, and I needed them in a timely fashion. I called Undersheriff Finley; I knew he would point me in a direction. I acknowledge that it was improper to seek advice outside of the department, but felt at the time it was the quickest way to get moving in the process. Undersheriff Finley stated that I needed to call Detective Barrett. I made contact with Detective Barrett who gave me places to contact to get the issue resolved. These are a few of many instances that have led me to lack faith in the ability of some supervisors in the chain of command as leaders. I have contacted Sgt. Dible in reference to runaway children, with very similar results as the call to Cpl. Schweitzer. I have to my knowledge not received any complaints from the public despite the numerous public contacts that I have had over the course of my employment.

The eighth topic is Supervision, which does not pertain to me.

The ninth topic is Judgment: "The ability to make the proper decision which is most beneficial to the duties assigned the overall benefit of the department/section, management concerns and public policy." In this area I received a "Satisfactory" rating, with no comments, goals or recommendations. I have and will take full responsibility for decisions, and judgments made though out the course of my job. As part of who I am and my desire to better myself I ask for suggestions, on how to better myself in this area, and for examples of times that have led me to miss the Good or Excellent rating.

The tenth topic is Communications: "Ability to write and speak correctly in terms that are easily understood, concise and professionally presented. I received a "Satisfactory" rating in this area. In the desire to grow as an Officer, I ask for suggestions, and examples of how I can learn and better myself in this area.

The eleventh topic is Teamwork: "Ability to work as a member of the work team in a positive, cooperative manner. Support for management objectives, policies and directives. Ability to "get along" with others in the course of performance of their duties." In this area I received a "Below Standard" rating. I acknowledge that I have issues with two Supervisors, and one road officer. I attempt to be cordial to the extent of maintaining a working relationship with each of them. I understand that as a small department we must at one time or another all work together, and the importance to maintain a working relationship. Despite my personal reservations, and lack of trust and respect with these three individuals I have continued to speak to, and work with them. I feel I have developed good working relationships, contacts, and resources with all others on the Police Department Officers, as well as

DEF 000294

personal in the THSO, Oakley PD, Sherman County SO, KBI, Elis County Sherriff's Office and the KHP. I have provided information to other officers on the PD that has led them to search warrants, and arrest. On multiple occasions I have been asked by peers to switch or cover days for them, and I have been willing to do so to help them out when I can.

The twelfth topic is Attendance: "Record of attendance, promptness and dependability to report to the work site within established standards and in proper condition to perform duties. (Absences qualifying as FMLA leave time are not to be considered in evaluating attendance.)" I received a "Satisfactory" rating in this area, with the comment; "Apparently issues while on nights of not showing up on time." I know that there has been an occasion or two that I have been running late in the morning, I knew I would not be able to make it to the office right at seven, and on those occasions I called Cpl. Steele, and stated that I was running late and asked if he would stay a few minutes to cover for me. As far as the not showing up on time while working nights, I am unaware of any instances where this has occurred. In the interest of bettering myself I ask for dates that this has happened.

With this review I understand that there are areas that I need to continue to improve in, and I will continue to strive to do so. I have been and will continue to be dedicated to the duties to enforce and uphold state, and local laws, and the Constitution of the United States to the best of my ability. I will work to better my faith in the chain of command, as I hope issues will be addressed and respect will begin to be earned. Thank you for your time and consideration.

Sincerely,

Lance Finley

August 28, 2014

Lance Finley Accusation
against Jim Cousins

Sent copies
to Dave Thompson
KS CPOST
3/4/16

To: Finley Lance

Kyle came out

Fri, Jan 15, 9:40 AM

Hey for what it's worth
Jim just went left of
center and ran me off the
road at county road w i
realize nothing can be
done but it was bad he
went left o

f center I called Kevin
and he said he would
note it

DEF 000318

# POLICE OFFICER I

## DESCRIPTION OF WORK:
Under the general supervision of the Chief of Police and direct supervision of the Sergeant, Corporal, Assistant Chief or assigned shift leader, enforces city ordinances, state statutes and federal laws. The work of this position involves information that is highly confidential regarding crimes and incidents.

## DUTIES:
**Essential Duties Are:** Answers calls for protection of life or property; operates an automobile and responds to all 911 calls assigned; first responder to emergency scenes; enforces federal, state, and city laws; conducts preliminary investigations of crimes; prepares reports of crimes against persons or property including the arrest of adults or juveniles; collects and preserves evidence of crime scenes; responds to silent alarms for assistance; reports public safety or traffic hazards and other items requiring attention by other departments; makes court appearances when required; makes appearances and speeches; may be responsible for a particular phase of operation or procedure such as vehicle maintenance, photography, and similar functions.
**Other Duties Include:** Provides building security checks; may perform other community relations duties; participates in training; performs other related work as assigned.

## QUALIFICATIONS:
Ability to read and understand departmental policies, rules, instructions, laws, regulations, and police literature; ability to analyze situations and adopt a quick, effective, and reasonable course of action giving due regard to the surrounding hazards and circumstances of each situation; ability to write clear and accurate reports; must have physical agility and ability to perform moderate physical work with occasional lifting and carrying up to 100 pounds and some lifting over 100 pounds; ability to walk, run, climb, and perform other similar body functions; ability to sit for extended periods; hand/eye/foot coordination adequate for operating automobile and installed equipment and computer terminals; ability to talk clearly and hear in person and by telephone and radio; ability to see and observe activities, to operate a variety of equipment, and to identifying potentially hazardous substances; ability to learn the use and care of automobile and firearms; ability to establish and maintain effective working relationships with officials and the public; willing to submit to extensive training.

## EXPERIENCE AND TRAINING:
High school diploma or GED equivalent; some experience in working with the public is desirable.

## SPECIAL REQUIREMENTS:
No felony convictions; a valid driver's license; participates in necessary training to retain law enforcement officer certification with the State.

# POLICE OFFICER II

## DESCRIPTION OF WORK:
Under the general supervision of the Chief of Police and direct supervision of the Sergeant, Corporal, Assistant Chief or assigned shift leader, enforces city ordinances, state statutes and federal laws; may be assigned special, technical duties.  The work of this position involves information that is highly confidential and criminal in nature.

## DUTIES:
**Essential Duties Are:**  Answers calls for protection of life or property; operates an automobile and responds to all 911 calls assigned; first responder to emergency scenes; enforces federal, state, and city laws; conducts preliminary investigations of crimes; prepares reports of crimes against persons or property including the arrest of adults or juveniles; collects and preserves evidence of crime scenes; responds to silent alarms for assistance; reports public safety or traffic hazards and other items requiring attention by other departments; inspects alcohol license businesses; makes court appearances when required; may be responsible for a particular phase of operation or procedure such as vehicle maintenance, photography, and similar or more technical duties; may train less senior officers; serves as shift leader as required.
**Other Duties Include:**  Provides building security checks; makes appearances and speeches and may perform other community relations duties; performs other related work as assigned.

## QUALIFICATIONS:
Knowledge of departmental policies, rules, regulations, and police literature; ability to analyze situations and adopt a quick, effective, and reasonable course of action giving the due regard to the surrounding hazards and circumstances of each situation; ability to write clear and accurate reports; keen observation and ability to remember names, faces, and details of incidents; physical agility and ability to perform moderate physical work with occasional lifting and carrying up to 100 pounds and some lifting over 100 pounds; ability to walk, run, climb, and perform other similar body functions; ability to sit for extended periods; hand/eye/foot coordination adequate for operating automobile and installed equipment and computer terminals; ability to talk clearly and hear in person and by telephone and radio; ability to see and observe activities, to operate a variety of equipment, to prepare reports, and to identify potentially hazardous substances; ability to lead others; ability to understand and follow oral and written directions; ability to establish and maintain effective working relationships with officials and the public; ability to operate vehicles in accordance with police procedure; knowledge in the use and care of weapons.

## EXPERIENCE AND TRAINING:
High school diploma or GED equivalent and two years of law enforcement experience; completion of Kansas State Academy basic training.

## SPECIAL REQUIREMENTS:
No felony convictions; a valid driver's license; participates in necessary training to retain law enforcement officer certification with the State.

DEF  000502