# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LANCE FINLEY,<br>　　　　　　　　Plaintiff,<br>vs.<br><br>CITY OF COLBY, KANSAS; RON ALEXANDER<br>and TOM NICKOLS, JR.,<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:17-CV-1215 |

## AFFIDAVIT OF TOM NICKOLS, JR.

Personally appearing before the undersigned officer, duly authorized by law to administer oaths, Tom Nickols, Jr., who, after being sworn, deposes and states that the statements set forth below are true and correct and based upon his personal knowledge. The statements contained in this Affidavit are true as of this date.

1. My name is Tom Nickols, Jr. and I am currently the Thomas County, Kansas Sheriff.

2. In 2016 I was employed as the Undersheriff for Thomas County, Kansas.

3. My job duties as Undersheriff included but were not limited to maintaining official evidentiary records for the Thomas County Sheriff's Department, including video footage from dashboard cameras and body cameras that are recorded, kept and maintained in the regular course of business for the Thomas County Sheriff's Department.

4. Attached hereto as Exhibit A is a DVD containing video footage from the dashboard camera of Thomas County Sheriff Department Patrol Vehicle VIN 1GNLC2E02ER208500 (2014 Chevrolet Tahoe) from January 15, 2016, operated by Thomas County Sheriff's Deputy James Cousins.

*Tom Nickols, Jr. Affidavit*
*Page 2*

5. The video footage contained on Exhibit A is kept by the Thomas County Sheriff's Department in the regular course of business; it was the regular practice of the Thomas County Sheriff's Department to record the video footage contained in Exhibit A; and the video footage was recorded at the time of the events depicted therein on January 15, 2016.

6. Exhibit A is an exact duplicate of the original recording.

Further, affiant sayeth not.

Dated this 28 day of September, 2017.

						_____
						Tom Nickols, Jr.

Sworn to and subscribed before me, this the

28 day of September, 2017

_____
Notary Public

SHERI STAAB
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9/28/2020

My Commission Expires:

9/28/2020