```
          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF KANSAS


     LANCE FINLEY,                 )
                                   )
               Plaintiff,          )
                                   )   Case Number
          vs.                      )   6:17-cv-1215-EFM-KGG
                                   )
     CITY OF COLBY, KANSAS and     )
     RON ALEXANDER,                )
                                   )
               Defendants.         )
                                   )
```

D E P O S I T I O N

The deposition of KRAIG CERSOVSKY taken on behalf of the Plaintiff pursuant to the Federal Rules of Civil Procedure before Julie J. Harrison, a Certified Court Reporter of Kansas, at 519 Commercial Street, Emporia, Lyon County, Kansas, on the 4th day of December, 2018 at 11:30 a.m.

HARRISON ELLIOTT, LLC
Certified Court Reporters
1417 North Saint Paul, Wichita, Kansas, 67203
(316)267-8278 phone   (316)267-8621 fax
sharon@harrisonelliott.com

Page 39

 1             allegations; right?
 2     A.      That's correct.
 3     Q.      So he did look into that allegation; correct?
 4     A.      Yes.
 5     Q.      What did he do that you are aware of?
 6     A.      That I'm aware of is that he called Ron and told
 7             Ron about the allegation, then took Taylor to
 8             the hospital.
 9     Q.      Did Taylor have injuries?
10     A.      Preexisting, I believe.
11     Q.      Did he have injuries?
12     A.      To my knowledge, yes, that's what I said,
13             preexisting injuries.  No injuries from the
14             incident.
15     Q.      How do you know his injuries were preexisting?
16     A.      Because he stated that they were.
17     Q.      What were his injuries?
18     A.      I believe it was a knee or something to do with
19             the leg.
20     Q.      Did he tell Sam Steele or anyone else that they
21             were injuries incurred with his encounter with
22             Mr. Finley?
23     A.      I don't know what he said to Mr. --
24     Q.      Okay, what became of that allegation?
25     A.      It was unfounded after video was reviewed and

```
                                                          Page 40
 1            after Lance had gotten reprimanded, verbally
 2            reprimanded from Ron Alexander, I believe Ron
 3            reviewed the video and then later on came back
 4            and apologized to Lance about it.
 5     Q.     Were you and Mr. Lance Finley friends when you
 6            were at the Colby Police Department together?
 7     A.     Yeah.
 8     Q.     Are you still?
 9     A.     Yeah.
10     Q.     How often do you talk to Mr. Finley?
11     A.     Anywhere from once a week or we might go a
12            couple months without talking to each other.
13            Just depends on work schedules.  And obviously I
14            don't have any idea what he's doing, he doesn't
15            know what I'm doing so --
16     Q.     Where does he live?
17     A.     I believe he lives in Wallace County.
18     Q.     And you live here in Emporia?
19     A.     Yes.
20     Q.     And you guys call each other from time to time?
21     A.     Occasionally, yes.
22     Q.     Have you ever discussed this lawsuit with Mr.
23            Finley?
24     A.     Only in the fact that I didn't want to have to
25            be involved.
```

```
                                                          Page 67
 1              female; correct?
 2    A.        No.
 3    Q.        That wasn't after that?
 4    A.        She wasn't a young female.
 5    Q.        An old female?
 6    A.        I guess.  Older than me.
 7    Q.        How old was she?
 8    A.        I don't recall how old she is.
 9    Q.        A female anyway; correct?
10    A.        Yes.
11    Q.        And during that interaction in the cruiser on
12              duty in a residential section of town, you
13              received a blow job from her; correct?
14    A.        No.
15    Q.        Hand job?
16    A.        No.  I was not on duty.  I was on my break.
17    Q.        You were on your break.
18    A.        (Witness nods head affirmatively.)
19    Q.        Okay.  While you were on break sitting in a
20              cruiser in a residential setting of town, you
21              received a blow job from this young lady?
22    A.        Yes.
23    Q.        In your uniform?
24    A.        Yes.
25    Q.        And she wasn't in the vehicle; was she?
```

```
                                                       Page 73
 1    A.    That the -- I got asked if my car got struck by
 2          lightning and that I made a comment, yes, it had
 3          screwed up and that I pushed buttons until it
 4          came back.
 5    Q.    Who asked you that?
 6    A.    I don't recall.  I believe it was -- it was one
 7          of the patrolmen.  I don't recall who.
 8    Q.    Was it a supervisor?
 9    A.    No.
10    Q.    Why would he ask you if your vehicle got struck
11          by lightning?
12    A.    I assume because he noticed that there had been
13          a factory reset.  I don't know.  We didn't go
14          into the discussion about it.
15    Q.    In any event, you didn't tell him it was because
16          you had deleted a video that you didn't want
17          seen.
18    A.    No.
19    Q.    Have you ever seen that video?
20    A.    No.
21    Q.    When you were called in by Ron Alexander and
22          told that you were terminated, he told you that
23          he had the video; correct?
24    A.    That's correct.
25    Q.    Did you ask to see it?
```