ANDREA DAVIS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LANCE FINLEY,                )
                             )
            Plaintiff,       )
                             )
vs.                          )   Case No.
                             )   6:17-CV-01215-EFM-
CITY OF COLBY, KANSAS and    )   KGG
RON ALEXANDER,               )
                             )
            Defendants.      )


D-E-P-O-S-I-T-I-O-N


The deposition of

ANDREA DAVIS

was taken on behalf of the plaintiff before

ELAINE SHOGREN, a Certified Court Reporter of

Kansas, at Thomas County Courthouse, Commissioners

Room, 300 North Court Avenue, Colby, Kansas, on

June 25, 2019, commencing at 9:58 a.m.


WESTERN KANSAS REPORTING
620-272-2820

ANDREA DAVIS

| | | |
|---|---|---|
| 1 | Q | Did you receive any promotions since you became |
| 2 | | employed at City of Colby? |
| 3 | A | Yes. |
| 4 | Q | And what promotions have you received? |
| 5 | A | 911 director, and I am the chief communications |
| 6 | | supervisor. |
| 7 | Q | Are those two distinct roles? |
| 8 | A | Yes. |
| 9 | Q | What is the role of the 911 director? |
| 10 | A | I have my own budget for what we can and cannot do |
| 11 | | for anything 911 related, updates and everything |
| 12 | | kept with our 911 system. |
| 13 | Q | And chief communications supervisor, what does that |
| 14 | | mean? |
| 15 | A | I do the supervising of evaluations and all that of |
| 16 | | the personnel for dispatch and scheduling, that kind |
| 17 | | of stuff. |
| 18 | Q | Okay.  And when did you receive the promotion to |
| 19 | | 911 director? |
| 20 | A | 2014. |
| 21 | Q | And then chief communications supervisor? |
| 22 | A | 2015. |
| 23 | Q | Okay.  And do you receive, like -- is your salary, |
| 24 | | like, a combination of those two things? |
| 25 | A | Yes. |

ANDREA DAVIS

```
 1      brandished?
 2　A   His penis.
 3　Q   And when did he do that?
 4　A   I do not know the date.
 5　Q   Where did that happen?
 6　A   In dispatch.
 7　Q   On city property?
 8　A   Yes.
 9　Q   And when that happened, what did you do?
10　A   I asked him why he thought that I wanted to see
        that.
12　Q   And what did he say back?
13　A   He thought that that is where we were.
14　Q   And did you report this to Ron Alexander?
15　A   No.
16　Q   Did you report it to anybody?
17　A   No.
18　Q   Did you tell anyone about it?
19　A   Not that I remember.
20　Q   Okay.  What did Kraig Cersovsky send you?
21　A   No pictures, just communications.
22　Q   Can you give me the gist of the communications?
23　A   Just hitting on me.
24　Q   Okay.  How about David Rodriguez?
25　A   The same.
```

ANDREA DAVIS

```
 1  A  I did not feel that it caused me any harm.
 2  Q  Okay.  Were you aware in 2015 of political issues
 3     involving Lance Finley?
 4              MR. GLENDENNING:  Object to form.
 5  A  Could you be more specific?
 6  Q  (BY MR. MCGIVERN)  I will represent to you that
 7     Mr. Finley was told he could -- he could chalk up
 8     his termination to political considerations or
 9     politics.
10  A  Okay.
11  Q  Do you have any idea what I am talking about?
12              MR. GLENDENNING:  Object to form and
13     foundation.
14  A  No.
15  Q  (BY MR. MCGIVERN)  Okay.  Do you have any idea of
16     any political matters with Marc Finley in 2015?
17              MR. GLENDENNING:  Object to form.
18  A  No.
19              MR. MCGIVERN:  No further questions.
20     Thank you.
21              MR. GLENDENNING:  I have just a few,
22     ma'am.
23                   CROSS EXAMINATION
24     BY MR. GLENDENNING:
25  Q  You were asked some questions about text messages
```

```
 1      that you received.  Do you recall that?
 2   A  Yes.
 3   Q  When was the most recent of those?
 4   A  Not anytime soon.
 5   Q  Okay.  Can you put a year that would have been the
 6      most recent year?
 7   A  2015.
 8   Q  Okay.  Were these spread out over time?
 9   A  Yes.
10   Q  Okay.  Did these upset you?
11   A  No.
12   Q  Did they interfere with your ability to do your job
13      in any way?
14   A  No.
15   Q  Did you report them to Mr. Alexander?
16   A  No.
17   Q  Or Mr. McGreer?
18   A  No.
19   Q  Or anyone?
20   A  No.
21   Q  Did Marc Finley ever hit on you?
22   A  Yes.
23   Q  When did that happen?
24   A  Roughly the 2015 area.
25   Q  Okay.
```