**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LANCE FINLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF COLBY, KANSAS and )<br>RON ALEXANDER, )<br>)<br>Defendants. )<br>) | Case No.: 6:17-cv-1215-EFM-KGG |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff, by and through his counsel of record, and requests the Court grant a seven (7) day extension of time to file a response to Defendants' Motion for Summary Judgment. In support of this Motion, Plaintiff states as follows:

1. Defendants filed their Motion for Summary Judgment (Doc 132) and Memorandum in Support (Doc 133) on October 7, 2019.

2. Plaintiff's deadline to respond was October 28, 2019. The Court extended to November 7, 2019, which has not passed.

3. Plaintiff's counsel requests this extension due to the press of business.

4. Defendants do not oppose this extension.

5. The purpose of this motion is not intended for unnecessary delay of this matter.

WHEREFORE, Plaintiff requests the Court enter and Order extending his deadline to respond to Defendants' Motion for Summary Judgment to November 14, 2019.

Dated: November 7, 2019

1

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2019, a copy of the above and foregoing was filed electronically with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Allen G. Glendenning, #12187
Travis J. Ternes, #27184
Watkins Calcara, Chtd.
1321 Main - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
Phone (620) 792-8231
***Attorneys for Defendants Ron Alexander and City of Colby, KS***

/s/ Sean McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932

3