**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| LANCE FINLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 6:17-cv-1215-EFM-KGG |
| | ) | |
| CITY OF COLBY, KANSAS and | ) | |
| RON ALEXANDER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBITS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

| | |
|---|---|
| A | Finley Deposition – Excerpts |
| B | Finley's Am. Response to Interrogatory No. 22 |
| C | Joel T. Nickols – Deposition Excerpt(s) |
| D | Kraig Cersovsky – Deposition Excerpt(s) |
| E | Ron Alexander - Email |
| F | Ron Alexander – Deposition Except(s) |
| G | City of Colby Personnel Handbook |
| H | Defendants' Response to Interrogatory No. 4 |
| I | Mark Finley – Declaration |
| J | James L. Cousins – Deposition Excerpt(s) |
| K | Tyson McGreer – Deposition Excerpt(s) |
| L | Lance Finley – Declaration |
| M | Defendants' Supp. Resp. to Interrogatory No. 8 |
| N | Chris Bustillos – Deposition Except(s) |
| O | Keyna Baalman – Declaration |
| P | Sam Steele – Deposition Excerpt(s) |
| Q | Clipped Audio File of Ron Alexander Interview by KBI |
| R | Andrea Davis – Deposition Excerpt(s) |
| S | Photograph of Jim Cousins' Truck (Depo. Ex. 22) |
| T | S. Steele – Kansas Highway Patrol Interview (Depo. Ex. 30) |
| U | Notice of Disclosure Pursuant to Fed. R. Civ. P. 26(e) |
| V | J.S. - Deposition Excerpt(s) – TO BE FILED UNDER SEAL |
| W | Email Requesting Tag Search re: JS – TO BE FILED UNDER SEAL |
| X | Email Enclosing Tag Search via Attachment – TO BE FILED UNDER SEAL |

| | |
|---|---|
| Y | Def's Supplemental Disclosure Pursuant to Fed. R. Civ. P. 26(e) – TO BE FILED UNDER SEAL |
| Z | Ofc. Bustillos #107 – 911/Dispatch Log re: License Tag – TO BE FILED UNDER SEAL |
| AA | Kansas Bureau of Investigation (KBI) – Archive & Retrieval Search – TO BE FILED UNDER SEAL |

DATE:  NOVEMBER 15, 2019

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC.

 /s/ Sean M. McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
Graybill & Hazlewood, LLC.
218 North Mosley Street
Wichita, Kansas 67202
(316) 266-4058 (Phone)
(316) 462-5566 (Facsimile)
sean@graybillhazlewood.com
don@graybillhazlewood.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, a copy of the above and foregoing was filed electronically with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Allen G. Glendenning, #12187
Travis J. Ternes, #27184
Watkins Calcara, Chartered
1321 Main - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
Phone (620) 792-8231
*Attorneys for Defendants Ron Alexander and City of Colby, KS*

/s/ Sean McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932