Page 1

```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS


LANCE FINLEY,                    )
                                 )
              Plaintiff,         )
                                 )   Case Number
        vs.                      )   6:17-cv-1215-EFM-KGG
                                 )
CITY OF COLBY, KANSAS and        )
RON ALEXANDER,                   )
                                 )
              Defendants.        )
                                 )
```

D E P O S I T I O N

The deposition of KRAIG CERSOVSKY taken on behalf of the Plaintiff pursuant to the Federal Rules of Civil Procedure before Julie J. Harrison, a Certified Court Reporter of Kansas, at 519 Commercial Street, Emporia, Lyon County, Kansas, on the 4th day of December, 2018 at 11:30 a.m.

HARRISON ELLIOTT, LLC
Certified Court Reporters
1417 North Saint Paul, Wichita, Kansas, 67203
(316)267-8278 phone  (316)267-8621 fax
sharon@harrisonelliott.com

Page 20

```
 1            between Ron Alexander and Lance Finley that
 2            culminated in his separation.
 3       A.   No.
 4       Q.   Okay.  Did you ever hear Ron Alexander discuss
 5            the circumstances surrounding Mr. Finley's
 6            separation?
 7       A.   Yes.
 8       Q.   Okay, what did you hear Mr. Alexander say?
 9       A.   That Lance was terminated due to him calling in
10            Jim Cousins for his driving and that further
11            investigation done by, I believe it was, the
12            sheriff's department did not substantiate
13            Lance's claim.
14       Q.   And did Mr. Alexander refer to any video?
15       A.   Yes.
16       Q.   And are we talking about the video that was in
17            -- as far as you know, the video that was in the
18            car driven by Mr. Cousins?
19       A.   Yes.
20       Q.   What statements did Mr. Alexander make about the
21            video?
22       A.   I made a -- I prompted the statement by stating
23            that in my years in law enforcement, in-car
24            videos are notorious for not showing where the
25            patrol car is on the vehicle, that it doesn't
```

Page 21

```
 1        give a true picture of where the patrol vehicle
 2        is on the vehicle and it's better to view other
 3        vehicles than where the patrol car is; and that
 4        I could see that the patrol vehicle go left, if
 5        I remember correctly, in the video.  It could
 6        not be determined whether it ever crossed the
 7        center line but it definitely went left and then
 8        came back onto center of the road.  And once I
 9        brought that up, Ron agreed with me that the
10        video was not conclusive either way.
11   Q.   Did Mr. Alexander around that time -- I mean, if
12        he couldn't -- okay, let me start over.  Did
13        Mr. Alexander state his belief one way or the
14        other whether this was a false police report by
15        Mr. Finley?
16   A.   No.  No.
17   Q.   Who else was present when Mr. Alexander stated
18        he couldn't tell one way or the other?
19   A.   Just him and I.
20   Q.   Have you heard Ron Alexander say anything else
21        about Lance's separation or the video?
22   A.   Yes.  During that same conversation about the
23        video, Ron made the comment that even if -- his
24        reasoning on this -- I don't know exactly how it
25        was worded.  But the gist of what he said was
```

Page 30

```
 1             witnessed it and they needed to be more careful.
 2    Q.   Are you familiar with a criminal suspect named
 3         Aaron Taylor?
 4    A.   Yes.
 5    Q.   What do you know about Aaron Taylor?
 6    A.   We had done -- I have done multiple narcotics
 7         investigations into his activities.
 8    Q.   Do you know who Sam Steele is?
 9    A.   Yeah.
10    Q.   Who is Sam Steele?
11    A.   At the time he was a corporal with the Colby
12         Police Department.
13    Q.   And are you familiar with any incident involving
14         you, Lance Finley, Aaron Taylor and Sam Steele?
15    A.   Sam wasn't involved that I remember, but yes.
16    Q.   An incident in which Taylor was apprehended?
17    A.   Yes.
18    Q.   What do you recall about that incident?
19    A.   We had done a controlled purchase of what was
20         said -- claimed to be by Mr. Taylor to our
21         confidential informant to be acid.  We had done
22         the purchase and then executed a traffic stop
23         based upon that.  And Mr. Taylor was not
24         cooperative in his apprehension.  He was pulled
25         from the vehicle and placed in handcuffs.
```

```
                                                         Page 31
 1    Q.   And did Mr. Taylor ever -- do you know if Mr.
 2         Taylor -- strike that.  Do you know if Mr.
 3         Steele ever made any allegations against Lance
 4         Finley based upon the apprehension of Aaron
 5         Taylor?
 6    A.   Yes.
 7    Q.   What were you made aware of?
 8    A.   That Corporal Steele, based on Taylor's -- Aaron
 9         Taylor's statement, believed that Lance had used
10         excessive force and then had called Ron
11         Alexander to notify him of this.
12    Q.   Were you present with -- strike that.  Do you
13         recall when Mr. Taylor was apprehended?  And I
14         am talking about this excessive force incident.
15    A.   Yes.
16    Q.   Ballpark, when was that?
17    A.   It was at night.  As far as the time of year, I
18         don't recall.  It would be in a report
19         somewhere.
20    Q.   To be clear, it was when both you and Lance
21         Finley were employed by the City of Colby.
22    A.   Yes.
23    Q.   Did you observe Lance Finley during this
24         encounter use any force that you dreamed to be
25         excessive?
```

Page 32

```
 1    A.   No.
 2    Q.   Are you familiar with a criminal suspect named
 3         Charles Dewey?
 4    A.   Yes.  Only --
 5    Q.   Through the grapevine?
 6    A.   Yes, I don't think I have any personal dealings
 7         with him.
 8    Q.   After an incident involving -- okay, never mind.
 9         In 2015 did you ever hear Ron Alexander talk
10         about Rod Taylor's driver's license?
11    A.   Yes.
12    Q.   What did you hear Ron Alexander say about Rod
13         Taylor's driver's license?
14    A.   That he was not medically cleared to drive; so,
15         therefore, his license was not valid, and that
16         we were not to act upon this.
17    Q.   Not act upon this, what does that mean?
18    A.   Not to pursue Taylor, not to execute any traffic
19         stops or to enforce state law.
20    Q.   Do you recall when that occurred?
21    A.   It was during -- I don't recall exactly when
22         that happened.  The statement was made during
23         squad, I do remember that.  Or pass-down,
24         whichever it's called.
25    Q.   What was your reaction when Mr. Alexander
```

```
                                                         Page 33
 1            announced that you would not be enforcing state
 2            law against Mr. Taylor?
 3    A.      I was quite surprised.  We don't generally give
 4            special favors to anybody according to their
 5            stature or any kind of political climate.  So I
 6            was -- it was nowhere in the statute or anything
 7            to say that a sheriff can drive on a suspended
 8            license; so I was quite surprised at this.
 9    Q.      Who else was in attendance at this squad
10            meeting?
11    A.      Lance was, I believe Sergeant Barrett was but I
12            can't -- I don't recall exactly.  I just
13            remember Lance and I because we talked about it
14            later.
15    Q.      Did he mention anything about politics or this
16            was a political rule he had announced?
17    A.      Yes.
18    Q.      What did he say?
19    A.      He said we weren't to get involved with the
20            sheriff's office politics that were currently
21            going on.  In a nutshell.  I don't remember his
22            exact wording.
23    Q.      So are you testifying that the injunction issued
24            by Mr. Alexander enforcing the law against Rod
25            Taylor, he said it was connected with political
```

```
                                                    Page 63
 1          either one because you can't tell where the
 2          patrol vehicle is on the vehicle (sic).
 3     Q.   You didn't say, hey, there's something that
 4          shows he went left.
 5     A.   I don't recall exactly what I stated.  I just
 6          remember I brought it up, the fact that it
 7          doesn't show that Lance was lying.
 8     Q.   Did you see any of the video that showed the car
 9          going past other vehicles, meeting other
10          vehicles?
11     A.   No.
12     Q.   So you didn't determine whether what was seen
13          when Mr. Finley went by was consistent with when
14          20 other vehicles went by.
15     A.   No.
16     Q.   When you said whatever you said to Mr. Alexander
17          about the tape, what did he say?
18     A.   He agreed.
19     Q.   He agreed that --
20     A.   He agreed with my statement that the camera does
21          not show exactly where the patrol vehicle is on
22          the roadway.
23     Q.   He agreed with your statement that it doesn't
24          necessarily show -- or it doesn't conclusively
25          show that Mr. Cousins went left of center;
```

```
                                                       Page 64
 1         correct?
 2    A.   He agreed that it didn't show either way.
 3    Q.   In that segment.
 4    A.   That segment.
 5    Q.   Did he tell you about how he compared other
 6         segments of the video and how the cars appeared
 7         when they passed each other?
 8    A.   No.  He agreed with me and brought up the fact
 9         that if it wasn't -- even if the video didn't
10         show one way or the other, that Lance had other
11         reasons for being terminated.
12    Q.   Did he tell you what those other reasons were in
13         that conversation?
14    A.   It was insinuated to me because he was late on
15         his reports.
16    Q.   You said it was insinuated?
17    A.   Yes.
18    Q.   It wasn't said?
19    A.   It was insinuated because I knew that it was a
20         constant issue with both myself and Lance.
21    Q.   So Mr. Alexander just said there were reasons
22         and you assumed it was his constant problem with
23         report writing.
24    A.   Yes.
25    Q.   Did Mr. Alexander say there were any other
```