**COPY**

**City of Colby Police Chief**

**From:** City of Colby Police Chief
**Sent:** Friday, April 29, 2016 11:15 AM
**To:** 'Dave Thompson'
**Subject:** RE: L. Finley

Dave,

Thank you your response. As I had stated previously, it was never my intent to get him decertified. I was just looking for some confirmation that what we saw or didn't see had an agreement with a third party's perspective. Thanks again,

Ron

---

**From:** Dave Thompson [mailto:DThompson@kscpost.org]
**Sent:** Friday, April 29, 2016 11:11 AM
**To:** City of Colby Police Chief
**Subject:** RE: L. Finley

We have reviewed the video and paperwork and it is set for presentation at the next Investigative Committee meeting. When that will be is unknown because one of the committee members resigned leaving a vacancy on the committee/commission. We are in the process of trying to get that opening filled as well as getting a couple other members of the Commission reappointed by the Governor before asking the Commission to appointment a new commission member to the investigative committee.

It will be up to the committee but the video doesn't show ANY driving irregularities or anyone "swerving' off the roadway. I had to follow-up with the undersheriff as without the player while the video played on Windows Media Player there was no demographics to show the date/time/location of the video. I don't see this going anywhere as far as decertification but it will be up to the committee.

Dave T

---

**From:** City of Colby Police Chief [mailto:police@cityofcolby.com]
**Sent:** Friday, April 29, 2016 10:57 AM
**To:** Dave Thompson <DThompson@kscpost.org>
**Subject:** L. Finley

Dave,

I was just checking in on the video and paperwork that I had sent in concerning Lance Finley's termination/ resignation with our department. I was particularly curious what the committee observed in the patrol car video that I submitted.

Sincerely,

Ron Alexander
Chief of Police
Colby Kansas
785-460-4460

DEF 000494





**City of Colby Police Chief**

**From:** Dave Thompson
**Sent:** Friday, April 29, 2016 11:11 AM
**To:** City of Colby Police Chief
**Subject:** RE: L. Finley

We have reviewed the video and paperwork and it is set for presentation at the next Investigative Committee meeting. When that will be is unknown because one of the committee members resigned leaving a vacancy on the committee/commission. We are in the process of trying to get that opening filled as well as getting a couple other members of the Commission reappointed by the Governor before asking the Commission to appointment a new commission member to the investigative committee.

It will be up to the committee but the video doesn't show ANY driving irregularities or anyone "swerving' off the roadway. I had to follow-up with the undersheriff as without the player while the video played on Windows Media Player there was no demographics to show the date/time/location of the video. I don't see this going anywhere as far as decertification but it will be up to the committee.

Dave T

---

**From:** City of Colby Police Chief [mailto:police@cityofcolby.com]
**Sent:** Friday, April 29, 2016 10:57 AM
**To:** Dave Thompson <DThompson@kscpost.org>
**Subject:** L. Finley

Dave,

I was just checking in on the video and paperwork that I had sent in concerning Lance Finley's termination/ resignation with our department. I was particularly curious what the committee observed in the patrol car video that I submitted.

Sincerely,

Ron Alexander
Chief of Police
Colby Kansas
785-460-4460

**City of Colby Police Chief**

**From:** Dave Thompson
**Sent:** Thursday, March 03, 2016 8:43 AM
**To:** City of Colby Police Chief
**Subject:** RE: L. Finley Letter

Chief, I briefed our attorney, Eric Willliams, this morning and he wants me to have a copy of the video and the text message in our files in case the Investigative Committee wants to review either one of them when the case is presented. If you could go ahead and send me a copy I would appreciate it. Thanks.

Dave T

---

**From:** City of Colby Police Chief [mailto:police@cityofcolby.com]
**Sent:** Wednesday, March 02, 2016 8:56 AM
**To:** Dave Thompson <DThompson@kscpost.org>
**Subject:** L. Finley Letter

David,

Attached is the letter I typed up concerning Lance Finley's resignation from employment with our agency. If you would like additional information, please let me know specifically what you would like.

Sincerely,

Ron Alexander
Chief of Police
Colby Kansas
785-460-4460

**City of Colby Police Chief**

| | |
|---|---|
| **From:** | City of Colby Police Chief |
| **Sent:** | Thursday, March 03, 2016 10:23 AM |
| **To:** | 'Dave Thompson' |
| **Subject:** | RE: L. Finley Letter |

Dave,

It will be in the mail today.

Ron

---

**From:** Dave Thompson [mailto:DThompson@kscpost.org]
**Sent:** Thursday, March 03, 2016 8:43 AM
**To:** City of Colby Police Chief
**Subject:** RE: L. Finley Letter

Chief, I briefed our attorney, Eric Willliams, this morning and he wants me to have a copy of the video and the text message in our files in case the Investigative Committee wants to review either one of them when the case is presented. If you could go ahead and send me a copy I would appreciate it. Thanks.

Dave T

---

**From:** City of Colby Police Chief [mailto:police@cityofcolby.com]
**Sent:** Wednesday, March 02, 2016 8:56 AM
**To:** Dave Thompson <DThompson@kscpost.org>
**Subject:** L. Finley Letter

David,

Attached is the letter I typed up concerning Lance Finley's resignation from employment with our agency. If you would like additional information, please let me know specifically what you would like.

Sincerely,

Ron Alexander
Chief of Police
Colby Kansas
785-460-4460