# CITY OF COLBY

# PERSONNEL

# HANDBOOK

### Approved by Council on December 6, 2005

Amended by Ordinance No. 1409 dated December 19, 2006
Amended by Ordinance No. 1440 dated March 18, 2008
Amended by Ordinance No. 1457 dated March 16, 2009
Amended by Ordinance No. 1460 dated July 21, 2009
Amended by Resolution No. 1009 dated June 15, 2010
Amended by Resolution No. 1018 dated October 19, 2010
Amended by Resolution No. 1056 dated April 2, 2013
Amended by Ordinance No. 1533 dated December 17, 2013
Amended by Ordinance No. 1534 dated December 17, 2013

DEF 000324



R. Alexander

Exhibit 13

# TABLE OF CONTENTS
# PERSONNEL HANDBOOK

SECTION I - INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

SECTION II - RESPONSIBILITY FOR ADMINISTRATION . . . . . . . . . . . . . . . . . . 2

SECTION III - EQUAL EMPLOYMENT OPPORTUNITY POLICY . . . . . . . . . . . . 3

SECTION IV - TYPES OF EMPLOYMENT AND ELIGIBILITY FOR BENEFITS . 4

SECTION V - POSITION CLASSIFICATION PLAN . . . . . . . . . . . . . . . . . . . . . . . . . 6

SECTION VI - PAY PLAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
   New Appointees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   Promotions and Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   Demotions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   Hours of Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   Overtime . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
   Initial Six Months of Employment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
   Additional Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

SECTION VII - EMPLOYMENT AND PROMOTIONS . . . . . . . . . . . . . . . . . . . . . . 14
   Supplemental Employment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

SECTION VIII - LEAVE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
   Vacation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
   Sick Leave . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
   Family and Medical Leave . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
   Special Leaves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
   Jury Duty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
   Military Leave . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
   Maternity Leave . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   Holidays . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
   Absence Without Leave . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

SECTION IX - EMPLOYEE CONDUCT AND RELATIONS . . . . . . . . . . . . . . . . . . 25
   Change of Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
   Political Activity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
   Claims for Personal Expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
   Disciplinary Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
   Open Door Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
   Drugs, Narcotics, and Alcohol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

DEF 000325

**SECTION IX - EMPLOYEE CONDUCT AND RELATIONS** ............ continued
    Harassment ...................................... 36
    Workplace Violence ............................. 41
    Communications Systems ........................ 41
    Insurance ...................................... 43
    Residency Requirements ........................ 43
    Smoking ....................................... 43

**SECTION X - TRAINING PROGRAMS** .................................. 45
    Tuition Assistance ............................. 45

**SECTION XI - RECORDS AND REPORTS** ............................. 47

**SECTION XII - SEPARATION FROM SERVICE** ......................... 48
    Resignation .................................... 48
    Retirement ..................................... 48
    Return of City Property ........................ 48

**CLASSIFIED JOB POSITIONS** ......................................... 49

**HANDBOOK RECEIPT AND ACKNOWLEDGMENT** ....................... 51

**FAMILY AND MEDICAL LEAVE ACT FORMS** ........................... 52

# SECTION I - INTRODUCTION

The City of Colby was incorporated in 1885 and adopted the Council/Mayor/Manager form of government in 1952. Under the Council/Mayor/Manager form of government, the City is divided into four wards. Each ward is represented on the Council by two council members, making up a Council of eight people. The Mayor of the City is elected at large and serves as the presiding officer of the Council.

**A.     Principal Advantages of the Council/Mayor/Manager Plan:**

1.   By employing a professional administrator or City Manager, the Governing Body can devote its full attention to major policy decisions. The Council members are able to decide what the City will do and will not do. The City Council is responsible for appointing an efficient, responsible City Manager.

2.   The City Manager is employed by the City Council and is assigned the responsibility of carrying out the decisions of the Council. While the Council decides "what" is to be done, the City Manager's task is to see that the Council receives adequate advice on the technical implications of its decisions and to see that the decisions are passed down to the lower administration levels and are properly implemented on these lower levels.

3.   As in every large organization, much of the authority and responsibility of running it must be delegated to others such as Department Heads, Supervisors and ultimately to each and every employee. Each Department Head becomes responsible for his/her department to the City Manager; in turn, the City Manager is responsible to the City Council for efficient implementation of the Council's policies. A Department Head or supervisor shall designate a representative to act on his/her behalf when unavailable for duty.

The purpose of this Personnel Handbook is to set forth the principles and procedures of the City, and to provide that employment in City government is based on merit and qualifications in all classifications regardless of age, race, creed, color, national origin, physical disability, religion, gender, veteran status, or ancestry.

Employees of the City of Colby are "employees-at-will," which means either the City or the employee may terminate the employment relationship at any time, with or without cause or reason, and with or without advance notice. None of the provisions herein contained are intended, in whole or part, to create a contract of employment or other employment agreement, express or implied, between the City and any employee, nor shall they be so construed. Nothing in this Handbook is intended to expand the City's authority beyond that which is authorized by law.

DEF 000327

## SECTION II - RESPONSIBILITY FOR ADMINISTRATION

These rules and regulations shall cover all employees, except that temporary employees or persons retained as special needs arise for financial, research, legal and other technical needs may not be covered by all provisions. These employees shall be covered by all rules except where, by virtue of their content, the regulations would logically be construed as concerning only regular, full-time positions.

It is the City Manager's responsibility to carry out the City personnel program. The City Manager may at his/her discretion assign other City employees to assist him/her in the administration of regulations.

The City Council will, in accordance with these rules and regulations, provide for the employment of all personnel who are necessary to carry out the functions of all departments of the City. The City Council shall, by resolution, adopt the official classification plan and annually establish the entry level rate of pay for all employees of the City. The City Council shall also establish rates of pay for employees directly appointed by them (City Manager, City Attorney, and Municipal Judge).

2

DEF 000328

# SECTION III - EQUAL EMPLOYMENT OPPORTUNITY POLICY

A. **General Policy:** The City of Colby is an equal opportunity employer. It is the policy of the City of Colby to afford equal employment opportunity to all applicants for all positions without regard to age, race, creed, color, national origin, disability, religion, gender, veteran status, or ancestry.

It is the positive objective of the City to promote and ensure equal opportunity for all persons without regard to age, race, creed, color, national origin, physical disability, religion, gender, veteran status, or ancestry employed or seeking employment using City facilities or being serviced by the City.

It is the policy of the City of Colby to provide equal opportunity in City employment for qualified persons, to prohibit discrimination because of age, race, creed, color, national origin, disability, religion, gender, veteran status, or ancestry, and to promote the full realization or equal employment opportunity through a positive, continuing program in each department. The policy of equal employment applies to every aspect of City employment practice and policy.

To implement this policy, the City of Colby assures nondiscrimination in all phases of employment including, but not limited to, recruiting, hiring, training, placement, advancement, compensation, working conditions, demotion, lay-off, and termination.

The City will take the necessary steps to ensure that all Department Heads and other employees and all potential employees are advised of this policy of nondiscrimination, and of the City's interest in actively and affirmatively providing equal employment opportunity. These steps will include, but are not limited to the following:

1. A brief statement of policy in all advertisements for employment.

2. Dissemination of the policy through the media, new employee orientation discussions, bulletin boards, etc.

3. Advising all persons in a managerial position within the City government to implement this policy.

3

DEF 000329

# SECTION IV - TYPES OF EMPLOYMENT
# AND ELIGIBILITY FOR BENEFITS

Employees of the City of Colby are "employees at will." This means that no express or implied contract establishes their terms or duration of employment; in other words, either the City or the employee may terminate the employment relationship at any time, with or without cause or reason, and with or without advance notice.

This Employee Handbook, and no part of it, is intended to be, or shall be construed or interpreted as, creating or establishing an express or implied contract of employment or any other type of contract. The City reserves the right, in its sole discretion, to modify, change, amend, or delete any and all provisions of this Handbook, with or without advance notice.

The following guidelines and definitions are established for type of employment and for entitlement to benefits:

A.  **Types of City Employment:** The following definitions are intended to serve as general guidelines for employees and to establish thresholds for employee eligibility for benefits and overtime compensation. They are not intended to create, nor shall they be interpreted as creating, contractual obligations on the part of the City to provide any definite period of employment to employees, any specific number of hours worked, or any specific benefits.

1.  Regular Full-Time Employee: An employee whose assigned duties are regularly expected to constitute work of at least 40 hours per workweek.

2.  Regular Part-Time Employee: An employee whose assigned duties are regularly expected to constitute work of less than 1,000 hours over an annualized basis.

3.  Temporary Full-Time Employee: An employee whose work assignment is limited in duration to six months or less, and whose work, if projected over an annualized basis, would total no less than 2,080 hours.

4.  Temporary Part-Time Employee: An employee whose work assignment is limited in duration to six months or less, and whose work, if projected over an annualized basis, would total less than 2,080 hours.

5.  Exempt Employee: Employees who, by virtue of the nature of their work, are exempt from the overtime compensation requirement of the Fair Labor Standards Act.

6.  Non-Exempt Employees: Employees who must receive overtime compensation pursuant to the Fair Labor Standards Act.

4

DEF 000330

B. **Eligibility for Benefits:**

1. Employees classified as regular full-time employees shall be eligible to receive employee benefits provided by the City subject to eligibility provisions and time periods provided for in the applicable benefit plan or by law with the following exception: Employees are not entitled to payment for accrued but unused benefits such as vacation and floating holidays until completion of their initial six (6) months of employment.

2. Employees classified as regular part-time employees, temporary full-time employees, and temporary part-time employees shall not be eligible for any employee benefits provided by the City (unless otherwise eligible under the terms of the plan or by law).

5

DEF 000331

# SECTION V - POSITION CLASSIFICATION PLAN

The pay scale plan provides an inventory of all positions in the City service and the entry level hourly rate for each position.

A.   **Definitions:**

   1.   A position description is a group of currently assigned duties and responsibilities requiring the full or part-time employment of one person. A position may be occupied or vacant.

   2.   The position description shall be used on all personnel records and actions. Working or office titles may be used for purposes of internal administration.

B.   **Allocation of New Positions:**  The Department Head shall complete a position description covering the duties and responsibilities of each proposed position and submit it to the City Manager for review. The City Manager shall study the duties and responsibilities of each new position according to the description submitted or by a field audit and shall then determine the proper class for the new position.

C.   **Allocation of Appeals:**  If an employee has facts which indicate that his or her position is improperly described, the employee may request the Department Head to review the job description of his or her position. Such request shall be submitted in writing to the Department Head and shall contain a statement of justification. Any such appeal will be processed pursuant to the Grievance Procedures set forth herein.

D.   **Maintenance of Plan:**

   1.   The City Manager may require departments or employees to submit position descriptions on a periodic basis, or any time he/she has reason to believe that there has been a change in the duties and responsibilities of one or more positions.

   2.   Each time a new class is established, a job description shall be written and incorporated in the Pay Plan as approved by the Governing Body. Likewise an abolished job description shall be deleted from the Pay Plan.

DEF 000332

3.    The City Manager shall take the necessary steps to maintain the Pay Plan in a current status on a continuing basis, making use of the above procedures and any others he/she deems necessary as approved by the Governing Body.

E.    **Official Copy of the Pay Plan:** The City Manager shall be responsible for maintaining an official copy of the Pay Plan. The official copy shall include these regulations for administration and all amendments thereto.

7

DEF 000333

# SECTION VI - PAY PLAN

The City Manager shall be responsible for presenting to the City Council a pay plan which shall consist of an entry level hourly rate for each position. However, the City Council shall have full discretion to determine the pay plan and shall have final authority.

Amendments to the pay plan may be recommended by the City Manager when changes in responsibility, work, living costs, recruiting experience, prevailing rates of pay, the City's financial condition and policies, or other pertinent conditions warrant such action. The City Manager shall submit such recommendation to the Council for their consideration.

The City Council shall establish the rate of pay for employees directly appointed by them and the City Manager shall establish the rate of pay for temporary employees.

A.    **Definition of the Pay Plan:**

1.    Pay Schedules. The pay of regular full-time and regular part-time City employees shall be on the basis of appropriate schedules of salaries for the position. The monthly hourly rates prescribed are based on full-time employment for the respective classes of positions provided, however, the salaries of executive, professional and administrative positions are fixed according to responsibilities to be fulfilled and are not based on a fixed number of hours of work per week and shall not be adjusted with variations in work schedules. All regular full-time employees shall be paid the monthly salaries prescribed in the Pay Plan for their respective classes of positions subject to disciplinary procedures outlined in Section IX, Subparagraph H. of this Handbook.

2.    Special Compensation Provisions.

a.    Compensation for supervisors. All supervisors shall be paid at a higher rate than their subordinates. In the event that, because of differences in length of service, a supervisor is paid a rate of pay equal to or lower than one or more of his duly-assigned subordinates, the supervisor shall be advanced to a rate which will provide a rate of pay higher than any subordinate, regardless of the supervisor's length of service.

b.    Compensation of temporary employees. Temporary employees shall be employed initially at the hourly rates to be established and approved by the City Manager. All employees working less than the full work year may be advanced in pay, based upon satisfactory service, to a higher rate as established by the City Manager.

8

DEF 000334

B.   **Administration of the Pay Plan:**

1.   <u>New Appointees</u>.  Generally a new employee shall be paid the entry level hourly rate for the position.  If it becomes necessary to appoint a new employee of lesser qualifications, he or she may be required to start below the entry level hourly rate for the position.

2.   <u>Promotions and Transfers</u>.  When an employee is promoted to a position with a higher entry level of pay, the employee's hourly rate shall be increased to the minimum rate for the position.

   Any employee who accepts an assignment in a position with a lower entry level of pay shall receive the rate for the entry level of the position the employee is transferring to, or a rate determined by the City Manager as applicable to his/her abilities and seniority.  In the event the employee does not satisfactorily perform a new assignment, the employee will be subject to the disciplinary procedures outlined in Section IX, Subparagraph H. of this Handbook, up to and including discharge from employment.  If an employee is transferred to a position in a class having a higher hourly rate range than the class from which he or she was transferred, such change shall be deemed a promotion and the provisions governing promotions shall apply.

3.   <u>Demotions</u>.  When an employee is demoted to a lower class position, the employee shall be paid at the entry level pay for the position or at a rate which is determined by the City Manager to be applicable to the employee's ability and seniority.

4.   <u>Reallocations Downward</u>.  When an employee's position is reallocated to a lower entry level position, the employee shall be permitted to continue at his or her present rate of pay during the period of incumbency (except in the event of general service-wide reductions) but shall not be entitled to an increase.

5.   <u>Hours of Work</u>.  The normal work week shall consist of a five-day, forty-hour week.  The normal work day shall consist of eight hours beginning at 8:00 A.M. and ending at 5:00 P.M. with one uncompensated hour off for lunch, except in those departments where deviation from the above schedule is deemed allowable in order to maintain an efficient operation.  The Department Head in such departments shall schedule the working hours for all employees in a manner to most efficiently cover the needs of the department.

9

The regular rate of pay shall be paid to an employee for the first eight hours work in any continuous 24-hour period beginning with the employee's regular starting time.

6.  Overtime. Non-exempt employees who are employed in excess of eight hours per day or forty hours per week (except where normal work shifts are over eight hours per day or 40 hours per week) shall be paid at the rate of one and one-half times the employee's regular rate of pay for the hours of overtime worked. All overtime worked shall be approved by the employee's Department Head prior to working such overtime. Professional and supervisory positions are exempt from overtime provisions; such positions will be designated by the City Manager.

An employee who has left his or her normal place of work for his or her residence and is called back for overtime work, shall be credited a minimum of two hours overtime credit. Overtime, however, will not be paid until and unless the employee has worked more than 8 hours in any one day, or more than 40 hours in a week.

All personnel eligible for overtime will be compensated for unscheduled or emergency call-outs on the following basis:

a.  For each such emergency or unscheduled call-out, all employees shall be paid a minimum of two hours pay at one and one-half times the employee's regular rate of pay.

b.  The above policy shall apply to all emergency or unscheduled call-outs made after 5:00 P.M. or before 7:00 A.M. Monday through Friday. In other words, employees called out at 7:00 A.M. or after shall not receive a guaranteed two hours' pay at the one-and-one-half hour rate because their scheduled work day begins at 8:00 A.M.; if an employee is called out at or after 7:00 A.M., they shall receive applicable overtime pay only until 8:00 A.M. It also applies to this type of call-out on weekends and holidays, when the weekend is the normal employee's days off.

c.  Except as determined by the Department Head, any employee called out under this policy on an emergency or non-scheduled call shall make as complete repairs as possible, safe, and reasonable under the time, weather or other conditions existing at the time of call-out. The employee would still be paid the two-hour minimum at one and one-half time.

DEF 000336

d.   The above policy shall not apply when employees are notified during regular working hours or are otherwise given sufficient advance notice that their services will be required at a specific time.   When employees are given advance warning during regular working hours or are otherwise notified beforehand that their services will be needed outside of regular working hours, compensation shall be limited to one and one-half times the regular hourly rate for each hour worked.  Notice given outside of an employee's working hours shall not be considered sufficient advance notice if the work scheduled falls before the employee's next regularly scheduled work period.

e.   No minimum pay or overtime shall be guaranteed under this policy when the employee's normal 40-hour work week has been set up so that part of his/her 40 working hours are regularly scheduled to fall after 5:00 P.M., before 8:00 A.M., or on Saturdays or Sundays.  In such cases, overtime for emergencies or unscheduled call-outs shall be paid when it is outside the employee's normal work period or over one hour before the normal work period begins.

f.   The "two-hour minimum" overtime payment policy shall not apply when employees are contacted for the call-out while on the way home in a City vehicle.  However, the "two-hour minimum" policy shall be in effect once such employees reach home.

g.   Overtime shall not be paid for unscheduled call-outs of a non-emergency nature, <u>unless such call-out is first approved by the Department Head</u>.  Employees should not respond to personal calls from citizens after hours, if action can reasonably be postponed until normal working hours.  This policy is designed to prevent employees from being unnecessarily interrupted outside normal working hours, and to prevent excessive expense to the City caused by citizens not making reasonable advance arrangements for service.   If employees are contacted and question the necessity of an unscheduled call-out request by a citizen, they should check with their Department Heads.

     Of course, unscheduled requests from citizens should be honored if life or property is apparently endangered.

h.   <u>Overtime for Law Enforcement Officers</u>.   Non-exempt law enforcement officers employed by the City shall work on a 28-day

11

DEF 000337

work period and shall be eligible for overtime compensation at the rate of one-and-one-half their regular hourly rate only for those hours worked in excess of 171 hours during the work period.

i.  <u>Firefighters</u>. Non-exempt firefighters employed by the City shall work on a 19-day work period and shall be eligible for overtime compensation at the rate of one-and-one-half their regular hourly rate only for those hours worked in excess of 144 hours during that work period.

Non-exempt Fire Services Officers employed by the City shall work on a 19-day work period and shall be eligible for overtime compensation at the rate of one-and-one-half their regular hourly rate only for those hours worked in excess of 124 hours during that work period.

7.  <u>Initial Six Months of Employment</u>. Employees shall receive a written evaluation after the initial six months' employment; however, there is no merit increase considered at that time.

8.  <u>Administrative Pay Rate Adjustment and Performance Evaluation</u>. The compensation of all employees shall be reviewed annually by their Department Heads. If warranted by merit, employees may receive increases in compensation within the guidelines of the pay plan. The annual compensation review shall take into consideration personnel records, tardiness and absenteeism, performance, and length of service. Major emphasis shall be placed on evaluation of services rendered and the quality of performance.

Following each employee's review, Department Heads shall forward written recommendations to the City Manager, who shall make the final compensation determination.

New employees shall be subject to a performance review after they complete six continuous months of service.

Service requirements for advancement to a position with a higher entry level hourly rate and for other purposes as specified in these regulations shall have the implication of continuous service, which means employment in the City service without break or interruption. All leaves of absence with pay and leaves without pay of thirty days or less shall not interrupt continuous service nor be deducted therefrom.

12

DEF 000338

Absences and leaves without pay exceeding 30 days shall be deducted in computing total service but shall not be deemed as interrupting continuous service. Service with the U.S. armed forces shall not be deducted in computing total service and shall not be deemed as interrupting continuous service. However, all absences without leave exceeding three days shall be deemed as interrupting continuous service.

9.  Additional Compensation.

    a.  Maintenance allowance. Uniformed members of the Police and Fire Departments and members of other departments who are required to wear special uniforms will be provided with a uniform maintenance allowance or clothing in kind.

    b.  Total remuneration. The compensation rate established for each position shall represent the total remuneration (excluding approved fringe benefits) for the employee, but shall not include reimbursement for official travel. Except as otherwise provided herein, employees shall not receive compensation in amounts greater than are authorized by the pay plan applicable to their positions. No gratuity, reward, gift or other form of remuneration, other than authorized compensation, shall be received by employees as compensation for the performance of their duties from any source. The receipt of gratuities, rewards, or other non-forms of remuneration, other than authorized compensation, shall subject employees to immediate discipline, up to and including discharge from employment.

10. Review and Amendment of Pay Plan. Prior to the effective date of the annual budget, the City Manager shall complete a review of the pay plan and submit findings, together with any recommended amendments, to the Council. Rates of pay for each prescribed position class shall be set by resolution of the Council.

11. Interpretation. Using the principles expressed herein as a guide, the City Manager shall be responsible for interpreting application of the pay plan to circumstances and situations not specifically covered herein.

13

DEF 000339

# SECTION VII - EMPLOYMENT AND PROMOTIONS

Recruitment of employees for positions in the City service shall be under direction of the City Manager. All applicants regardless of age, race, creed, color, national origin, disability, religion, gender, veteran status, or ancestry will be given equal consideration based on qualifications. All recruiting activities will be conducted in accordance with the City's Equal Employment Opportunity Policy.

Department Heads shall notify the City Manager as far in advance as possible of any requirements for new personnel, setting forth such information as requested by the City Manager.

A.    **Policy:** It shall be the policy of the City of Colby to fill each position in the City with the best available qualified employee.

B.    **Publicity:** The City Manager shall determine the publicity required to obtain a reasonable number of qualified applicants for each vacancy and is responsible for publicity and recruiting. Publicity may include advertisements in newspapers and trade journals, radio and television broadcasts, correspondence and other contacts with secondary schools and colleges, and the encouragement of City employees to informally advise others of employment opportunities.

C.    **Examinations:** The selection process may include one or more and/or all of the following: oral interview, evaluation of experience and training, reference checks, background investigations, physical and/or psychological examinations, drug and/or alcohol testing, written examinations, performance tests or unassembled examinations as determined by the City Manager. Competitive examinations may be used for original appointments or promotions.

D.    **Appointments and Filling Vacancies:** A regular appointment is one made to a position created without intent of limitation, and will exist for at least one year, unless the employee is removed as provided pursuant to this Handbook. A regular appointment may be for a full-time position or a part-time position.

A temporary appointment is one made to a position authorized to be filled for a limited period of time. Temporary employees, whether full-time or part-time, are not eligible for fringe benefits, i.e., vacation, sick leave, insurance coverage, etc., unless otherwise required under the plan or by law.

E.    **Acting Appointments:** When a vacancy occurs in a position which cannot be left vacant for any but the shortest time and when no suitable candidate

14

has been identified to fill it, or for some other reason it is not feasible to make a regular appointment to fill the vacancy, the City Manager may appoint an employee to fill it in an acting capacity.   The duration of such acting appointment shall be only until a regular appointment can reasonably be made.

F.    **Supplemental Employment:** Employees shall not, without official authorization, hold full-time jobs or their equivalent in addition to their regular full-time City jobs. Supplemental employment is permitted under the following conditions:

1.    The supplemental employment shall in no way conflict with employee's City employment; such conflict shall include, but not be limited to, work schedule, duties, workload, or conflicts of interest.   Supplemental employment shall also not conflict in any way with the satisfactory and impartial performance of City duties, and shall not constitute an "incompatible activity" as defined herein.

2.    Employees shall secure the approval of their Department Head and the City Manager before engaging in any supplemental employment. Approval shall not be unreasonably withheld.

3.    Employees shall immediately inform the City of contemplated changes in their supplemental employment.

4.    Authorization for supplemental employment shall be sought annually.

5.    No employee may enter into any contract or agreement with an individual or organization for performance of personal services while on City time unless the contract or agreement is an approved contract or agreement for services detailed and described in a Resolution approved by the Governing Body.  No employee may use City equipment or supplies for service to any individual or organization unless such use is pursuant to a contract or agreement included or referenced in a Resolution approved by the Governing Body.  No employee may receive pay, other than City pay, for performing personal services while on City time.

15

DEF 000341

# SECTION VIII - LEAVE

A.   **Vacation Leave:**

1.   <u>Accrual of Vacation Leave</u>.  Regular full-time employees are credited with paid vacation leave according to the following schedule:

Regular full-time employees with up to five continuous years of service are credited annually with ten (10) working days of paid vacation leave at their regular rate of pay.

Regular full-time employees with more than five years of continuous service are credited annually with fifteen (15) days of paid vacation leave at their regular rate of pay.

2.   <u>Using Vacation Leave</u>.  Again only regular full-time employees earn paid vacation leave. *Employees cannot use paid vacation time until they have been employed by the City in regular full-time status for twelve (12) continuous months.*  All vacation time is to be used at a minimum of two hours at a time.  Paid holidays falling within an employee's paid vacation shall be counted as holiday leave only, and shall not be charged against credited vacation leave.  Vacation leave shall not be taken without prior authorization of your Department Head.  Vacation requests may be denied when the requesting employee's absence would reduce available operational capabilities to a level impairing their department's ability to operate efficiently.  Conflicting vacation leave requests shall be resolved on the basis of seniority.

Employees who leave City employment shall be paid for their credited, but unused, paid vacation leave at their regular rate of pay.  If an employee terminates employment before the end of calendar year, the schedule to be used for compensating the number of vacation days will be five-sixths times the number of months worked for employees with less than five years of continuous service and one and one-fourth times the number of months worked for employees with five or more years of continuous service.

Again, regular full-time employees are only eligible to take ten (10) working days paid vacation leave after one calendar year of continuous regular full-time service with the City.  In other words, they must work a full January 1 through December 31.  Vacation leave accrued in the preceding calendar year can be taken after an employee has completed

16

12 months of service. For example, if you begin work in the middle of the year, you must work up to that same date of the following year before you can take any vacation. For example, assume Employee "A" begins employment July 1. From July 1 to December 31, one week's vacation has been earned. Employee "A" cannot take this week, however, until he/she completes twelve months of continuous employment, in other words, until July 1. However, beginning January 1, that employee is again accruing vacation leave for which he/she will be eligible to take after December 31 of year "2". This gives Employee "A" five (5) working days of vacation for working half of year "1" and ten (10) working days of vacation for working all of year "2".

Employees are allowed to carry over no more than three (3) earned vacation days to the new year. Should operational, scheduling, or other considerations make it impossible for an employee to take earned vacation leave within the required period, the City Manager is authorized to allow the employee to carry over additional unused leave, over the allowed three (3) days. All leave carried over must be used by July 1st of the following year.

The following is the schedule to be used when prorating vacation days for employees beginning work during the first calendar year:

| January | 10 days | July | 5 days |
|---------|---------|------|--------|
| February | 9 days | August | 4 days |
| March | 8 days | September | 3 days |
| April | 7 days | October | 2 days |
| May | 6 days | November | 1 day |
| June | 5 days | December | 0 days |

**B.    Sick Leave:**

1.    <u>Accrual of Sick Leave.</u>  Beginning on the first day of employment, all regular full-time employees are credited with one day of paid sick leave per month worked at their regular rate of pay. Employees who are granted a leave of absence with pay for any purpose shall continue to earn sick leave at the prescribed rate. Sick leave cannot be earned while an employee is on leave without pay. Sick leave may be accumulated up to 120 days. A day of sick leave shall be canceled for each day an employee is off sick during a normal work week, or if less than a day, on an hour-for-hour basis.

17

2.    Use of Sick Leave. Sick leave may be taken upon accrual pursuant to the requirements set forth in this Section and, where applicable, in the Family and Medical Leave Act. If an employee is not eligible for Family and Medical Leave, any time earned under this Subparagraph B. may be used, but only if the requirements of this section and the Family and Medical Leave section are followed. Employees who have exhausted their sick leave are required to exhaust all paid leave time available to them before being allowed to take leave without pay.

In order to receive compensation while absent on sick leave, employees shall notify their Department Head prior to the time they were scheduled to begin work; if such notification is not made, and is not excused, the employee shall be considered absent without leave.

Employees leaving City employment shall not be compensated for accrued but unused sick leave.

C.    **Family and Medical Leave Act:** The federal *Family and Medical Leave Act* entitles, under certain conditions, employees of the City to time off without pay for personal and family health reasons, and for the birth or adoption or foster care placement of children. In most cases, employees taking FMLA leave are entitled to return to the position they held prior to leave, or an equivalent position with equivalent benefits, pay, and other terms of employment.

1.    Eligible Employees. A City employee is eligible for FMLA leave only if they have (1) been employed with the City for at least 12 months (the months need not be consecutive), (2) they worked at least 1,250 hours during the 12-month period immediately preceding the leave, and (3) the City employs at least 50 employees within a 75-mile radius of the work site.

2.    Qualifying Leave.

a.    FMLA leave may be taken by eligible employees for up to 12 weeks in a 12-month period. Specifically, leave may be taken for:

(1)    The birth of a child, or placement of a child with the employee for adoption or foster care;
(2)    The employee's serious health condition;
(3)    The care of the employee's spouse, child or parent with a serious health condition;
(4)    Because of a qualifying exigency arising out of the fact that the employee's spouse, child or parent is on active

18

DEF 000344

duty or call to active duty status in support of a contingency operation as a member of the National Guard or Reserve;

(5)   Because the employee is a spouse, child, parent or next of kin of a covered servicemember with a serious injury or illness.

b.   FMLA leave may be taken by eligible employees for up to 26 weeks in a 12-month period to care for a covered servicemember with a serious injury or illness.

3.   <u>Threshold Procedural Requirements</u>.  Eligible employees desiring to take FMLA leave must, when practical, submit written requests on forms approved by, and provided by, the City.  Requests should be made no later than 30 days from the anticipated start date of leave, but exceptions will be made when practical reasons, such as emergencies and unforeseen conditions, make meeting this deadline impossible or impractical.  Failure to make a timely request for FMLA leave – in other words, to put the City on notice of the need for leave – may mean that all, or part, of your time off may not qualify as FMLA leave. Employees should also make an effort to schedule leaves in such a fashion that City operations are not unduly disrupted. Consult with your supervisor in this regard. Once leave is taken, employees must regularly report their status to the City.

4.   <u>Designation of FMLA Leave as Paid Leave</u>. The employee or the City has the right under federal law to designate, in certain circumstances, all, or part of, FMLA leave as paid leave. In other words, either can determine that other forms of paid leave, such as sick or vacation leaves, may be substituted for the FMLA leave. In such a case, the paid time taken will be counted against the employee's FMLA leave time and the times shall run concurrently. Should the City designate all or part of FMLA leave as paid leave, it shall notify the employee of the designation within two working days, or within other time limits that may be allowed under the FMLA. Not all types of paid leave may be substituted in all situations. Contact your Department Head for further details.

5.   <u>Medical Certifications</u>.  The City will require medical certification, by a health care provider, to support an employee's request for leave to attend to the employee's own serious health condition, or to care for a seriously ill child, spouse, or parent. Certification of an *employee's* serious health condition must include a statement that the employee is

DEF 000345

unable to work at all or is unable to perform at least one of the essential functions of their position. *For leave to care for a seriously ill child, spouse, or parent,* the certification must include an estimate of the amount of time the employee is needed to provide care.

*The City may require a second medical opinion, and subsequent and periodic re-certifications, at its expense.* If the employee's and employer's opinions conflict, the City may require the binding opinion of a third health care provider, whose identity the City and employee must approve and which shall be paid for by the City.

6.   <u>Intermittent or reduced leave</u>.   When medically necessary for an employee's serious health condition, or the serious health condition of a spouse, child, or parent, leave may be taken intermittently, or by way of reduced work schedules. In such circumstances, the City can require the employee to temporarily transfer to an alternative position which is equivalent in pay and benefits, or a part-time schedule, that better accommodates recurring absences.

7.   <u>Spouses combined leave</u>.   Spouses who are both employed by the City are entitled to a *joint total* of 12 weeks' leave, rather than 12 weeks apiece, for the birth of a child, or for placement for adoption or foster care of a child, or for the care of a sick parent.

8.   <u>Benefits During FMLA Leave</u>.   Group health insurance coverage will continue for employees on FMLA leave as if they were not on leave, and will do so on the same conditions as coverage would have been provided if the employee had been continuously working during the entire leave period. Employees who paid part of the premiums to maintain health coverage before taking leave must, to continue coverage during leave, make those payments, and the payments should be coordinated through the City. Should the employee fail to return to work, or remain at work upon return for less than 30 days, for reasons other than serious health conditions, or retirement, or for reasons beyond the employee's control, the City may recover from the employee the costs of payments made to continue the employee's health insurance.

These provisions generally describe critical FMLA provisions, and are not intended to provide an exhaustive explanation of the Act. For further details, do not hesitate to contact the City.

DEF 000346

D.    **Special Leaves:**

1.    Funerals.  Employees shall be granted up to three days paid leave per funeral to attend funerals of their spouses, children, mothers, fathers, step-parents, sisters, brothers, mothers-in-law, fathers-in-law, grandparents, aunts or uncles, brothers-in-law, sisters-in-law, or for military funerals in which employees are official participants.

2.    Unpaid Leaves.  Unpaid leaves of absence may be granted when illness or other compelling reason necessitates.  No such leave shall be granted, however, unless the employee applies for it and it is approved by the Department Head and City Manager.  Normally, such leaves shall not exceed twelve months, but may be extended by approval of the Department Head and the City Manager.  When employees on such leave are ready to return to work, the City shall attempt to reinstate them to their positions; however, the City shall not be obligated to do so.  Reinstated employees shall be returned to the compensation level they had when leave began, and shall be credited with accrued benefits at the level those benefits had accrued when leave began.  Employees shall not continue to accrue paid leave or benefits while on unpaid leave.

3.    Jury Duty and Civil Leave.  The City recognizes the important role of the jury system. Accordingly, all employees shall receive full pay when jury duty requires them to be absent from work.  Employees called for jury duty must provide the City with a copy of their jury summons.

Employees who receive compensation from the court for jury service must endorse their jury checks over to the City or otherwise pay the City an amount equal to those fees.  Employees may keep mileage reimbursements.

Time spent on jury duty shall not be considered as "hours worked" for purposes of computing overtime pay.

Employees on jury duty shall report to their Department Head as soon as they are excused from such duty during their normal work hours.

City employees shall receive full pay when required to serve as a witness in any court or before an administrative agency.  Such employees must provide the City with a copy of their witness summons or subpoena.

21

DEF 000347

Employees who receive witness fees must endorse their checks over to the City or otherwise pay the City an amount equal to those fees. Employees may keep mileage reimbursements.

Time spent on witness duty shall not be considered as "hours worked" for purposes of computing overtime pay.

Employees on witness duty shall report to their Department Head as soon as they are excused from such duty during their normal work hours.

E.    **Military Leave:**  Leaves of absence shall be granted to employees whose United States Uniformed Services (military) obligations necessitate their absence from work. These leaves are applicable to all such obligations, including Reserve and National Guard assignments, and are governed pursuant to the Uniformed Services Employment and Re-employment Rights Act (USERRA). Advance notice of military service is required, unless military necessity prevents such notice or it is otherwise impossible or unreasonable.

City employees shall be granted two weeks leave per year for meeting annual military training requirements. Such employees must give the City advance notice of annual training requirements and the scheduling thereof, and shall provide the City with copies of their applicable orders. Notice enables Department Heads to make appropriate adjustments in work schedules and workloads.  Such employees are eligible, upon submitting copies of their military orders, to receive from the City compensation equaling the difference in pay between their regular City compensation and their military pay, unless the military pay is greater.

Employees who are subject to multiple military duty assignments may, at their option, present leave notices covering all such obligations or present individual leave notices.

Continuation of health insurance benefits will be as required by and in accordance with USERRA based on the length of the leave and subject to the terms, conditions, and limitations of the applicable plans for which the employee is otherwise eligible.

Employees returning from military leave will be placed in the position they would have attained had they remained continuously employed or a comparable one depending on the length of military service in accordance with USERRA.  They will be treated as though they were continuously employed for purposes of determining benefits based on length of service.  Employees on

22

military leave for up to 30 days are required to return to work for the first regularly scheduled shift after the end of service, allowing reasonable travel time. If the period of service was more than 31 days, but less than 181 days, the employee must submit an application to the City no later than 14 days following completion of service. For service in the military for over 180 days, the employee must submit an application to the City not later than 90 days after completion of service.

F.   **Maternity Leave:**  Employees shall be afforded maternity leave for a reasonable period of time. Such employees shall be reinstated to their original jobs, or to positions of like status and pay, without loss of service, credits, seniority, or other benefits.

G.   **Holidays:**  The following days are hereby declared holidays for all City employees and officers with the exception of personnel who are employed on continuous operations:

1.   The first day of January (New Year's Day)
2.   The last Monday in May (Memorial Day)
3.   The fourth day of July (Independence Day)
4.   The first Monday of September (Labor Day)
5.   The fourth Thursday in November (Thanksgiving)
6.   The Friday following Thanksgiving
7.   The twenty-fourth day of December (Christmas Eve Day) if said day occurs Monday through Thursday in the week
8.   The twenty-fifth day of December (Christmas Day)

If the holiday falls on Sunday, the holiday shall be observed on the following day (Monday). However, if the holiday falls on Saturday, the City will recognize the immediately preceding Friday as a holiday.

In addition to these regularly-scheduled holidays, two unscheduled days or "Floating Holidays" are available to all employees. These floating days are available to be taken by an employee at his or her discretion with the approval of the Department Head. New employees with a date of employment before July 1 shall be entitled to two floating holidays during the first calendar year; new employees with a date of employment after July 1 shall be entitled to one floating holiday during the first calendar year.

Those employees required to work on a holiday who would not normally be scheduled for holiday-work and who are not given equivalent time off shall be compensated in accordance with rules and regulations covering overtime.

23

DEF 000349

Those employees working on a continuous shift basis, with the exception of the Fire Department, shall be given hours of compensatory time off equal to the hours of holiday leave enjoyed by other employees.

H.   **Absence Without Leave:** Any absence from duty, including any absence for a single day or part of a day which is not authorized by a specific grant of leave will be deemed an absence without leave. Any such absence shall be without pay and may subject an employee to disciplinary action, up to and including discharge from employment; any employee who is absent without leave for three (3) consecutive days shall be deemed to have abandoned their position and shall, absent extraordinary and compelling circumstances, be removed from the payroll.

24

DEF  000350

# SECTION IX - EMPLOYEE CONDUCT AND RELATIONS

A.   **Management/Employee Cooperation:** Management and employees work toward the same goal – to bring efficient and economical municipal services to the citizens of Colby.  This can only be achieved by management-employee cooperation.

Management – the City Manager, Department Heads, and supervisory personnel – shall welcome all employee suggestions concerning methods by which the efficiency and economy of municipal services can be improved.  The City Manager may set up a system for the receipt, acknowledgment, and recording of, and action on, employee suggestions for improving City services.

Proposals that clearly suggest new or revised procedures which result in the reduction or elimination of expenditures, a revenue increase, or the improvement of operating efficiency, are eligible for special recognition.  Such proposals must be written, clear, explicit, detailed and complete, and presented to the employee's supervisor, who shall forward copies of them to the Department Head and City Manager with comments concerning the feasibility, potential impact, and general analysis of the proposals.  Employees shall be advised of the status of their suggestions by their immediate supervisors.

Employees whose suggestions are implemented in whole or part may be eligible for a CERTIFICATE OF COMMENDATION.  If a significant improvement in operations, a solution to a difficult problem, or substantial cost savings or revenue increases result from an employee's suggestion, the Department Head may recommend an award of up to five days additional leave with pay for the employee.  The final determination of the award shall be made by the City Manager, and a record of any suggestions, awards, or commendations shall permanently be maintained in the employee's personnel file.  Department Heads and supervisory level employees are ineligible to receive awards under this policy.

Employees who are unable to effectively express themselves in writing may have their supervisor reduce their suggestion to written form in the employee's name; likewise, the supervisor may, with the employee's permission, make the suggestion on the employee's behalf. Any supervisor who realizes, after the fact, that an employee's suggestion warrants the awards prescribed in this section may, with the employee's permission, recommend the employee for the award. In these, as in other, instances the commendation or award request must be initiated and expedited as promptly as possible.

DEF 000351

B. **Change of Address:** Employees shall promptly notify their Department Heads and the office of any change of address or telephone number so that employees may be contacted at all times by either telephone or mail.

C. **Nepotism:** No person shall be employed by the City, or promoted or transferred to a City department or to a division or section thereof, when as a result he or she would be working in the same place or in regular or frequent contact with a relative or would be supervising or receiving supervision from a relative. Relative as used herein is defined as spouse, parent, stepparent, father-in-law, mother-in-law, child, stepchild, brother, stepbrother, brother-in-law, sister, stepsister, sister-in-law, grandparent, grandchild, aunt, uncle, niece and nephew. This policy shall not prevent the employment of married persons, or the retention of employees who marry other employees.

D. **Attendance:** Efficient City service requires the regular attendance of its employees. Excessive absenteeism from work and/or tardiness may subject employees to disciplinary action, up to and including discharge from employment.

E. **Conflict of Interest:**

1. No City officer or employee shall have any direct or indirect financial interest in any City contract. No City officer or employee shall have any direct or indirect financial interest in the sale to the City of land, labor, materials, supplies, services, or any other thing. Non-salaried officers shall be exempt from the above provisions in those cases where the work is done or materials purchased on a competitive bid basis and the contract is awarded in compliance with Kansas Statutes Annotated.

2. City employees and officers shall not engage in any employment activity or enterprise which is inconsistent or incompatible with, or in conflict with, their City duties or with the mission, duties, functions, and responsibilities of their departments. Activities deemed by the City to be inconsistent or incompatible with, or in conflict with, City employees' duties include, but are not limited to:

   a. Any employment, activity or enterprise which involves the use of, for private gain or advantage, of City time, facilities, equipment, funds, or supplies.

   b. Any employment, activity or enterprise in which a City employee uses, or attempts to use, or asserts he or she will use, their

26

DEF 000352

position as a City employee or the influence or image of the City, to obtain, directly or indirectly, any profit, advantage or benefit.

c.  Any non-City employment, activity or enterprise which involves the direct or indirect receipt of, or acceptance by, a City officer or employee of money or other consideration for the performance of an act which falls within the scope of the officer's or employee's City position.

d.  Any non-City employment, activity or enterprise which involves the performance by a City officer or employee of an act or acts the nature of which would, or could be, subjected later to regulation, control, inspection, review, audit, or enforcement by the City officer, employee, or department in which he or she is employed.

e.  Any activity which involves so much of the employee's time that it impairs his or her attendance or efficiency in the performance of his or her duties as a City officer or employee.

f.  Any employment, activity or enterprise which involves so much of the City officer's or employee's time that the officer or employee's City job-related attendance, performance, or efficiency is impaired.

F.  **Political Activity:**  With the exception of persons duly appointed to City Boards and Commissions, or persons elected to City Council, the following policies apply to all persons holding city office, or employment, including all full and part-time employees and persons serving in reserve status:

1.  No City officer or employee, and no City appointee on reserve status (except persons duly-appointed to City Boards and Commissions, or persons elected to City Council) shall, without first obtaining a special leave of absence, run for any public office which is incompatible with, or conflicts with, their City position, duties, or obligations.  Such persons may maintain their City positions until they file for the elective position they seek and may then commence, if they have so requested their special leave which shall be unpaid. If elected, such person's City position shall terminate; if they are not elected, they may return to their City position if it is vacant. The City is under no obligation to hold the position open.

2.  City officers or employees, and City appointees on reserve status (except persons duly-appointed to City Boards and Commissions, or persons

27

DEF 000353

elected to City Council) shall inform the City Manager in writing of their intention to file for election to a public office which they do not believe is incompatible with, or conflicts with, their City position, duties, or obligations.   The City Manager shall promptly, and in writing, deliver to the person a determination whether the position they seek is incompatible with, or in conflict with, their City position, duties, or obligations. If the position is incompatible or in conflict, the person shall proceed pursuant to the immediately preceding paragraph. If the position is not incompatible or conflicting, the City Manager may impose appropriate conditions on the person's continued association with the City during the campaign and election.

3.     City officers or employees, and City appointees on reserve status (except persons duly-appointed to City Boards and Commissions, or persons elected to City Council), shall not solicit monetary contributions or donations, or make monetary contributions or donations, to any municipal political campaign or to the campaign of any candidate for municipal office.

4.     City officers or employees, and City appointees on reserve status (except persons duly-appointed to City Boards and Commissions, or persons elected to City Council) shall not take any active part in a municipal political campaign.

5.     City officers or employees, and City appointees on reserve status (except persons duly-appointed to City Boards and Commissions, or persons elected to City Council) shall not act as a worker at the polls or distribute badges, pamphlets, dodgers or handbills of any kind favoring or opposing any candidate for election or nomination to a municipal office.

6.     City officers or employees, and City appointees on reserve status (except persons duly-appointed to City Boards and Commissions, or persons elected to City Council) shall not use or promise to use, directly or indirectly, any official authority or influence to secure or attempt to secure an appointment, or advantage in obtaining an appointment, to a position in the City service, an increase in compensation, a promotion, or any other employment advantage, for the purpose of influencing a vote or political or official action.

7.     City officers or employees, and City appointees on reserve status (except persons duly-appointed to City Boards and Commissions, or persons elected to City Council), shall not, while on duty, openly campaign for

28

DEF 000354

any political party or candidate or use the influence of their position with the City to promote the election thereof. All such political activity by such persons shall be limited to their personal own time. Such persons shall not use City equipment, supplies, or resources in their political activity.

8.    Notwithstanding the foregoing, City officers or employees, and City appointees on reserve status, may become, or continue to be, members of political parties, clubs, organizations, and associations; attend political meetings; and vote in any and all elections. All such political activity by such persons shall be limited to their personal time. Such persons shall not use City equipment, supplies, or resources in their political activity.

**G.    Rules Governing Claims for Personal Expense Incurred in the Official Conduct of City Business:**

1.    City Council members, appointed City officials, and City employees and agents shall be reimbursed for necessary and reasonable personal expenses incurred in the conduct of official City business, and in accordance with rules and regulations set forth herein. For reimbursement purposes:

   a.    City Council members are those individuals duly elected to the City Council of the City of Colby.

   b.    Appointed officials are those individuals duly appointed to City Boards and Commissions, or employees appointed directly by the City Council.

   c.    City employees are those individuals duly appointed and listed on the regular payroll of the City.

   d.    Agents of the City are those individuals retained on a fee basis or special appointment to perform acts on behalf of the City. The City Council shall designate such agents prior to expense approval.

2.    Reimbursement Rules and Regulations.

   a.    City Council members, appointed officials, and all employees and agents claiming expenses shall properly document and receipt, whenever practicable, all such actual expenses.

29

(1)     Prior approval of the City Manager, or his/her designee, is required for all trips outside the City.

(2)     Mileage, transportation, food, lodging, and other expenses shall be itemized and claimed on forms provided by the City.

(3)     When a personal vehicle is used for transportation, actual mileage shall be paid at a standard rate approved by the City Council.  Prior approval of the City Manager is required for use of a personal vehicle.

(4)     Receipts for public transportation (bus, rail, air) must be provided for full reimbursement of actual cost.  Whenever possible, the mode of transportation selected shall be the most economical available which provides necessary connections.  Transportation should generally be booked in coach or tourist class, rather than first class, providing space is available.  Expenses for rental vehicles will not be reimbursed unless prior approval for such rental was obtained from the City Manager.

(5)     Actual meal expenses will be reimbursed.

(6)     Receipts for lodging will be reimbursed at actual cost.

(7)     Reasonable gratuities not exceeding 15% shall be reimbursed.  However, reimbursement for gratuities for valet service, laundry, and similar personal services, shall not be allowed.

(8)     No more than three (3) appointed officials or full-time employees shall attend the same meetings or conferences outside the Colby area.   Exceptions may be made if approval is granted by the City Manager.

(9)     Expenses incurred on official City business that do not require travel outside the City may be reimbursed upon approval of the City Manager.

(10)    With prior approval of the City Manager, meal expenses may be reimbursed when official meetings are held during regular meal periods.

30

DEF 000356

(11) A cash advance to defray business expenses may be authorized by the City Manager. Persons desiring to obtain such an advance must, prior to travel, submit a written request for the advance on forms provided by the City. Within two business days of their return from official travel, persons receiving cash advances shall submit and personally sign full and complete expense statements and receipts related to such travel.

H.   **Disciplinary Procedures:** Benefits gained by sound employee recruitment and training will be lost unless adequate provisions exist for disciplining employees whose conduct merits such action.

   1.   Forms of disciplinary action. Disciplinary action may include:

      a.   Oral or written reprimands.

      b.   Ineligibility for compensation increase.

      c.   Involuntary transfer to another position.

      d.   Reduction in compensation without change of position.

      e.   Probation.

      f.   Demotion to a position with a lower entry level hourly rate and with a reduction in pay.

      g.   Suspension with or without pay.

      h.   Discharge from employment.

   2.   For your convenience, the following list provides examples of conduct that may subject employees to discipline (up to and including discharge from employment.) Because it is impossible to foresee all such instances of conduct, this list is not all-inclusive, and discipline may be justified for other actions when they reflect discredit upon the City, violate laws or City policies, procedures, rules, and regulations, or hinder the effectiveness of the City's operations. This list is for illustrative purposes only and does not alter the fact that City employees are employees at will; either the City or the employee may terminate the employment relationship at any time, with or without advance notice, and with or without reason.

31

DEF 000357

a.   The employee has committed a crime.

b.   The employee willfully, wantonly, unreasonably, unnecessarily, negligently, or recklessly mistreated an inmate or prisoner of a City institution or a person in custody.  This rule does not limit employees' rights to act in lawful self-defense of themselves or other persons.

c.   The employee violates any of the provisions of this Personnel Handbook, or any other City rule, regulation, policy, or procedure.

d.   The employee engages in, on or off-duty conduct unbecoming of an officer or employee of the City.

e.   The employee engages in insubordination, violates any lawful regulation or order, or disobeys any directive made or given by a superior.

f.   The employee has been under the influence of alcohol or drugs while on duty, has failed a drug or alcohol test, refused to take a drug or alcohol test authorized by City policy, or violated the City drug and alcohol policy.

g.   The employee engages in conduct, on or off-duty, which is offensive to the public, City officials, or employees, or uses foul or obscene language that projects unfavorably upon his or her position or the City.

h.   The employee is incompetent or inefficient in the performance of the duties of his/her position.

i.   The employee is reckless, careless or negligent in the handling or control of City monies, property or equipment.

j.   The employee uses or threatens to use, or attempts to use, improper personal or political influence to secure promotions, leaves of absence, transfers, or changes in compensation, character of work, or other terms and conditions of employment.

k.   The employee induces or attempts to induce, or causes or attempts to cause, a City officer or employee to commit an

32

DEF 000358

unlawful or unethical act, or to act in violation of any City or departmental policy, procedure, regulation, rule, or order.

l.  The employee takes or accepts, or attempts to take or accept, for personal use, profit or gain, from any person or entity, any fee, tip, gift, reward, gratuity, or other thing in the course of his or her work or in connection with it.

m.  The employee engages in outside business activities or part-time employment on City time, or has used City property for such activity.

n.  The employee fails to maintain a satisfactory attendance record.

o.  The employee falsifies employment applications, time, pay, or personnel records, or any other City documents or records.

p.  The employee damages, takes, uses, or possesses City property or property of employees or others without authorization.

q.  The employee possesses weapons on City property or while on City business. (This rule shall not apply to City police officers).

r.  The employee engages in fighting, throwing things, horseplay, practical jokes, or other disorderly conduct which may endanger any employee, person, or property on City premises or while on City business.

s.  The employee engages in acts of dishonesty, deceit, fraud, theft or sabotage.

t.  The employee threatens, intimidates, assaults, batters, abuses, or coerces employees or other persons, or interferes with the performance of other employees.

u.  The employee engages in conduct which the City, in its sole discretion, considers an adverse reflection on the employee and/or the City.

v.  The employee engages in performance which, in the City's sole discretion, does not meet the requirements of the position.

33

DEF 000359

w.  The employee engages in any other practices or conduct which the City, in its sole discretion, determines may be inconsistent with the ordinary and reasonable rules of conduct necessary to the welfare of the City, its employees, or others.

x.  Violation of, or recklessness, carelessness, or negligence in observing safety rules.

y.  The employee has been involved in other circumstances the City determines, in its sole discretion, warrants corrective or disciplinary action.

*Again, this list is intended only to be representative of the types of activities which may result in disciplinary action. It is not intended to be comprehensive and does not alter the employment-at-will relationship between the employee and the City.*

I.   **Open Door Policy:**  The City maintains an "Open Door Policy" regarding employee concerns. Employees who have concerns, complaints, or suggestions about their employment should feel free to discuss them and should discuss the matter first with their supervisor. If their supervisor is the subject of their complaint or concern, however, employees should discuss the situation with their Department Head. If their Department Head is the subject of their complaint or concern, employees should discuss the situation with the City Manager. If the City Manager is the subject of their complaint or concern, however, employees should address their concern in writing to the City Attorney. Complaints, concerns, or suggestions about the City Council should be directed to the Council or the City Manager.

J.   **Gifts and Gratuities:**  No employee shall take or accept anything including, but not limited to, any gratuity, loan, gift, money, goods, or services, when the employee knows, or should know, that such things are intended, directly or indirectly, to influence the employee in the discharges of his or her duties as a City employee.

K.   **Health and Welfare:**  Department Heads shall make reasonable provisions for workplace safety and health, and shall provide necessary protective equipment. Employees shall immediately report unsafe conditions, equipment, employees to their immediate supervisors; violation of this rule shall subject employees to discipline, up to and including discharge from employment.

34

status. A drug or alcohol test may be directed by the City based on reasonable suspicion. Only medical personnel may administer tests to determine the presence of controlled substances.

Medical personnel may be requested to administer tests to determine blood alcohol levels. An employee who does not consent to a drug/alcohol test may be presumed to be under the influence of drugs/alcohol and may receive disciplinary action and/or termination. If the individual does not consent to an examination and/or drug testing and the supervisor feels the employee cannot fulfill duties based on their condition, the supervisor may direct the employee to leave City premises and make arrangements for transportation home. If the employee refuses transportation and the supervisor has reason to believe the employee may endanger himself/herself or the general public if allowed to leave City premises without supervision, the supervisor should notify the Police and the chain of authority for assistance. A report of such an incident will be written by those having knowledge of the incident and forwarded to the City Manager as soon as possible for review and final determination.

e.  An employee who is diagnosed as a drug or alcohol abuser may be granted a leave of absence to undertake rehabilitation treatment. Such employee must cooperate fully with the treatment process and will not be permitted to return to work until a release from treatment is presented to the City Manager certifying that the employee is rehabilitated and capable of returning to work. An individual completing an approved drug treatment program who returns to work and again abuses drugs/alcohol, to the extent that it affects work performance, will be evaluated and the circumstances reviewed by a supervisor within the line of authority to determine disposition. The City reserves the right to take any disciplinary action it deems appropriate when an employee tests positive for drugs or alcohol, when an employee is found to have drugs or alcohol in his or her possession on or in City property while on duty, or when an employee is in other violation of this policy.

**M.  Unlawful Harassment:** The City strongly supports the right of all its employees to work in an environment free from all forms of harassment, including harassment on the basis of race, color, religion, gender, sexual orientation, national origin, age, disability, veteran status, or any other protected category. *Harassment of any kind will not be tolerated; employees*

36

DEF 000361

L.   **Drugs, Narcotics, and Alcohol:**

1.   <u>Policy</u>.  It is the policy of the City to prohibit the consumption, sale, dispensing, or possession of illegal drugs and narcotics (controlled substance: KSA 65-1401 et.seq. Uniform Controlled Substance Act and Amendments thereto) and alcoholic beverages, to include cereal malt beverages on its premises and throughout the City when employees are performing their assigned duties (with the exception of official police programs involving the sale, dispensing, or possession of illegal drugs, narcotics, or alcoholic beverages). The prohibition also covers all legal or prescription drugs which may impair an employee's ability to perform his/her job.

2.   <u>Scope and Purpose</u>:

   a.   An employee reporting to work under the influence of drugs, narcotics, or alcohol is not to be permitted to enter the City's premises or begin performance of assigned duties.   The supervisor will make arrangements to have the employee transported home or to a facility to receive assistance, if an employee is observed as being under the influence.

   b.   Employees who must use prescribed drugs or narcotics during work must report this fact to their department director along with acceptable medical documentation if such use will pose a potential safety risk in light of the nature of the employee's work assignment.

   c.   Employees experiencing problems resulting from drug, narcotic, or alcohol abuse or dependency should seek counseling or treatment approval from their supervisor or the City Manager. Such counseling will be kept confidential.  Job performance alone, not the fact that an employee seeks counseling, is to be the basis of all performance appraisals.

   d.   Employees who observe a fellow employee demonstrating unusual behavior patterns which appear to be drug, narcotic, or alcohol related should notify their supervisor. The supervisor will take reasonable action to investigate such observations, such as direct counseling, to determine validity. If the supervisor has reason to believe that the employee is under the influence, he will make arrangements to have the individual examined by a physician or medical personnel to determine the individual's

35

DEF 000362

*have the obligation to report all incidents of harassment, and those reports will be promptly and thoroughly investigated. Any employee who has engaged in harassing conduct will be subject to immediate discipline, up to and including immediate discharge from employment.*

Harassment is verbal, written or physical conduct that denigrates or shows hostility or aversion toward others because of their, or their relatives', friends' or associates', race, color, religion, gender, sexual orientation, national origin, age, disability, veteran status or other protected characteristics, and which creates an intimidating, hostile or offensive working environment; unreasonably interferes with an individual's work performance; or otherwise adversely affects an individual's employment opportunities.

Generally speaking, harassing conduct includes, but is not limited to, the following acts or conduct when those acts or conduct relate to race, color, religion, gender, sexual orientation, national origin, age, disability, or veteran status or other protected characteristics:

- Epithets;
- Slurs;
- Negative stereotyping;
- Threats; and,
- Written or graphic material that denigrates, or shows hostility or aversion toward, an individual or group because of their race, color, religion, gender, sexual orientation, national origin, age, disability, veteran status or other protected characteristics, when such material is distributed or circulated in the workplace, placed on walls, bulletin boards, or elsewhere on the City premises.

*Reporting Incidents of Harassment.* Again, the City prohibits harassment of any kind. Immediately report any incidents of harassment to a supervisor, Department Head, or City Manager. Reports of harassment involving any of these persons shall not be reported to that person; instead, make the report to one of the other persons identified. The City does not retaliate against, and does not tolerate retaliation against, those who report harassment in good faith, or those who cooperate with harassment investigations. Complaints must include detailed information concerning the harassing conduct; the names of all persons involved; the names of any witnesses; and any other information deemed helpful to an investigation. *See further information about complaints and investigations, below.*

37

All reports will be treated, to the extent possible, confidentially and will be promptly investigated. If the result of the investigation indicates that corrective action is called for, such action will be taken in accordance with the seriousness of the event and may include disciplinary measures up to and including immediate discharge from employment of the offender. When an investigation is complete, involved employees will be informed of the results.

*Sexual Harassment.* Sexual harassment is expressly prohibited. The City defines sexual harassment as:

Unwelcome sexual advances, requests for sexual favors, and other verbal, visual, physical or written conduct of a sexual nature. Sexual harassment also includes, but is not limited to, the following acts, whether committed by City officials, employees, or other persons on City premises but not employed by the City, including citizens, vendors and visitors:

- Unwelcome sexual flirtations;
- Unwelcome sexual advances or propositions;
- Verbal abuse of a sexual nature;
- Subtle pressure or requests for sexual activities;
- Unnecessary touching of an individual;
- Graphic or vulgar commentaries about a person's physical appearance, body, or clothing;
- Sexually degrading words used to describe a person;
- Displays in the workplace or on City premises of sexually suggestive materials, including objects or pictures;
- Sexually explicit or offensive jokes, whether written or spoken;
- Physical assault or battery;
- Verbal harassment or abuse;
- Accusations of sexual preference;
- Demands for sexual favors, including demands accompanied by express or implied promises or threats concerning an individual's employment status;
- Conditioning any term or benefit of employment upon sexual favors;
- Sexual slurs or innuendoes;
- Suggestive or insulting sounds;
- Touching, leering, whistling, and obscene gestures;
- Displaying derogatory or offensive posters, cartoons or drawings; *and,*
- Any other conduct that unreasonably interferes with an employee's performance of his or her job, that creates an intimidating, hostile or offensive working environment, or otherwise adversely affects an individual's employment opportunities.

38

DEF 000364

Generally speaking, there are two types of sexual harassment: (1) *quid-pro-quo harassment,* which involves an express or implied suggestion that a term/condition of employment is, or may be, contingent upon sexual activities or favors, and (2) *hostile environment,* which involves sexually-harassing conduct that is so severe that it creates a hostile working environment. Sexual harassment occurs when the conduct described above may:

- Be construed as being a term or condition of an individual's employment, i.e., when a supervisor or other employee threatens or insinuates, either explicitly or implicitly, that another employee's or applicant's refusal to submit to sexual advances or demands will adversely affect that person's employment in any way, or when the employee's or applicant's agreement to submit to sexual advances or demands will positively affect that person's employment in any way;
- Be used as a basis for making employment decisions affecting an employee or applicant, depending upon the employee's or applicant's submission to, or rejection of, improper conduct; *or,*
- In purpose or effect, substantially interfere with an employee's work performance or create an intimidating, hostile, or offensive working environment.

Employees are reminded to report all instances of sexual harassment by non-employees. These reports are to be made in the same way as all other reports of harassment.

Again, the City prohibits, and will not tolerate, sexual harassment. Any City official or employee who engages in sexual harassment shall be subject to immediate discipline, up to and including immediate dismissal. All incidents of sexual harassment shall be reported immediately to a supervisor, the Department Head, or the City Manager. Reports of sexual harassment involving any of these persons shall not be reported to that person; instead, make the report to one of the other persons identified. The City does not retaliate against, and does not tolerate retaliation against, those who report harassment in good faith, or those who cooperate with harassment investigations.

All employees shall receive gender harassment training.

*Sexual Harassment Complaints.* Any employee who feels he/she is being subjected to sexual harassment shall immediately contact one of the persons listed below; employees should choose the person with whom they feel most comfortable. Complaints may be made orally or in writing to:

39

DEF 000365

- Immediate supervisors;
- Department Heads;
- Other supervisory personnel; *or,*
- City Manager.

Employees shall not make a complaint to the person who is the alleged harasser. Instead, make the complaint to one of the other listed persons.

Employees making a complaint shall provide the following information:

- Their name, department and position title;
- The name of the person/persons committing the harassment;
- Date(s) and approximate time(s) of the harassment;
- The specific nature of the harassment; its duration; and any employment action (for example, demotion, failure to promote, promotion, dismissal, refusal to hire, transfer, etc.) taken against the employee, or for the benefit of the employee, as a result of the harassment, or any other threats made against him/her as a part of, or as a result of, the harassment; *and,*
- The names of any and all witnesses to the harassment.

The person receiving the complaint shall document the incident in writing.

*Sexual Harassment Investigations.*   The City shall, in accordance with established and specific procedures, promptly investigate all sexual harassment complaints.  When asked, all employees shall cooperate fully and completely with such investigations.  Refusal to so cooperate, or interfering with an investigation in any way, shall subject employees to immediate disciplinary action, up to and including discharge from employment.

*Records of Sexual Harassment and other Unlawful Harassment Complaints.* All records concerning sexual harassment complaints shall be kept confidential to the extent possible and maintained in a separate locked file.  Access to these records shall be given only with the City Manager's approval to parties who have a direct and relevant need to know.

*Other Unlawful Harassment Complaints.* All other unlawful harassment complaints shall be investigated in the same fashion as sexual harassment complaints.  When asked, all employees shall cooperate fully and completely with such investigations.  Refusal to so cooperate, or interfering with an investigation in any way, shall subject employees to immediate disciplinary action, up to and including discharge from employment.

40

DEF 000366

N.    **Workplace Violence:**  Incidents of workplace violence have increased in society.  The City believes that all employees should be able to enjoy a workplace free from violence, harassment, and threats.  Therefore, the City does not knowingly tolerate such incidents and reports them to the appropriate law enforcement authorities.

Workplace violence includes not only physical attacks, but also threats of violence, stalking, or other verbal or physical conduct of a violent nature which has the purpose or effect of creating a dangerous, unsafe, intimidating or violent working environment.  All employees are prohibited from engaging in any of these acts, or any other act that might constitute workplace violence.  Any employee who does engage in such activity is subject to discipline, up to and including immediate discharge.

Except in the cases of law enforcement officers and law enforcement vehicles, weapons of any kind are prohibited on City premises and in City vehicles.

Employees who believe they are victims of workplace violence, or who observe workplace violence, shall immediately report such incidents to a supervisor, a Department Head or the City Manager.  Reports of violence involving any of these persons shall not be reported to that person; instead, make the report to one of the other persons identified.

The City shall investigate any reported workplace violence.

O.    **Communications Systems:** Employee use of the City's internal and external communications systems, such as radios, pagers, Internet, e-mail, voice mail, and telephones, shall be consistent with the City's policies regarding professional conduct, harassment, discrimination and other work conduct.  At no time may City resources be used to convey or communicate obscene, threatening, harassing, or abusive messages to others, either inside or outside the City.

*Electronic mail & other communications.*  Electronic mail (e-mail) is produced, transmitted, and received on the City's own communications system.  Therefore, employees are prohibited from using e-mail for personal purposes, and all e-mail is considered property of the City.  Accordingly, *there is no expectation of privacy in anything created, sent, or received on any of the City's information or communications systems.*  All e-mails are considered to be City records; therefore, the City reserves the right to monitor, review, access, delete, and/or disclose all messages and documents transmitted over its e-mail systems.

DEF 000367

Again, use of e-mail is restricted to City business. No harassing, indecent, profane, abusive, obscene, vulgar, intimidating, or otherwise offensive or inappropriate language or material may be sent on City e-mail, voice, or computer or other communications systems. Any employee who receives or encounters such material shall immediately report it to their supervisor or other management official. Reports involving any of these persons shall not be reported to that person; instead, make the report to one of the other persons identified.

*Computer use.* Employees should not consider as their own any files stored or maintained on City computers. They are City property. There is no right to privacy in such files, and they may be accessed, read, downloaded, or deleted in the City's regular course of business. Such events may include, but may not be limited to, detecting breaches of City policies, procedures, rules, regulations or any law, and accessing needed files when an employee on whose computer the file is stored or maintained is absent.

Computers are to be used for City business only. Employees shall not download from the Internet any software without prior management authorization; nor shall employees download any images of any nature, or view without downloading any pornographic or obscene material. Employees who violate this rule shall be subject to immediate discipline, up to and including discharge from employment.

Employees shall comply with all software licenses, copyrights and laws governing intellectual property. Employees found to be in violation shall be subject to immediate discipline, up to and including immediate discharge.
*Cell phone use.* Cell phones may be provided by the City to employees for use only during and in the course of performing regular job duties. Cell phones are intended to enable the employee to efficiently complete job duties in the field and when away from the normal duty station. Except for an emergency, cell phones are for official business only and not for personal use. Employees will be required to reimburse the City for any additional costs incurred by the City from the employees' personal use of a cell phone.

**Employees may not, without City permission, lock or password-protect any computer, document or electronic transmission on the City system.**

**Employees evidence their consent to the monitoring of their communications by accepting employment with the City and remaining so employed.**

42

DEF 000368

P.   **Insurance:**  The City provides health and medical insurance coverage to regular full-time employees.  The City Council and City Manager select the carrier and plan.  Employees who elect coverage under the plan and who must pay at least part of the coverage premiums shall have such premium payments deducted from their paychecks.

Further details concerning the plan may be found in Summary Plan Descriptions which are available from the City. The City reserves the right to unilaterally, and at its sole discretion, change plan terms and plans, or to discontinue the plan.

Q.   **Health Insurance Continuation Provisions (COBRA):**  If you leave City employment under certain conditions, federal law entitles you to continuation of any health insurance benefits you may have as a result of your City employment.  The Consolidated Omnibus Budget Reconciliation Act of 1986 (COBRA) requires the City to allow you, for a limited time, to remain covered by any City-provided health insurance plan, at your expense.  Should you leave City employment, the City will provide you with detailed information concerning your COBRA rights; of course, more detailed information is available from the City at any time upon request.

R.   **Residency Requirements:**  All department heads for the City of Colby are required to live within a three (3) mile radius of the City limits.  Only the City Manager may authorize exceptions to this rule, and then in only the most unusual, extraordinary and compelling circumstances.  All other full-time employees are required to live within a five (5) mile radius of the City limits of Colby unless an exception is granted by the City Manager after review by the Mayor.  Exceptions granted shall be based on the proximity to the City, the need to respond to emergency situations, the availability of candidates for the position, and other criteria determined by the City Manager.

S.   **Smoking:** Smoking is prohibited in all city facilities, vehicles, and equipment and in any area within a ten foot radius outside of any doorway, open window or air intake leading into a building or facility; violations of this policy will subject an employee to fines under State Statutes in addition to disciplinary action, up to and including discharge from employment.

T.   **Miscellaneous Provisions:**

1.   All employees shall observe all laws, including traffic laws, and shall exercise extreme caution when driving any City vehicles.

2.   All employees shall at all times be courteous to the public.  Employees should listen carefully to complaints and refer them to the proper supervisor for action.

43

DEF 000369

3.    Employees involved in an accident while operating City vehicles or equipment, or their personal vehicles or equipment while on City business, shall immediately notify their Department Head.  The Department Head shall notify the appropriate law enforcement agency if required.

4.    To ensure efficiency and effective service, each Department Head shall appoint employees to serve "on call" during weekends and holidays. Employees on call shall handle such complaints or emergencies that cannot await a regular workday for resolution.  Employees shall not receive additional compensation simply because they are on call, but shall receive compensation for time spent working during their-call periods.

5.    City vehicles shall be used only for City business.  No City vehicle shall be used after working hours unless permission is obtained from the City Manager.    All  City  equipment  shall  be  restricted  to  assigned departments and shall not be borrowed by others unless permission is obtained from the involved Department Heads.  No City vehicles shall be used for personal errands, personal transportation, or other such business.

City vehicles shall be used as a means of transportation to and from work for the following employees only: Department Heads, supervisory personnel and employees on "on call" duty.

6.    City employees (except law enforcement officers) shall not carry on their persons concealed or unconcealed firearms, or any weapon capable of discharging a projectile by means of explosive force, while performing their duties.

44

DEF  000370

# SECTION X - TRAINING PROGRAMS

A.   **Career Development:** In order to promote quality service and to improve such service, the City Manager shall cooperate with Department Heads, employees, and others to identify, foster, and promote training programs for employees.

   1.   Administration of Career Development Program.  The City Manager shall:

      a.   Ensure that approved training is carried out and prepare certificates or other forms of recognition to persons who satisfactorily complete such training.

      b.   Assist Department Heads in developing and conducting training which meets the specific needs of their departments, and in developing and utilizing other techniques to increase operational and employee efficiency.

      c.   Develop and conduct supervisory and management training, and other types of training and career development programs common to all departments.

      d.   Make information available concerning job requirements and training opportunities in order to increase employees' efficiency and performance in their present positions, and to prepare them for promotion.

      e.   Maintain permanent records of all approved training and of employees who successfully complete such training.

B.   **Tuition Assistance - Continuing Education Program:**  The continuing education program is an employee assistance program which encourages City employees to begin or continue formal education which relates to their career field.  Goals of the program are:  (1) To enhance job performance, productivity and proficiency by increasing employee skills and knowledge; (2) To encourage self-enrichment and esteem by meeting educational goals; and (3) To promote organizational goals.  Qualified and eligible employees may be eligible for 100 percent tuition assistance.

   Full-time employees who wish to continue their formal education by pursuing a degree, and/or participating and successfully completing a curriculum which will, in the City's opinion, enhance their job-related skills, abilities, and

45

DEF 000371

knowledge may apply for a maximum tuition assistance of eight credit hours per semester at a rate per credit hour not exceeding the then-existing tuition rate of a State University or Community College. Full-time employees are eligible for such tuition assistance only if:

1. They have been continuously employed with the City for at least one (1) year with average or better performance evaluation ratings.

2. They are not on probation or suspension, and/or are not appealing any charge or complaint that may result in disciplinary action and/or discharge from employment. (If an employee's curriculum has been approved and the employee is participating in the program when action(s) occur that may result in disciplinary action or discharge from employment, the City reserves the right to withhold reimbursement to the employee until the matter is resolved, and to then reimburse the employee if he/she is exonerated.).

3. The curriculum or classes must be approved in advance by the employee's Department Head. Proposed curriculum or classes shall be approved only when (1) class schedules do not conflict with work schedules; and (2) the proposed curriculum or classes bear a reasonable relationship to the employee's job or field or, if such a relationship does not exist, the employee's completion of the curriculum or classes is demonstrated as beneficial to the City. The Department Head's determination shall be reviewed by the City Manager, who must expressly approve or disapprove the employee's request.

4. To be eligible for tuition reimbursement, an employee must successfully complete the class or curriculum and attain a grade point average equivalent to 2.00 on a 4.00 point scale, or the equivalent of a "C," For approved programs(s) which have no traditional letter grade scale, a certificate of completion, or a letter from the instructor or program director stating the employee has successfully completed or passed the course(s) must be submitted before reimbursement.

5. A copy of the certificate, letter and/or grade card for a completed class or curriculum must be provided to the City Manager before reimbursement. This copy will be placed and maintained in the individual's personnel file as part of their permanent personnel record.

6. Only employees who are employed by the City at the time they complete a class or curriculum within these policies will be reimbursed.

7. The City will only pay for accredited programs.

DEF 000372

# SECTION XI - RECORDS AND REPORTS

A.   **Personnel Transactions:**   All appointments and other personnel transactions involving any or all City departments shall be made on forms designated by the City Manager.  No transaction will be completed until the appropriate forms have been submitted and approved.

B.   **Destruction of Records:**  The City shall permanently maintain personnel files for all employees, including any microfilm or microfiche copies of files or parts of files. Personnel files shall include, but not necessarily be limited to, applications, compensation records, benefit records, attendance records, evaluations, correspondence, testing and examination records, including drug and alcohol test records, training records, and any and all other records pertaining to an employee. Medical files and medical information concerning an employee shall be maintained in files separate from general personnel files. Employees may, upon written request, inspect their personnel files; in no event, however, shall employees be allowed to remove original files from the City offices or the room in which they are permitted to inspect their files.

C.   **Attendance Records:**  Regular attendance reports shall be prepared and submitted by each department to the City Manager.  The City Manager shall be responsible for seeing that procedures for reporting attendance are followed, and for keeping accurate records of each employee's leave and compensation time earned, used and unused.

47

DEF 000373

# SECTION XII - SEPARATION FROM SERVICE

A. **TYPES OF SEPARATION:** Separations from City service shall take one of the following forms:

    1. Resignation
    2. Lay-Off
    3. Retirement
    4. Discharge

B. **Resignation:** Regular full-time employees are expected to give at least ten (10) working days' notice, and other employees at least four (4) days' notice, prior to the effective date of resignation. Employees otherwise eligible to be paid for credited but unused vacation leave must give no less than 10 working days advance notice of resignation to receive such pay.

   All resignations must be filed by the Department Head with the City Manager, who shall verify the employee's compensation and leave status.

C. **Retirement:** The City of Colby participates in the Kansas Public Employees Retirement System and all eligible employees are KPERS members. The City complies with all KPERS law. Eligible employees are automatically enrolled in KPERS after one year's employment. Transfer members are in the system automatically.

D. **Return of City Property:** Employees leaving City employment for any reason must immediately return all City property, including documents and records, to their Department Heads.

DEF 000374

| CLASSIFIED JOB POSITIONS | |
|---|---|
| **DEPARTMENT** | **POSITION** |
| Administration | City Manager |
| Administration | Account Clerk I |
| Administration | Executive Secretary |
| Administration | Account Clerk II |
| Administration | City Clerk/Payroll Clerk |
| Administration | Accounts Payable Clerk |
| Administration | Assistant Technology Director |
| Administration | Building Official |
| Administration | Part-time Code Enforcement Officer |
| Administration | Administrative Assistant |
| Administration | Finance Director |
| Administration | Information Technology Director |
| Community Building | Community Building Maintenance Worker I |
| Community Building | Community Building Maintenance Worker II |
| Community Building | Community Building Supervisor |
| Communications | Police Records Clerk |
| Communications | Communications Officer I |
| Communications | Communications Officer II |
| Communications | Chief Communications Officer |
| Fire | Firefighter I |
| Fire | Firefighter II |
| Fire | Fire Driver/Operator or Lieutenant |
| Fire | Fire Service Officer |
| Fire | Assistant Fire Chief |
| Fire | Fire Chief |
| Police | Police Officer I |
| Police | Police Officer II |
| Police | Police Corporal |
| Police | Police Investigator/Assistant Technology Officer |
| Police | Police Sergeant |
| Police | Police Chief |
| Power - Distribution | Lineman Apprentice |
| Power - Distribution | Lineman I |
| Power - Distribution | Journeyman Lineman |
| Power - Distribution | Line Crew Chief |
| Power - Distribution | Electric Distribution Supervisor |
| Power - Generation | Power Plant Operator I |
| Power - Generation | Power Plant Operator II |
| Power - Generation | Maintenance Mechanic/Operator II |
| Power - Generation | Power Plant Operator III |
| Power - Generation | Power Plant Superintendent |

49

DEF 000375

| DEPARTMENT | POSITION |
|---|---|
| Parks | Maintenance Worker I |
| Parks | Maintenance Worker II |
| Parks | Parks Maintenance Leadworker |
| Public Works | Public Works Foreman |
| Public Works | Assistant Director of Public Utilities |
| Public Works | Director of Public Works/Utilities |
| Refuse | Refuse Collector I |
| Refuse | Refuse Collector II |
| Refuse | Refuse Collector Leadworker |
| Street | Maintenance Worker I |
| Street | Maintenance Worker II |
| Street | Equipment Mechanic I |
| Street | Maintenance Worker III |
| Street | Street Leadworker |
| Street | Equipment Maintenance Foreman |
| Water/Wastewater | Water/Wastewater Systems Operator I |
| Water/Wastewater | Water/Wastewater Systems Operator II |
| Water/Wastewater | Water/Wastewater Systems Operator III |
| Water/Wastewater | Water/Wastewater Supervisor |

DEF 000376