**Declaration of Lance Finley**

My name is Lance Finley. I am over the age of 18 years and competent to testify. The testimony below is based upon my personal knowledge.

1. I am the Plaintiff in the civil action, Lance Finley v. City of Colby, Kansas et al.

2. At some point in the summer of 2014, I discovered text messages on the phone of a drug dealer implicating City of Colby employee Terry Overton and his wife Sherry Overton in narcotics purchases. I reported the issue to Chief Ron Alexander. Chief Alexander instructed me to refrain from following up on these leads.

3. It was well known in Colby, Kansas, that the Overtons were social friends of Tyson McGreer, the City Manager.

4. I do acknowledge that, due to time constraints and other work activities, I sometimes held suspects' cell phones while working on search warrants for them. However, other employees at City of Colby, including Cole Andreason, would hold narcotics and phones in the filing cabinet pending processing into evidence as well. The practice was permitted by City of Colby to the point that the County Attorney's office would make deals with defense attorneys to give back cell phones pending completion of their cases.

5. During my employment with City of Colby, Officer Chris Bustillos was Badge No. 107.

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*Lance Finley*

4429D1E21EC046C...

Lance Finley

Executed on November 14, 2019.

1