IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LANCE FINLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 6:17-cv-1215-EFM-KGG |
| | ) |
| CITY OF COLBY, KANSAS and | ) |
| RON ALEXANDER, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT NUMBER 8.

8. Are you aware of any misconduct by any of the following individuals while employed by you: Kraig Chervoski, Chris Bustillos, Jesse Hernandez, Cody Shaw, Cole Andreason? If so please identify the misconduct, the date, briefly describe the investigation, and describe the outcome.

**RESPONSE:** Objection. This request is vague, ambiguous, overbroad, vexatious and not relevant to any issue in this case or proportional to the needs of the case.

/s/ *AllenGGlendenning*

**Supplemental Response:** By agreement of the parties, this interrogatory is edited to limit the request to whether Ron Alexander was aware of the following allegations of misconduct. By providing this information, Defendant's do not waive their objection to its introduction on relevance grounds.



Case 6:17-cv-01215-EFM   Document 139-13   Filed 11/15/19   Page 2 of 3

**Chris Bustillos:** allegations of using NCIC computer to obtain names and addresses of women.

**RESPONSE:** Chief Alexander heard allegations of this. He confronted Mr. Bustillos who denied it.



### VERIFICATION

STATE OF  KS          )
                      )
COUNTY OF Jh          )

I, Ron Alexander, of lawful age, after first being sworn upon his oath, deposes and states that he has made answers to said interrogatories and the answers given herein are true and correct to the best of his knowledge.

_____
SIGNATURE.

Ron D. Alexander
_____
PRINT NAME

2

SUBSCRIBED AND SWORN TO before me this 05 day of April, 2019.

_Amy L. Mawes_
NOTARY PUBLIC

My appointment expires: 03/06/2021.

NOTARY PUBLIC - State of Kansas
AMY L. MARKS
My Appt. Exp 03/06/21