**Declaration of Keyna Baalman**

My name is Keyna Baalman. I am over the age of 18 years and competent to testify. The testimony below is based upon my personal knowledge.

1. I am a retired Communications Officer II of the Colby Police Department in Colby, Kansas. My career with the Colby PD lasted from 1991 through September 30, 2019. I retired from the Colby Police Department in good standing.

2. From my employment with the Colby PD, I am familiar with Officer Lance Finley, Corporal Sam Steele, and Chief Ron Alexander, among others.

3. In December 2015, Officer Finley came to dispatch (where I worked) and told me about an incident with Aaron Taylor. Officer Finley told me there was a safety issue and that he wanted to arrest Taylor at Friendly Acres. Officer Finley told me that Corporal Steele was upset because Finley did not make the arrest at a location designated by Corporal Steele. Officer Finley went on to say that Corporal Steele had called Chief Alexander about Finley using excessive force on Taylor by putting him on the hood of a vehicle. To the best of my recollection, I believe Officer Finley explained to me that Taylor's leg injury predated the arrest.

4. Within a day of my conversation with Officer Finley, Chief Alexander came into dispatch but I can't remember what time. He said he was looking for Officer Finley. I thought this was strange because Finley would have been typing reports at the PD. Chief Alexander told me he was looking for Officer Finley to apologize to him about not believing him about last night. Chief Alexander told me that Corporal Steele didn't tell the truth about what occurred the night before.

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*Keyna Baalman*
3BC0514EE4E04A3...
Keyna Baalman

Executed on November 3, 2019