SAM STEELE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LANCE FINLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | 6:17-CV-01215-EFM- |
| CITY OF COLBY, KANSAS and ) | KGG |
| RON ALEXANDER, ) | |
| ) | |
| Defendants. ) | |

D-E-P-O-S-I-T-I-O-N

The deposition of

SAM STEELE

was taken on behalf of the plaintiff before ELAINE SHOGREN, a Certified Court Reporter of Kansas, at Thomas County Courthouse, Commissioners Room, 300 North Court Avenue, Colby, Kansas, on June 24, 2019, commencing at 2:07 p.m.

SAM STEELE

```
 1
 2                        APPEARANCES
 3
 4     The plaintiff appeared in person, and by:
 5     SEAN M. MCGIVERN
 6     Graybill & Hazlewood, LLC
 7     218 North Mosley Street
 8     Wichita, Kansas    67202
 9     (316) 266-4058
10     sean@graybillhazlewood.com
11
12     The defendants appeared by RON ALEXANDER, and by:
13     ALLEN G. GLENDENNING
14     MIKE ABBOTT
15     Watkins Calcara, Chtd.
16     P. O. Drawer 1110
17     1321 Main, Suite 300
18     Great Bend, Kansas    67530
19     (620) 792-8231
20     aglenden@wcrf.com
21
22
23
24
25
```

SAM STEELE

```
 1       was -- I thought that me and Lance were good friends
 2       at the time.
 3    Q  Okay.  Has Lance done anything to you to indicate
 4       that you are not friends with him or vice versa?
 5    A  Not that I know of.
 6    Q  You just believe, based upon his termination, that
 7       you are no longer friends?
 8    A  Yeah.
 9              MR. GLENDENNING:  Object to form.  Go
10       ahead.
11    Q  (BY MR. MCGIVERN)  Okay.
12    A  I just -- there is no more -- all contact between me
13       and his family stopped.
14    Q  Okay.
15              (Marked Exhibit 30.)
16    Q  (BY MR. MCGIVERN)  When Lance Finley came to Utah
17       for your wedding, where did he stay?
18    A  He stayed at a hotel that I had gotten for him and
19       his brother.
20    Q  Okay.  Take a look at Deposition Exhibit 29 -- or
21       30.
22    A  29 or 30?
23              MR. GLENDENNING:  30.
24    Q  (BY MR. MCGIVERN)  Have you ever seen this before?
25    A  I had been visited by Trooper Honas for this, yes,
```

SAM STEELE

```
 1      but I have not seen this.
 2  Q   Okay.  And it looks like Exhibit 30 is his notes of
 3      his interview with you.
 4  A   Yeah.
 5  Q   Okay.  Let's turn to the next page, number --
 6      question 9.
 7          It looks like you were asked, would you
 8      trust the applicant with confidential or
 9      personnel -- personal matters.  And you responded
10      that Finley is close to his brothers, who are also
11      in law enforcement.  Steele stated that Finley would
12      tell confidential information to his brothers when
13      he wasn't supposed to.  Did you tell that to Mr.
14      Honas?
15  A   I am assuming if it says it right here.
16  Q   Okay.  What kind of confidential information would
17      Lance Finley tell to his brothers that he wasn't
18      supposed to tell them?
19  A   I don't recall any specifics.
20  Q   Okay.  Do you have the kind of memory that gets
21      better over time or does it fade over time?
22              MR. GLENDENNING:  Object to form.  Go
23      ahead.
24  Q   (BY MR. MCGIVERN)  You can answer.
25  A   I am assuming my memory is still good.
```

SAM STEELE

1  Q  Probably an eight?
2  A  Yes, sir.
3  Q  All right.  I want to go down to the interview
4     summary here.  Have you ever shown up for work at
5     City of Colby intoxicated?
6  A  Not that I can recall.
7  Q  Have you ever showed up at work at City of Colby in
8     such a state that somebody had to drive you home and
9     you didn't work that day?
10 A  If I can recall, there had been one time.
11 Q  Tell me about that time.
12 A  I came to work and was asked to leave afterwards.
13 Q  Okay.  Do you remember any of the facts and
14    circumstances that led to you being asked to leave?
15 A  They asked if I would take a Breathalyzer test, a
16    PBT.
17 Q  And what did you say back?
18 A  I said yes.
19 Q  Okay.  And did you take one?
20 A  Yes, sir.
21 Q  What did you blow?
22 A  I have no idea.
23 Q  Do you know if there was any documentation put in
24    your file over that?
25 A  I would assume there was, but I don't know for sure.

SAM STEELE

| | | |
|---|---|---|
| 1 | Q | Did you ever see any documentation over it? |
| 2 | A | No, sir. |
| 3 | Q | Okay.  What year was that when that happened? |
| 4 | A | I don't recall what year that was. |
| 5 | Q | And how did you get to work that morning? |
| 6 | A | If I recall, I drove. |
| 7 | Q | Okay.  So you drove to work and City of Colby |
| 8 | | determined you needed to take a Breathalyzer, right? |
| 9 | | MR. GLENDENNING:  Object to form. |
| 10 | A | The police department, yes, sir. |
| 11 | Q | (BY MR. MCGIVERN)  Okay.  You took a Breathalyzer. |
| 12 | | And is it your understanding it was determined that |
| 13 | | you were intoxicated? |
| 14 | | MR. GLENDENNING:  Object to form and |
| 15 | | foundation.  Go ahead. |
| 16 | A | My understanding, it appeared that it would.  I was |
| 17 | | never shown and I didn't know. |
| 18 | Q | (BY MR. MCGIVERN)  Did anybody give you a citation |
| 19 | | for, like, a DUI? |
| 20 | A | No. |
| 21 | Q | Did anybody do any Garrity warnings? |
| 22 | A | What do you mean by Garrity warnings? |
| 23 | Q | Do you know what a Garrity warning is? |
| 24 | A | No, sir. |
| 25 | Q | Okay.  Is that something -- okay.  Do you know what |

SAM STEELE

| | | |
|---|---|---|
| 1 | A | The traffic stop, I don't know.  I don't think I |
| 2 | | ever said that he -- if anything, it was the context |
| 3 | | of what was found during the stop instead of the |
| 4 | | traffic stop. |
| 5 | Q | Okay.  So do you agree with this statement that |
| 6 | | Mr. Honas attributed to you in response to |
| 7 | | question 1? |
| 8 | A | I understand what you are getting at.  I -- I agree |
| 9 | | with what he still said.  I mean, it could be taken |
| 10 | | in different terms, but -- |
| 11 | Q | Okay. |
| 12 | A | Pushing the legality of some traffic stops. |
| 13 | Q | And give me the best example of him pushing the |
| 14 | | legality of a traffic stop. |
| 15 | A | It would have been -- I guess explain to me what you |
| 16 | | are saying what a traffic stop is.  Are you talking |
| 17 | | about the probable cause of the traffic stop or the |
| 18 | | traffic stop afterwards? |
| 19 | Q | So the probable cause is what allows the officer to |
| 20 | | pull over the vehicle, right? |
| 21 | A | Okay. |
| 22 | Q | And then what are you talking about afterwards? |
| 23 | A | It sounds like we are on a different page. |
| 24 | Q | Okay. |
| 25 | A | On the traffic stop, I don't have a problem with |

| | | |
|---|---|---|
| 1 | | anything that he -- I never heard of anything that |
| 2 | | he had done.  I think his traffic stops were |
| 3 | | legitimate. |
| 4 | Q | Okay.  All right. |
| 5 | A | But I wasn't the one who typed out this report |
| 6 | | either, so. |
| 7 | Q | Okay.  So it says, Mr. Steele went on to say that |
| 8 | | some of his traffic stops lacked validations or |
| 9 | | probable cause.  Did you say that? |
| 10 | A | I don't know if it was intended for that wording, |
| 11 | | but -- |
| 12 | Q | I am just going to ask you point blank. |
| 13 | A | Sure. |
| 14 | Q | Did Lance Finley push the legality of some traffic |
| 15 | | stops? |
| 16 | A | Of the probable cause traffic stops, no, he did not. |
| 17 | | Not that I knew of. |
| 18 | Q | What did Mr. Finley do wrong in terms of traffic |
| 19 | | stops? |
| 20 | A | After the traffic stops there could have been some |
| 21 | | times where he would arrest people with very |
| 22 | | little -- either -- he claims that there was |
| 23 | | marijuana, but we couldn't get any samples out of |
| 24 | | it.  So I -- that is where I am getting at is that |
| 25 | | there wasn't -- he would arrest people and would |

SAM STEELE

| | | |
|---|---|---|
| 1 | | state that they had possession of certain items. |
| 2 | Q | Are you familiar with the word "residue"? |
| 3 | A | Yes. |
| 4 | Q | Were there some stops where Mr. Finley identified |
| 5 | | marijuana residue? |
| 6 | A | Yes. |
| 7 | Q | And arrested people? |
| 8 | A | Yes.  There is quite a few. |
| 9 | Q | Okay.  Is it legal in Kansas to travel in your |
| 10 | | vehicle with marijuana residue? |
| 11 | | MR. GLENDENNING:  Object to form. |
| 12 | Q | (BY MR. GLENDENNING)  Or do -- only if you know. |
| 13 | A | It is not -- it is illegal to have any form, that I |
| 14 | | understand. |
| 15 | Q | Okay.  Is it appropriate for a law enforcement |
| 16 | | officer to arrest somebody when they are found to be |
| 17 | | in possession of marijuana residue? |
| 18 | A | Yes. |
| 19 | Q | Okay.  Help me understand what Mr. Finley did that |
| 20 | | was wrong. |
| 21 | A | Stating it that way, nothing. |
| 22 | Q | Okay.  I mean, did this Honas guy, like, exaggerate |
| 23 | | what you said to him? |
| 24 | A | He put it down in his own words, but -- |
| 25 | Q | All right. |

SAM STEELE

```
 1  Q  Okay.  After the Aaron Taylor arrest, did you have a
 2     conversation with Ron Alexander about Mr. Finley's
 3     use of force?
 4              MR. GLENDENNING:  Object to form.
 5  A  I had a conversation with Chief Alexander about the
 6     way that it -- the whole subor [sic] --
 7     insubordinate thing went.
 8  Q  (BY MR. MCGIVERN)  Did you communicate anything to
 9     Mr. Alexander about Mr. Finley's use of force in
10     that arrest?
11              MR. GLENDENNING:  Object to form.
12  A  I don't recall.
13  Q  (BY MR. MCGIVERN)  Did you prepare a use of force
14     report as a consequence of that arrest?
15  A  There was -- it was not up to me to -- I don't
16     recall.
17  Q  Okay.  Who is it up to to decide whether to prepare
18     a use of force report following an accident or an
19     arrest?
20  A  It is supposed to be up to the officer who is making
21     the arrest, whose case it was.
22  Q  Okay.  So -- hold on.  Are you saying it was up to
23     Mr. Finley whether to decide to do a use of force
24     report?
25  A  It was up to the ones who were involved in the use
```

SAM STEELE

| | | |
|---|---|---|
| 1 | | that were in charge of him, yes. |
| 2 | Q | So did you tell them that Mr. Finley had a total of |
| 3 | | four field training officers? |
| 4 | A | I don't know if I specifically said field training |
| 5 | | officers, but -- |
| 6 | Q | What is -- do you know anything about Cody Honas' |
| 7 | | reputation for honesty? |
| 8 | A | I don't know anything. |
| 9 | Q | Okay.  Then there is a comment where Mr. Honas |
| 10 | | states Steele elaborated by saying that it wasn't |
| 11 | | the FTO's fault.  Do you see that? |
| 12 | A | Yes. |
| 13 | Q | Okay.  Did you say that to Mr. Honas? |
| 14 | A | I don't recall.  That is what he puts down, though. |
| 15 | Q | All right.  Is there a movie theatre in Colby, |
| 16 | | Kansas? |
| 17 | A | Yes. |
| 18 | Q | As part of your occupation as a police officer, do |
| 19 | | you pay visits to the movie theatre? |
| 20 | A | I do. |
| 21 | Q | What do you do there? |
| 22 | A | When I am on duty or when I am off duty? |
| 23 | Q | On duty. |
| 24 | A | I don't do it anymore because of -- I am not there |
| 25 | | when the theatre closes.  But usually I will go |

SAM STEELE

```
 1      there and make sure that the girls get out safely
 2      from the movie theatre because it is only girls
 3      there that work.  So I make sure -- because they are
 4      taking the money out of the register and taking it
 5      to the bank.  So after the movie is over, they are
 6      the only ones left.
 7   Q  Okay.  And how many men would you assist at the
 8      movie theatre, or was it all women?
 9   A  It is all women.
10   Q  What was the age range of the women involved?
11   A  I don't know exactly.  Working age.
12   Q  High school?  College?
13   A  Yeah.
14   Q  Okay.  Do you know what a gratuity is?
15   A  Yes.
16   Q  What is a gratuity?
17   A  Something that is given to you freely.
18   Q  Have you ever, while employed as a City of Colby
19      police officer, accepted a gratuity?
20   A  Yes.
21   Q  What gratuities have you accepted?
22   A  Drinks.  Iced tea and drinks at Starbucks.
23   Q  Okay.  Have you ever received any gratuities from
24      the movie theatre?
25   A  They have given me popcorn there.
```

SAM STEELE

| | | |
|---|---|---|
| 1 | Q | Have you ever received any other gratuities from the |
| 2 | | movie theatre? |
| 3 | A | As in, like, a movie, allowed to come in and watch a |
| 4 | | movie for free? |
| 5 | Q | Something that has an economic value that was given |
| 6 | | to you for free.  Is that fair? |
| 7 | A | Yeah. |
| 8 | Q | So have you received movie tickets as a gratuity in |
| 9 | | your employment at City of Colby? |
| 10 | A | No. |
| 11 | Q | Okay.  But you were allowed to go watch a movie? |
| 12 | A | Yes. |
| 13 | Q | And how did that work?  Was this -- were you there |
| 14 | | at the end of the shift? |
| 15 | A | No. |
| 16 | Q | Okay.  Tell me how it went down. |
| 17 | A | If I come in to watch a movie, I would offer to pay. |
| 18 | | They wouldn't accept my movie, so they allowed me to |
| 19 | | come in. |
| 20 | Q | Okay.  How many times did that happen? |
| 21 | A | I don't know.  I don't know exact times. |
| 22 | Q | Did you fill out any reports with City of Colby |
| 23 | | about that? |
| 24 | A | No. |
| 25 | Q | I guess -- what year do you think that happened in? |

SAM STEELE

```
 1      What years?
 2   A  I can't recall.
 3   Q  Okay.  I guess at any point, were you ever trained
 4      on the City of Colby's policy on gratuities?
 5   A  No.
 6   Q  Okay.  Have you ever seen the City of Colby Employee
 7      Handbook before?
 8   A  Yes.
 9   Q  Okay.  Did you know that it addresses gratuities?
10   A  Yes, sir.
11   Q  When did you first learn that?
12   A  I read it from the first time that I got hired on.
13   Q  Okay.  So when you accepted free movies and popcorn
14      from the movie theatre, you knew that that was
15      against the rules?
16            MR. GLENDENNING:  Object to form.  Go
17      ahead.
18   A  I offered multiple times to pay, and they would not
19      accept my money.
20   Q  (BY MR. MCGIVERN)  Okay.
21   A  So I did not feel like it was a gratuity when they
22      said you are not going to pay.
23   Q  Okay.
24   A  Or when I did try to pay, I would leave money on the
25      counter and they still wouldn't accept it.
```