ANDREA DAVIS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LANCE FINLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. |
| | ) 6:17-CV-01215-EFM- |
| CITY OF COLBY, KANSAS and | ) KGG |
| RON ALEXANDER, | ) |
| | ) |
| Defendants. | ) |

D-E-P-O-S-I-T-I-O-N

The deposition of

ANDREA DAVIS

was taken on behalf of the plaintiff before

ELAINE SHOGREN, a Certified Court Reporter of

Kansas, at Thomas County Courthouse, Commissioners

Room, 300 North Court Avenue, Colby, Kansas, on

June 25, 2019, commencing at 9:58 a.m.

ANDREA DAVIS

| | | |
|---|---|---|
| 1 | A | If I am needing to -- yes.  But also if I am needing |
| 2 | | to validate what dispatch did in a situation. |
| 3 | Q | (BY MR. MCGIVERN)  Okay.  And you were employed at |
| 4 | | City of Colby in 2015, right? |
| 5 | A | Yes. |
| 6 | Q | Okay.  Did you hear any rumors about Rod Taylor's |
| 7 | | driver's license? |
| 8 | A | Yes. |
| 9 | Q | What rumors did you hear? |
| 10 | A | That it was suspended. |
| 11 | Q | Okay.  Did you hear about any order or mandate from |
| 12 | | Ron Alexander not to enforce traffic ordinances |
| 13 | | against Mr. Taylor? |
| 14 | | MR. GLENDENNING:  Object to form. |
| 15 | A | Yes. |
| 16 | Q | (BY MR. MCGIVERN)  Okay.  Tell me about that. |
| 17 | A | Just that if we had instances that occurred with |
| 18 | | him, that we were not to enforce them. |
| 19 | Q | Okay.  Is there anybody else within the City of |
| 20 | | Colby that Mr. Alexander has issued a similar |
| 21 | | mandate about? |
| 22 | | MR. GLENDENNING:  Object to form and |
| 23 | | foundation. |
| 24 | A | Not that I know of. |
| 25 | Q | (BY MR. MCGIVERN)  Okay.  Now, are you a licensed |