IN THE UNITED STATES DISTRICT COURT
DISTRICT FOR KANSAS

LANCE FINLEY,                )
                Plaintiff,  )
vs.                          )   Case 6:17-CV-01215-EFM-KGG
                             )
CITY OF COLBY, KANSAS,       )
RON ALEXANDER and            )
TOM NICKOLS, JR.,            )
                Defendant.  )
                             )

NOTICE OF DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(e)

COME NOW the defendants Ron Alexander and City of Colby, KS , by and through their attorney, and give notice to the court and all parties that they have made the following disclosures pursuant to Federal Rule of Civil Procedure 26(e).

1) Witnesses:

   a. Lance Finely, Plaintiff.

   b. Chief of Police Ron Alexander.
      Chief Alexander may be contacted through his undersigned attorneys. He will testify his interactions with plaintiff, the information provided to him by others concerning the plaintiff, decisions he made concerning the plaintiff, and the plaintiff's resignation.

   c. Deputy Jim Cousins,
      Thomas County Sheriff's Department.
      Mr. Cousins will testify concerning his and plaintiff's allegations concerning his actions, and lay foundation for the – cam video from his car. He will also testify to contacts or lack of contacts with Chief of police Ron Alexander concerning plaintiff.

   d. Sheriff Tom Nickols Jr., Thomas County Sheriff.
      He will testify concerning his review of the – cam video and contacts with plaintiff. He will also testify concerning contacts with Chief Alexander concerning the – cam video and plaintiff, or the lack thereof.

e.  Darren Touslee, Dispatcher.
    Thomas County law enforcement center.
    He is expected to testify to conversations with plaintiff and Deputy Jake Cox concerning plaintiff's allegations against Jim Cousins.

f.  Deputy Jake Cox, Thomas County Sheriff's office.
    He is expected to testify concerning information he received about plaintiff's allegation against Cousins and his discussion with Cousins about it.

g.  County Attorney Kevin Berens.
    He is expected to testify concerning conversations with plaintiff.

h.  Sgt. Richard Barrett, Colby Police Department.
    Sgt. Barrett can be contacted through the city's undersigned attorneys.
    He is expected to testify concerning his review of the video and contacts with Alexander and the plaintiff.

i.  Cody Honas, KBI.
    He is expected to testify concerning his review of the video and contact with plaintiff and Chief Alexander.

j.  Sam Steele, Colby Police Department
    This witness can be contacted through the city's undersigned attorneys.
    He is expected to testify concerning his contacts with Alexander and the plaintiff.

k.  Dave Thompson, KC-Post
    He is expected to testify to review of the dashcam video.

l.  Tyson Greer, City of Colby
    This witness can be contacted through the city's undersigned attorneys.
    He is expected to testify concerning contacts with Alexander and the plaintiff and respond to allegations of Plaintiff concerning other employment actions.

m.  Kenya Baldwin, City of Colby
    This witness can be contacted through the city's undersigned attorneys.
    She is expected to testify concerning contacts with Alexander and the plaintiff and respond to allegations made by Plaintiff.

n.  Foundation witnesses as needed for documents identified or produced in discovery.

o.  Rebuttal witnesses as needed.

2

      p.    Witnesses identified by plaintiff.

2) Exhibits:
- a. Dashcam video from Deputy Cousin's car.
- b. Audio of dispatch calls from plaintiff making false accusation against Deputy Cousins .
- c. Documents produced in discovery:
  - i. DEF 1-1407
  - ii. PL 1-96
  - iii. KHP 1-176
- d. Deposition Exhibits.

    WATKINS CALCARA, CHTD.

    /s/  ALLEN G. GLENDENNING
        Allen G. Glendenning, #12187
        1321 Main - Suite 300
        P.O. Drawer 1110
        Great Bend, Kansas  67530
        (620) 792-8231   Fax (620) 792-2775
        Attorneys for Defendants Ron Alexander and
        City of Colby, KS

Dated this 16th day of May, 2019.