# Exhibit AA

**to be filed at a later date pending motion to file under seal**